| | |
|---|---|
| 1 | CARLSMITH BALL LLP |
| 2 | JOHN D. OSBORN |
| | Carlsmith Building, Capitol Hill |
| 3 | P.O. Box 5241 |
| | Saipan, MP 96950-5241 |
| 4 | Tel No. 670.322.3455 |
| | Fax No. 670. 322-3368 |
| 5 | |
| | Attorneys for Defendant |
| 6 | OKP (CNMI) Corporation |

FILED
Clerk
District Court

FEB -4 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN MARIANA ISLANDS

| | |
|---|---|
| DONGBU INSURANCE COMPANY, LTD., | CIVIL ACTION NO. CV 08-0002 |
| Plaintiff, | STIPULATION AND ORDER |
| vs. | |
| OKP (CNMI) CORPORATION, | |
| Defendant. | |

Come now counsel for the parties and subject to the Court's approval hereby stipulate and agree that Defendant OKP (CNMI) Corporation ("OKP") shall have until February 22, 2008 in which to answer or otherwise respond to Plaintiff's Complaint filed herein. John D. Osborn as counsel for Defendant acknowledges he has authority to accept on behalf of Defendant OKP and that he received a copy of the Summons and Complaint from Plaintiff's counsel on January 11, 2008.

IT IS SO STIPULATED.

///

///

4819-7011-3026.1.060927-00004

| | | |
|---|---|---|
| 1 | | |
| 2 | | CARLSMITH BALL LLP |
| 3 | | |
| 4 | DATED: Saipan, MP, February 1, 2008. | /s/ *John D. Osborn*<br>JOHN D. OSBORN<br>Attorneys for Defendant |
| 5 | | OKP (CNMI) CORPORATION |

LAW OFFICE OF THOMAS E. CLIFFORD

DATED: Saipan, MP, February 1, 2008.    /s/ *Thomas E. Clifford*
THOMAS E. CLIFFORD
Attorneys for Plaintiff
DONGBU INSURANCE
COMPANY, LTD.

# O R D E R

The Court being duly advised in the premises finds that the stipulation of the parties should be and hereby is approved and that Defendant OKP (CNMI) Corporation shall have until February 22, 2008 to answer or otherwise respond to Plaintiff's Complaint.

IT IS SO ORDERED.

Dated: February 4, 2008.

/s/ Alex R. Munson
ALEX R. MUNSON
Judge

4819-7011-3026.1.060927-00004          -2.-