RAMON K. QUICHOCHO, ESQ.
LAW OFFICES OF RAMON K. QUICHOCHO, LLC
2nd Floor, Sign Arts Bldg., San Jose
P.O. Box 505621
Saipan, MP 96950
Tel. No.: 670.234.8946
Fax: 670.234.8920
Email: karissa129@gmail.com

MICHAEL W. DOTTS, ESQ.
O'CONNOR BERMAN DOTTS & BANES
2nd Floor, Nauru Building
P.O. Box 501969
Saipan, MP96950
Telephone No. (670) 234-5684
Facsimile No. (670) 234-5683
Email: attorneys@saipan.com

*Attorneys for Intervenor*

IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| DONGBU INSURANCE COMPANY, LTD., <br><br> Plaintiff, <br><br> vs. <br><br> OKP (CNMI) CORPORATION, <br><br> Defendant, <br><br> JOAQUIN Q. ATALIG, <br><br> Applicant in Intervention. | CIVIL ACTION NO. 08-0002 <br><br> NOTICE OF MOTION AND MOTION TO INTERVENE <br><br> Date: March 20, 2008 <br> Time: 9:00 am <br><br> Judge: Hon. Alex R. Munson |

1

To: All Parties and their Attorneys of Record

PLEASE TAKE NOTICE THAT On March 20, 2008, at 9:00 a.m. or soon thereafter as counsel can be heard, Joaquin Q. Atalig will move, and hereby does move, to intervene in this action. The basis of the motion is that Atalig claims an interest in the subject matter of this action, as is more fully explained in the Memorandum in Support of Motion to Intervene, filed herewith. This motion is made pursuant to Fed.R.Civ. Pro., Rule 24(a) and 24(b). This motion is supported by the aforementioned Memorandum and by a Declaration of Counsel.

Dated: February 7, 2008.          Respectfully submitted,

                                  O'CONNOR BERMAN DOTTS & BANES


                                  _____/s/_____
                                  MICHAEL W. DOTTS, ESQ.


Dated: February 7, 2008           LAW OFFICES OF RAMON K. QUICHOCHO


                                  _____/s/_____
                                  RAMON K. QUICHOCHO, ESQ.