Thomas E. Clifford
Attorney at Law
2nd Floor, Alexander Building, San Jose
P.O. Box 506514
Saipan, MP 96950
Tel. (670)235-8846
Fax (670)235-8848

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| DONGBU INSURANCE COMPANY, Ltd., <br><br> Plaintiff, <br><br> v. <br><br> OKP (CNMI) CORPORATION, <br><br> Defendant. | Civil Action No. 08-0002 <br><br> NOTICE OF NON-OPPOSITION TO INTERVENTION |

Pursuant to LR 7.1.c.2, Plaintiff Dongbu Isurance Company, Ltd. ("Dongbu") hereby gives notice of its non-opposition to Intervenor Joaquin Q. Atalig's ("Mr. Atalig") Motion to Intervene.

Dongbu does not agree that Mr. Atalig should be allowed to intervene. Under the law of the Commonwealth of the Northern Mariana Islands, an underlying claimant has no legally recognizable interest in any insurance coverage matter between an insured and its insurer. There is no right for the claimant to bring a direct action against the insurer. 4

CMC § 7502(e).[1]  A claimant is not owed any duties by the insurer and "is not, and shall not be considered, a third party beneficiary of such insurance policy."  4 CMC § 7502(j).  The Insurance Code's "Loss" provision also makes it clear that the claimant has no "standing" to pursue the insurer.  4 CMC § 7505(h)(1).  Additionally, even if Mr. Atalig did have a protectable interest in the case, his rights are more than adequately represented by OKP.

However, Dongbu is aware that this Court allows underlying claimants to intervene in insurance coverage actions, and as such, in the interest of economy, Dongbu files this notice of non-opposition to Mr. Atalig's intervention.

Respectfully submitted this 21st day of February, 2008.

\_\_\_\_\_/s/_____
Thomas E. Clifford
Counsel for Plaintiff

---

[1] Amended by P.L. 14-39, effective October 26, 2004.