Thomas E. Clifford
Attorney at Law
2nd Floor, Alexander Building, San Jose
P.O. Box 506514
Saipan, MP 96950
Tel. (670)235-8846
Fax (670)235-8848

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| DONGBU INSURANCE COMPANY, Ltd., | Civil Action No. 08-0002 |
| Plaintiff, | STIPULATION TO AMEND COMPLAINT |
| v. | |
| OKP (CNMI) CORPORATION, | |
| Defendant. | |

    Plaintiff Dongbu Isurance Company, Ltd. ("Dongbu") and Defendant OKP (CNMI) Corporation ("OKP") stipulate as follows through their counsel of record:

1. Dongbu and OKP have continued to confer since the filing of Dongbu's complaint. Based on those discussions, it is evident that there are two insurance policies that are disputed (a Contractors All Risk and the Automobile Liability Policy), instead of just the one policy made the basis of Dongbu's original complaint (the Automobile Liability Policy).

2. Dongbu and OKP agree that the applicability of both of these policies should be addressed in this coverage action.

3. Therefore, subject to the approval of the Court, Dongbu and OKP agree that Dongbu

1  may file an amended complaint to include the second insurance policy, that OKP is not
2  required to respond to the original complaint as previously stipulated, and that counsel for
3  OKP shall accept service of the amended complaint, with OKP's responsive pleading due
4  twenty days from that date of such service.
5  SO STIPULATED:

7  ____/s/_____              Date:  February 21, 2008
   Thomas E. Clifford
8  Counsel for Plaintiff Dongbu

10 ____/s/_____              Date:  February 21, 2008
   John D. Osborn
11 Counsel for Defendant OKP