F I L E D
Clerk
District Court

FEB 22 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| DONGBU INSURANCE CO., LTD., )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>OKP (CNMI) CORPORATION, )<br>)<br>Defendant )<br>_____) | Civil Action No. 08-0002<br><br>ORDER APPROVING<br>STIPULATION TO FILE<br>AMENDED COMPLAINT<br>AND OTHER MATTERS |

PURSUANT TO the February 21, 2008, stipulation of the parties, and good cause appearing therefrom; NOW, THEREFORE,

IT IS ORDERED that plaintiff may file a first amended complaint, defendant shall not be required to file any response to the original complaint, that counsel for defendant shall accept service of the first amended complaint, and that defendant shall have twenty days from acceptance of service to file a responsive pleading.

DATED this 22nd day of February, 2008.

_____
ALEX R. MUNSON
Judge

AO 72
(Rev. 08/82)