CARLSMITH BALL LLP

JOHN D. OSBORN
Carlsmith Building, Capitol Hill
P.O. Box 5241
Saipan, MP 96950-5241
Tel No. 670.322.3455
Fax No. 670. 322-3368

Attorneys for Defendant
OKP (CNMI) Corporation

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN MARIANA ISLANDS

| | |
|---|---|
| DONGBU INSURANCE COMPANY, LTD., <br><br> Plaintiff, <br><br> vs. <br><br> OKP (CNMI) CORPORATION, <br><br> Defendant. | CIVIL ACTION NO. CV 08-0002 <br><br> NON-OPPOSITION TO MOTION TO INTERVENE <br><br> DATE: March 20, 2008 <br> TIME: 9:00 A.M. <br> JUDGE: Honorable Alex R. Munson |

Comes now the Defendant OKP (CNMI) Corporation and hereby notifies the Court and counsel that it does not oppose the Motion to Intervene filed herein by Joaquin Q. Atalig, proposed intervenor.

CARLSMITH BALL LLP

DATED: Saipan, MP, March 3, 2008.

*/s/ John D. Osborn*
JOHN D. OSBORN
Attorneys for Defendant
OKP (CNMI) CORPORATION

4853-1631-9746.1.060927-00005