F I L E D
Clerk
District Court

MAR - 4 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| DONGBU INSURANCE COMPANY, LTD., <br><br> Plaintiff <br><br> v. <br><br> OKP (CNMI) CORPORATION and JOAQUIN Q. ATALIG, <br><br> Defendants | Civil No. 08-0002 <br><br> ORDER GRANTING MOTION TO INTERVENE and TAKING MARCH 20, 2008, HEARING OFF-CALENDAR |

Plaintiff having filed a notice of non-opposition to proposed intervenor Joaquin Q. Atalig's motion to intervene as a defendant, and good cause appearing therefrom; NOW, THEREFORE,

AO 72
(Rev. 08/82)

IT IS ORDERED that Joaquin Q. Atalig be and hereby is allowed to intervene as a defendant and the caption of the case shall henceforth be as shown above; and,

IT IS FURTHER ORDERED that the hearing set for March 20, 2008, be and hereby is taken off-calendar.

DATED this 4th day of March, 2008.

*Alex R. Munson*
ALEX R. MUNSON
Judge

2