1  CARLSMITH BALL LLP

2  JOHN D. OSBORN
   Carlsmith Building, Capitol Hill
3  P.O. Box 5241
   Saipan, MP 96950-5241
4  Tel No. 670.322.3455
   Fax No. 670. 322-3368
5
   Attorneys for Defendant
6  OKP (CNMI) Corporation

## UNITED STATES DISTRICT COURT

## FOR THE

## NORTHERN MARIANA ISLANDS

| | |
|---|---|
| DONGBU INSURANCE COMPANY, LTD., <br><br> Plaintiff, <br><br> vs. <br><br> OKP (CNMI) CORPORATION, and JOAQUIN Q. ATALIG, <br><br> Defendants. | CIVIL ACTION NO. CV 08-0002 <br><br> PRE-DISCOVERY DISCLOSURE STATEMENT OF DEFENDANT OKP (CNMI) CORPORATION <br><br> Case Management Conference <br><br> Date: May 2, 2008 <br> Time: 10:00 a.m. <br> Judge: Hon. Alex R. Munson |

Comes now the Defendant OKP (CNMI) Corporation and pursuant to Fed.R.Civ.P. 26(a) and LR 16.2 CJ(d), by and through its attorneys of record, Carlsmith Ball LLP, and hereby files it Pre-Discovery Disclosure Statement.

A.  <u>Individuals likely to have discoverable information:</u>

| Individual | Subject of Information |
|---|---|
| Brien Chen | Insurance Policies |
| Prasada Reddy Joliguir | Instructions on clearing activities |
| Pramuan Joiphakdee | Equipment Operator |

4843-6690-9698.1.060927-00005

B. <u>Description of documents, electronically stored information and tangible things in the possession custody and control of Defendant which may be used to support Defendant's claims or defenses</u>

1. Correspondence to and from counsel for the parties regarding coverage issues.

2. Dongbu Automobile Policy and Contractors All Risk Policy.

C. <u>Computation of damages</u>

No precise calculation of damages has been made as of this date, but attorney fees and costs in defending the *Atalig v. OKP* claim in Superior Court are in excess of $500,000.00. Additional damages could include amounts for which OKP may be found liable upon trial of the *Atalig v. OKP* suit in Superior Court.

D. <u>Insurance Agreements</u>

OKP anticipates Dongbu will provide a complete copy of the policies which are the subject of this Declaratory Judgment proceeding.

CARLSMITH BALL LLP

DATED: Saipan, MP, April 18, 2008.

*/s/ John D. Osborn*
JOHN D. OSBORN
Attorneys for Defendant
OKP (CNMI) CORPORATION