MICHAEL W. DOTTS, ESQ., F0150
O'CONNOR BERMAN DOTTS & BANES
2nd Floor, Nauru Building
P.O. Box 501969
Saipan, MP 96950
Telephone No. (670) 234-5684
Facsimile No. (670) 234-5683
Email: attorneys@saipan.com

RAMON K. QUICHOCHO, ESQ., F0243
LAW OFFICES OF RAMON K. QUICHOCHO, LLC
2nd Floor, Sign Arts Bldg., San Jose
P.O. Box 505621
Saipan, MP 96950
Tel. No.: 670.234.8946
Fax: 670.234.8920
Email: karissa129@gmail.com

*Attorneys for Defendant Joaquin Q. Atalig*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN MARIANA ISLANDS

| | |
|---|---|
| DONGBU INSURANCE COMPANY, LTD., | CIVIL ACTION NO. CV 08-0002 |
| Plaintiff, | |
| vs. | CASE MANAGEMENT CONFERENCE STATEMENT OF DEFENDANT JOAQUIN Q. ATALIG |
| OKP (CNMI) CORPORATION AND JOAQUIN Q. ATALIG, | |
| Defendants. | |

Defendant Joaquin Q. Atalig, by and through counsel, hereby submits his Case Management Conference Statement pursuant to LR 16.2CJe2 as follows:

**(a) Service of process on parties not yet served.** All named parties were served.

**(b) Jurisdiction and venue.** The Court has jurisdiction pursuant to 28 U.S.C. § 1332(a) because the matter in controversy exceeds the sum of $75,000, exclusive of interest and costs,

and citizens of a State and a citizen or subject of a foreign state. This Court also has jurisdiction pursuant to 28 U.S.C. § 2201 and FED.R.CIV.P. 57 with respect to declaratory judgments and declaratory relief provided therein for the purpose of determining a question of actual controversy between the parties.

Venue is proper in the United States District Court for the Northern Mariana Islands.

(c) **Track assignment.** Mr. Atalig agrees with the Court that this case should be assigned to the Standard Track as defined in LR 16.2CJc.

(d) **Anticipated motions.** Mr. Atalig anticipates filing a motion for summary judgment and/or a joinder to Defendant OKP's motion, if any and if applicable.

(e) **Anticipated or remaining discovery, including (1) limitation on discovery, (2) and provisions for disclosure or discovery of electronically stored information, and, (3) any agreements the parties reach for asserting claims of privilege or of protection as trial-preparation material after production.** The parties have yet to conduct any formal discovery in this action.

(f) **Further proceedings, including setting dates for discovery cut-off, pretrial and trial.** Mr. Atalig will be ready to discuss dates at the conference.

(g) **Appropriateness of special procedures such as consolidation of actions for discovery or pretrial, reference to a master or to arbitration or to the Judicial Panel or Multidistrict Litigation, or application of the Manual for Complex Litigation.** None.

(h) **Modifications of the standard pretrial procedures specified by the Local Rules on account of the relative simplicity or complexity of the action or proceeding.** None.

(i) **Settlement prospects.** Mr. Atalig is amenable to a fair and reasonable settlement.

(j) Any other matter which may be conducive to the just, efficient and economical determination of the proceeding, including the definition or limitation of issues. None at this time.

Dated: April 24, 2008       Respectfully submitted,

O'CONNOR BERMAN DOTTS & BANES

/s/
Michael W. Dotts, Esq. (F0150)
Attorneys for Plaintiff

Dated: April 24, 2008       LAW OFFICES OF RAMON K. QUICHOCHO, LLC

/s/
Ramon K. Quichocho, Esq. (F0243)
Attorney for Plaintiff