MICHAEL W. DOTTS, ESQ., F0150
O'CONNOR BERMAN DOTTS & BANES
2nd Floor, Nauru Building
P.O. Box 501969
Saipan, MP 96950
Telephone No. (670) 234-5684
Facsimile No. (670) 234-5683
Email: attorneys@saipan.com

RAMON K. QUICHOCHO, ESQ., F0243
LAW OFFICES OF RAMON K. QUICHOCHO, LLC
2nd Floor, Sign Arts Bldg., San Jose
P.O. Box 505621
Saipan, MP 96950
Tel. No.: 670.234.8946
Fax: 670.234.8920
Email: karissa129@gmail.com

*Attorneys for Defendant Joaquin Q. Atalig*

IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| DONGBU INSURANCE COMPANY, LTD., | CIVIL ACTION NO. CV 08-0002 |
| Plaintiff, | |
| vs. | PRE-DISCOVERY DISCLOSURE STATEMENT OF DEFENDANT JOAQUIN Q. ATALIG AND REQUEST FOR RECIPROCAL INITIAL DISCLOSURES |
| OKP (CNMI) CORPORATION AND JOAQUIN Q. ATALIG, | |
| Defendants. | |

Defendant Joaquin Q. Atalig, by and through counsel, hereby submits his Pre-Discovery Disclosure Statement, pursuant to LR 16.2CJd and FED.R.CIV.P. 26(a), and hereby requests reciprocal initial disclosures. Mr. Atalig's initial disclosures are as follows:

A. The name, and if known, the address and telephone number of each individual likely to have discoverable information that the disclosing party may use to support its

claims or defenses, unless solely for impeachment, identifying the subjects of the information.

    1. Joaquin Q. Atalig—Songsong, Rota, MP 96951, telephone no. 532-0478, re damages to his properties in Ginalangan, Rota.

B. A copy of, or a description by category and location of, all documents, data compilations, and tangible things that are in the possession, custody, or control of the party and that the disclosing party may use to support its claims or defenses, unless solely for impeachment.

    1. Dongbu Automobile Policy and Contractor's All Risk Policy.

C. A computation of any category of damages claimed by the disclosing party.

    1. A computation of damages will be provided to the parties as soon as practicable.

D. Any insurance agreement(s) under which any person carrying on an insurance business may be liable to satisfy part or all of a judgment which may be entered in the action or to indemnify or reimburse for payments made to satisfy the judgment.

    1. Mr. Atalig anticipates that Dongbu and/or OKP will provide a complete copy of all applicable policies.

Dated: April 24, 2008    Respectfully submitted,

O'CONNOR BERMAN DOTTS & BANES

/s/
Michael W. Dotts, Esq. (F0150)
Attorneys for Defendant Atalig

Dated: April 24, 2008    LAW OFFICES OF RAMON K. QUICHOCHO, LLC

/s/
Ramon K. Quichocho, Esq. (F0243)
Attorney for Defendant Atalig