CARLSMITH BALL LLP

JOHN D. OSBORN
Carlsmith Building, Capitol Hill
P.O. Box 5241
Saipan, MP 96950-5241
Tel No. 670.322.3455

Attorneys for Defendant/Counterclaimant
OKP (CNMI) Corporation

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN MARIANA ISLANDS

| | |
|---|---|
| DONGBU INSURANCE COMPANY, LTD., <br><br> Plaintiff, <br><br> vs. <br><br> OKP (CNMI) CORPORATION and JOAQUIN Q. ATALIG, <br><br> Defendants. | CIVIL ACTION NO. 08-0002 <br><br> CASE MANAGEMENT CONFERENCE STATEMENT OF DEFENDANT/COUNTERCLAIMANT OKP (CNMI) CORPORATION <br><br> Case Management Conference <br><br> Date:  May 2, 2008 <br> Time:  10:00 a.m. <br> Judge: Hon. Alex R. Munson |

Comes now the Defendant OKP (CNMI) Corporation and pursuant to LR16.2CJ and Federal Rules of Civil Procedure 16(b) and (c), and files its Case Management Conference Statement.

  a. <u>Service of Process</u>:  Service of process is complete and is not an issue.

  b. <u>Jurisdiction and Venue</u>:  Jurisdiction and Venue are not an issue.

  c. <u>Track Assignment</u>:  Expedited track is appropriate in light of the August 11, 2008 trial date set in *Joaquin Q. Atalig v. OKP (CNMI) Corporation,* CNMI Superior Court Civil Action No. 06- 0119 and Fed. R. Civ. P. Rule 57, which provides in part, that "The court may order a speedy hearing of a declaratory-judgment action."

4816-4932-9154.1.060927-00005

1     d.     <u>Anticipated Motions</u>:  Defendant anticipates that dispositive motions will be filed in the near future.

       e.     <u>Special Procedures</u>:  No special procedures are necessary.

       f.     <u>Modification of Standard Pretrial Procedures</u>:  No modification of standard pretrial procedures is necessary in this case.

       g.     <u>Settlement Prospects</u>:  Unknown at this time as discovery is now being initiated. Defendant recommends that the Court expeditiously set a settlement conference in the near future in order to assess this issue.

       h.     <u>Other Matters</u>:  Defendant requests the Court to schedule the setting of various dates for completion of discovery, disclosure of expert witnesses, completion of expert witness discovery, discovery motions, dispositive motions, Status Conference, Settlement Conference and Pre-Trial Conference, and trial date in light of the August 11, 2008 trial date *Joaquin Q. Atalig v. OKP (CNMI) Corporation,* CNMI Superior Court Civil Action No. 06- 0119, referenced above and the potential impact a decision in this case could have on that matter.

                                                 CARLSMITH BALL LLP

DATED: Saipan, MP, April 25, 2008.      */s/ John D. Osborn*
                                                    JOHN D. OSBORN
                                                    Attorneys for Defendant
                                                    OKP (CNMI) CORPORATION