Thomas E. Clifford
Attorney at Law
2nd Floor, Alexander Building, San Jose
P.O. Box 506514
Saipan, MP 96950
Tel. (670)235-8846
Fax (670)235-8848

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN MARIANA ISLANDS

|  |  |
|---|---|
| DONGBU INSURANCE COMPANY, Ltd., <br><br> Plaintiff, <br><br> v. <br><br> OKP (CNMI) CORPORATION and JOAQUIN Q. ATALIG, <br><br> Defendants. | Civil Action No. 08-0002 <br><br> ORDER <br> FOLLOWING MAY 2, 2008 <br> CASE MANAGEMENT CONFERENCE |

This case came on for a Case Management Conference on Friday, May 2, 2008 at 10:00 a.m. Plaintiff Dongbu Insurance Company, Ltd. ("Dongbu") was represented by its counsel, Thomas E. Clifford and Wesley M. Bogdan. Defendant OKP (CNMI) Corporation ("OKP") was represented by its counsel, John D. Osborn and Sean E. Frink. Defendant Joaquin Q. Atalig ("Mr. Atalig") was represented by his counsel, Michael W. Dotts and Ramon K. Quichocho. Based on the matters adduced at the conference, the pleadings and other papers on file in this case, the agreement of counsel and the applicable law, the Court hereby ORDERS as follows:

1. Dongbu shall have until Wednesday, May 14, 2008 to file its motion for summary

1  judgment.

2  2. OKP and Mr. Atalig shall have until Wednesday, June 11, 2008 to file any opposition to

3  Dongbu's motion.

4  3. Dongbu shall have until Wednesday, June 25, 2008 to file any reply brief in support of

5  its motion.

6  4. OKP and Mr. Atalig shall have until Wednesday, May 21, 2008 to file any cross-motion

7  
8  for summary judgment.

9  5. Dongbu shall have until Wednesday, June 18, 2008 to file any opposition to any cross-

10 motion.

11 6. OKP and Mr. Atalig shall have until Wednesday, July 2, 2008 to file any reply in support

12 of any cross-motion.

13
14 7. Dongbu's motion for summary judgment and any cross-motions for summary judgment

15 filed by OKP and/or Mr. Atalig pursuant to this order shall come on for hearing on

16 Thursday, July 10, 2008 at 1:30 p.m.

17 8. Due to the number and complexity of legal issues in this matter, the page limits under

18 the Local Rules are expanded as follows: a) opening memoranda of law and opposition

19
20 briefs shall not exceed 50 pages in length; and b) reply briefs shall not exceed 30 pages in

21 length.

22  IT IS SO ORDERED.

23  DATED this 13th day of May, 2008.

24  
   _____
25  ALEX R. MUNSON
   Judge
26

AGREED AS TO FORM:

/s/ _____   Date: 05/13/08
Thomas E. Clifford
Attorney for Dongbu

/s/ _____   Date: 05/13/08
John D. Osborn
Attorney for OKP

/s/ _____   Date: 05/13/08
Michael W. Dotts
Attorney for Mr. Atalig

**RECEIVED**

**MAY 1 3 2008**

Clerk
District Court
The Northern Mariana Islands

Page 3 of 3 pages