# Exhibit B

**Automobile Policy Declarations**

Issued by: Dongbu Insurance Company Ltd.

Policy Number  :  150230 - 150230 (KMA-09102-S00)

1. Name Insured :  OKP(CNMI) Corporation
   Address      :  P.O. Box 511593, Rota, MP 96951

2. Policy Period: From  12/15/2005  To  12/15/2006  at 12:01 A.M. Standard Time

3. Coverage

| | | Limit of Liability | Premium |
|---|---|---|---|
| A. Bodily Injury | - Each Person/Each Accident | Per Schedule | Per Schedule |
| B. Property Damage | - Each Accident | Per Schedule | Per Schedule |
| C. Medical Payments | - Each Person | Per Schedule | Per Schedule |
| D. Comprehensive | - Deductible | Per Schedule | Per Schedule |
| E. Collision | - Deductible | Per Schedule | Per Schedule |

Optional Coverage

| | | | |
|---|---|---|---|
| Uninsured Motorist | - Each Person/Each Accident | Per Schedule | Per Schedule |
| Passenger Risk | - Each Person/Each Accident | Per Schedule | Per Schedule |
| Typhoon | - Deductible | Per Schedule | Per Schedule |
| Personal Accident | - Each Person/Each Vehicle | Per Schedule | Per Schedule |
| Loss of Use | | Per Schedule | Per Schedule |

**Total Policy Premium:**  $16,120.00

"ACV" means Actual Cash Value
* Minimum. Earned Premium: Short Rate, but not less than $30.00.
Discounts Applied:

**\*\*\* Per Schedule \*\*\***

Endorsements Applicable :

**\*\*\* Per Schedule \*\*\***

4. Your Covered Vehicle(s)

| Year Trade Name | Model | Body Type | Engine Vin # | Insured's Estimate of Value including Accesories thereon |
|---|---|---|---|---|

**\*\*\* Per Schedule \*\*\***

5. Loss Payee:

**\*\*\* Per Schedule \*\*\***

6. Purpose of Use:  **Business**

7. Geographical Area: This Policy Covers the Commonwealth of the Northern Mariana Islands

8. Notice of Accident or Loss - In the event of accident or loss covered hereunder, immediate notice is
   to be given to Equitable Adjusting & Service Company at (670)234-6442/6129

Date Issued:  12/27/2005

F I L E

By: _~Tamara Hunter~_

Moylan's Insurance Und., [Int'l] Inc.
General Agent

000025

## SCHEDULE OF VEHICLES

Policy Number:     150230 - 150230 (KMA-09102-S00)

Name Insured:     OKP(CNMI) Corporation

Vehicle No:     1     2003 Kobelco Used 330 Excavator
Class: Under 25 Included   Insured Estimated Value: $     0.00

Engine No:  6D16-955601
Vin No:     S/N: LC06-05774

| COVERAGE | | LIMIT OF LIABILITY | PREMIUM |
|---|---|---|---|
| A. Bodily Injury | - Each Person/Each Accident | $1,000,000.00 / $2,000,000.00 | $520.00 |
| B. Property Damage | - Each Accident | | |
| C. Medical Payments | - Each Person | $3,000,000.00 | INCLUDED |
| D. Comprehensive | - Deductible | NOT COVERED | $0.00 |
| E. Collision | - Deductible | NOT COVERED | $0.00 |
| Optional Coverage | | NOT COVERED | $0.00 |
| Uninsured Motorist | - Each Person/Each Accident | NOT COVERED | $0.00 |
| Passenger Risk | - Each Person/Each Accident | NOT COVERED | $0.00 |
| Typhoon | - Deductible | NOT COVERED | $0.00 |
| Personal Accident | - Each Person/Each Vehicle | NOT COVERED | $0.00 |
| Loss of Use | | NOT COVERED | $0.00 |

Endorsement Form No   CSL ENDT.   Direct Action Endorsement-CNMI
Discount Applied:

PREMIUM:     $520.00
Exclusion of Certified Acts of Terr

Loss Payee:     None Stated

Vehicle No:     2     2003 Kobelco Used 330 Excavator
Class: Under 25 Included   Insured Estimated Value: $     0.00

Engine No:  6D16-958082
Vin No:     S/N: LC06-060225

| COVERAGE | | LIMIT OF LIABILITY | PREMIUM |
|---|---|---|---|
| A. Bodily Injury | - Each Person/Each Accident | $1,000,000.00 / $2,000,000.00 | $520.00 |
| B. Property Damage | - Each Accident | | |
| C. Medical Payments | - Each Person | $3,000,000.00 | INCLUDED |
| D. Comprehensive | - Deductible | NOT COVERED | $0.00 |
| E. Collision | - Deductible | NOT COVERED | $0.00 |
| Optional Coverage | | NOT COVERED | $0.00 |
| Uninsured Motorist | - Each Person/Each Accident | NOT COVERED | $0.00 |
| Passenger Risk | - Each Person/Each Accident | NOT COVERED | $0.00 |
| Typhoon | - Deductible | NOT COVERED | $0.00 |
| Personal Accident | - Each Person/Each Vehicle | NOT COVERED | $0.00 |
| Loss of Use | | NOT COVERED | $0.00 |

Endorsement Form No   CSL ENDT.   Direct Action Endorsement-CNMI
Discount Applied:

PREMIUM:     $520.00
Exclusion of Certified Acts of Terr

Loss Payee:     None Stated

000026

## SCHEDULE OF VEHICLES

Policy Number:    150230 - 150230 (KMA-09102-S00)

Name Insured:    OKP(CNMI) Corporation

Vehicle No:    3    2004 Kobelco Used SK200 Excavator

Class:  Under 25 Included  Insured Estimated Value:  $    0.00    Engine No:  6D34-098762

Vin No:    S/N: YN09-36227

| COVERAGE | | LIMIT OF LIABILITY | PREMIUM |
|---|---|---|---|
| A. Bodily Injury | - Each Person/Each Accident | $1,000,000.00 / $2,000,000.00 | $520.00 |
| B. Property Damage | - Each Accident | | |
| C. Medical Payments | - Each Person | $3,000,000.00 | INCLUDED |
| D. Comprehensive | - Deductible | NOT COVERED | $0.00 |
| E. Collision | - Deductible | NOT COVERED | $0.00 |
| Optional Coverage | | NOT COVERED | $0.00 |
| Uninsured Motorist | - Each Person/Each Accident | NOT COVERED | |
| Passenger Risk | - Each Person/Each Accident | NOT COVERED | $0.00 |
| Typhoon | - Deductible | NOT COVERED | $0.00 |
| Personal Accident | - Each Person/Each Vehicle | NOT COVERED | $0.00 |
| Loss of Use | | NOT COVERED | $0.00 |
| | | | $0.00 |

Endorsement Form No    CSL ENDT.   Direct Action Endorsement-CNMI   Exclusion of Certified Acts of Terr

Discount Applied:

PREMIUM:    $520.00

Loss Payee:    None Stated

Vehicle No:    4    2004 Kobelco Used SK200 Excavator

Class:  Under 25 Included  Insured Estimated Value:  $    0.00    Engine No:  6D34-100133

Vin No:    S/N: YN09-36581

| COVERAGE | | LIMIT OF LIABILITY | PREMIUM |
|---|---|---|---|
| A. Bodily Injury | - Each Person/Each Accident | $1,000,000.00 / $2,000,000.00 | $520.00 |
| B. Property Damage | - Each Accident | | |
| C. Medical Payments | - Each Person | $3,000,000.00 | INCLUDED |
| D. Comprehensive | - Deductible | NOT COVERED | $0.00 |
| E. Collision | - Deductible | NOT COVERED | $0.00 |
| Optional Coverage | | NOT COVERED | $0.00 |
| Uninsured Motorist | - Each Person/Each Accident | NOT COVERED | |
| Passenger Risk | - Each Person/Each Accident | NOT COVERED | $0.00 |
| Typhoon | - Deductible | NOT COVERED | $0.00 |
| Personal Accident | - Each Person/Each Vehicle | NOT COVERED | $0.00 |
| Loss of Use | | NOT COVERED | $0.00 |
| | | | $0.00 |

Endorsement Form No    CSL ENDT.   Direct Action Endorsement-CNMI   Exclusion of Certified Acts of Terr

Discount Applied:

PREMIUM:    $520.00

Loss Payee:    None Stated

000027

## SCHEDULE OF VEHICLES

Policy Number:  150230 - 150230 (KMA-09102-S00)

Name Insured:  OKP(CNMI) Corporation

Vehicle No:  5  1998 Caterpilar Used Caterpillar Motor Grader 12G I Engine No:  N/A
Class:  Under 25 Included  Insured Estimated Value:  $    0.00  Vin No:  S/N: 61M-12904

| COVERAGE | | LIMIT OF LIABILITY | PREMIUM |
|---|---|---|---|
| A. Bodily Injury | - Each Person/Each Accident | | |
| B. Property Damage | - Each Accident | $1,000,000.00 / $2,000,000.00 | $520.00 |
| C. Medical Payments | - Each Person | $3,000,000.00 | INCLUDED |
| D. Comprehensive | - Deductible | NOT COVERED | $0.00 |
| E. Collision | - Deductible | NOT COVERED | $0.00 |
| Optional Coverage | | NOT COVERED | $0.00 |
| Uninsured Motorist | - Each Person/Each Accident | | |
| Passenger Risk | - Each Person/Each Accident | NOT COVERED | $0.00 |
| Typhoon | - Deductible | NOT COVERED | $0.00 |
| Personal Accident | - Each Person/Each Vehicle | NOT COVERED | $0.00 |
| Loss of Use | | NOT COVERED | $0.00 |
| | | NOT COVERED | $0.00 |

Endorsement Form No  CSL ENDT.  Direct Action Endorsement-CNMI  PREMIUM:  $520.00
Discount Applied:  Exclusion of Certified Acts of Terr

Loss Payee:  None Stated

Vehicle No:  6  1990 Caterpilar Used D6H Bulldozer
Class:  Under 25 Included  Insured Estimated Value:  $    0.00  Engine No:  N/A
Vin No:  S/N: 1KD-04075

| COVERAGE | | LIMIT OF LIABILITY | PREMIUM |
|---|---|---|---|
| A. Bodily Injury | - Each Person/Each Accident | | |
| B. Property Damage | - Each Accident | $1,000,000.00 / $2,000,000.00 | $520.00 |
| C. Medical Payments | - Each Person | $3,000,000.00 | INCLUDED |
| D. Comprehensive | - Deductible | NOT COVERED | $0.00 |
| E. Collision | - Deductible | NOT COVERED | $0.00 |
| Optional Coverage | | NOT COVERED | $0.00 |
| Uninsured Motorist | - Each Person/Each Accident | | |
| Passenger Risk | - Each Person/Each Accident | NOT COVERED | $0.00 |
| Typhoon | - Deductible | NOT COVERED | $0.00 |
| Personal Accident | - Each Person/Each Vehicle | NOT COVERED | $0.00 |
| Loss of Use | | NOT COVERED | $0.00 |
| | | NOT COVERED | $0.00 |

Endorsement Form No  CSL ENDT.  Direct Action Endorsement-CNMI  PREMIUM:  $520.00
Discount Applied:  Exclusion of Certified Acts of Terr

Loss Payee:  None Stated

## SCHEDULE OF VEHICLES

Policy Number:     150230 - 150230 (KMA-09102-S0O)

Name Insured:     OKP(CNMI) Corporation

---

Vehicle No:     7     1991 Caterpilar Used D6H-II Bulldozer

Class: Under 25 Included   Insured Estimated Value:  $     0.00

Engine No:  N/A

Vin No:     S/N: 4GG-04190

| COVERAGE | | LIMIT OF LIABILITY | PREMIUM |
|---|---|---|---|
| A. Bodily Injury | - Each Person/Each Accident | $1,0O0,000.00 / $2,000,000.00 | $520.00 |
| B. Property Damage | - Each Accident | | |
| C. Medical Payments | - Each Person | $3,000,000.00 | INCLUDED |
| D. Comprehensive | - Deductible | NOT COVERED | $0.00 |
| E. Collision | - Deductible | NOT COVERED | $0.00 |
| Optional Coverage | | NOT COVERED | $0.00 |
| Uninsured Motorist | - Each Person/Each Accident | NOT COVERED | $0.00 |
| Passenger Risk | - Each Person/Each Accident | NOT COVERED | $0.00 |
| Typhoon | - Deductible | NOT COVERED | $0.00 |
| Personal Accident | - Each Person/Each Vehicle | NOT COVERED | $0.00 |
| Loss of Use | | NOT COVERED | $0.00 |

Endorsement Form No   CSL ENDT.   Direct Action Endorsement-CNMI   Exclusion of Certified Acts of Terr

Discount Applied:

PREMIUM:     $520.00

Loss Payee:     None Stated

---

Vehicle No:     8     1997 Mitsubishi Dump Truck

Class: Under 25 Included   Insured Estimated Value:  $     0.00

Engine No:  8DC9517222

Vin No:     Chas# FV415JA43172

| COVERAGE | | LIMIT OF LIABILITY | PREMIUM |
|---|---|---|---|
| A. Bodily Injury | - Each Person/Each Accident | $1,000,000.00 / $2,000,000.00 | $520.00 |
| B. Property Damage | - Each Accident | | |
| C. Medical Payments | - Each Person | $3,000,000.00 | INCLUDED |
| D. Comprehensive | - Deductible | NOT COVERED | $0.00 |
| E. Collision | - Deductible | NOT COVERED | $0.00 |
| Optional Coverage | | NOT COVERED | $0.00 |
| Uninsured Motorist | - Each Person/Each Accident | NOT COVERED | $0.00 |
| Passenger Risk | - Each Person/Each Accident | NOT COVERED | $0.00 |
| Typhoon | - Deductible | NOT COVERED | $0.00 |
| Personal Accident | - Each Person/Each Vehicle | NOT COVERED | $0.00 |
| Loss of Use | | NOT COVERED | $0.00 |

Endorsement Form No   CSL ENDT.   Direct Action Endorsement-CNMI   Exclusion of Certified Acts of Terr

Discount Applied:

PREMIUM:     $520.00

Loss Payee:     None Stated

## SCHEDULE OF VEHICLES

Policy Number:          150230 - 150230 (KMA-09102-S0O)

Name Insured:           OKP(CNMI) Corporation

Vehicle No:    9      1997 Mitsubishi Dump Truck

Class:  Under 25 Included   Insured Estimated Value:  $      0.00          Engine No:  8DC9516795

Vin No:    Chas# FV415JA43097

| COVERAGE | | LIMIT OF LIABILITY | PREMIUM |
|---|---|---|---|
| A. Bodily Injury | - Each Person/Each Accident | | |
| B. Property Damage | - Each Accident | $1,000,000.00 / $2,000,000.00 | $520.00 |
| C. Medical Payments | - Each Person | $3,000,000.00 | INCLUDED |
| D. Comprehensive | - Deductible | NOT COVERED | $0.00 |
| E. Collision | - Deductible | NOT COVERED | $0.00 |
| Optional Coverage | | NOT COVERED | $0.00 |
| Uninsured Motorist | - Each Person/Each Accident | | |
| Passenger Risk | - Each Person/Each Accident | NOT COVERED | $0.00 |
| Typhoon | - Deductible | NOT COVERED | $0.00 |
| Personal Accident | - Each Person/Each Vehicle | NOT COVERED | $0.00 |
| Loss of Use | | NOT COVERED | $0.00 |
| | | NOT COVERED | $0.00 |

Endorsement Form No   CSL ENDT.   Direct Action Endorsement-CNMI    PREMIUM:                $520.00

Discount Applied:                                                Exclusion of Certified Acts of Terr

Loss Payee:          None Stated

---

Vehicle No:    10      1997 Mitsubishi Dump Truck

Class:  Under 25 Included   Insured Estimated Value:  $      0.00          Engine No:  8DC9517205

Vin No:    Chas# FV415JV43168

| COVERAGE | | LIMIT OF LIABILITY | PREMIUM |
|---|---|---|---|
| A. Bodily Injury | - Each Person/Each Accident | | |
| B. Property Damage | - Each Accident | $1,000,000.00 / $2,000,000.00 | $520.00 |
| C. Medical Payments | - Each Person | $3,000,000.00 | INCLUDED |
| D. Comprehensive | - Deductible | NOT COVERED | $0.00 |
| E. Collision | - Deductible | NOT COVERED | $0.00 |
| Optional Coverage | | NOT COVERED | $0.00 |
| Uninsured Motorist | - Each Person/Each Accident | | |
| Passenger Risk | - Each Person/Each Accident | NOT COVERED | $0.00 |
| Typhoon | - Deductible | NOT COVERED | $0.00 |
| Personal Accident | - Each Person/Each Vehicle | NOT COVERED | $0.00 |
| Loss of Use | | NOT COVERED | $0.00 |
| | | NOT COVERED | $0.00 |

Endorsement Form No   CSL ENDT.   Direct Action Endorsement-CNMI    PREMIUM:                $520.00

Discount Applied:                                                Exclusion of Certified Acts of Terr

Loss Payee:          None Stated

## SCHEDULE OF VEHICLES

Policy Number:  150230 - 150230 (KMA-09102-S00)

Name Insured:  OKP(CNMI) Corporation

Vehicle No:  11   1998 Isuzu Dump Truck

Class:  Under 25 Included  Insured Estimated Value:  $    0.00

Engine No:  10PE1177826

Vin No:  CXZ81K23003592

| COVERAGE | | LIMIT OF LIABILITY | PREMIUM |
|---|---|---|---|
| A. Bodily Injury | - Each Person/Each Accident | $1,000,000.00 / $2,000,000.00 | $520.00 |
| B. Property Damage | - Each Accident | | |
| C. Medical Payments | - Each Person | $3,000,000.00 | INCLUDED |
| D. Comprehensive | - Deductible | NOT COVERED | $0.00 |
| E. Collision | - Deductible | NOT COVERED | $0.00 |
| Optional Coverage | | NOT COVERED | $0.00 |
| Uninsured Motorist | - Each Person/Each Accident | NOT COVERED | |
| Passenger Risk | - Each Person/Each Accident | NOT COVERED | $0.00 |
| Typhoon | - Deductible | NOT COVERED | $0.00 |
| Personal Accident | | NOT COVERED | $0.00 |
| Loss of Use | - Each Person/Each Vehicle | NOT COVERED | $0.00 |
| | | | $0.00 |

Endorsement Form No  CSL ENDT.   Direct Action Endorsement-CNMI

Discount Applied:

Loss Payee:  None Stated

PREMIUM:  $520.00

Exclusion of Certified Acts of Terr

---

Vehicle No:  12   1997 Mitsubishi Dump Truck

Class:  Under 25 Included  Insured Estimated Value:  $    0.00

Engine No:  8DC9516820

Vin No:  Chas# FV415JA43102

| COVERAGE | | LIMIT OF LIABILITY | PREMIUM |
|---|---|---|---|
| A. Bodily Injury | - Each Person/Each Accident | $1,000,000.00 / $2,000,000.00 | $520.00 |
| B. Property Damage | - Each Accident | | |
| C. Medical Payments | - Each Person | $3,000,000.00 | INCLUDED |
| D. Comprehensive | - Deductible | NOT COVERED | $0.00 |
| E. Collision | - Deductible | NOT COVERED | $0.00 |
| Optional Coverage | | NOT COVERED | $0.00 |
| Uninsured Motorist | - Each Person/Each Accident | NOT COVERED | |
| Passenger Risk | - Each Person/Each Accident | NOT COVERED | $0.00 |
| Typhoon | - Deductible | NOT COVERED | $0.00 |
| Personal Accident | | NOT COVERED | $0.00 |
| Loss of Use | - Each Person/Each Vehicle | NOT COVERED | $0.00 |
| | | | $0.00 |

Endorsement Form No  CSL ENDT.   Direct Action Endorsement-CNMI

Discount Applied:

Loss Payee:  None Stated

PREMIUM:  $520.00

Exclusion of Certified Acts of Terr

000031

## SCHEDULE OF VEHICLES

Policy Number:        150230 - 150230 (KMA-09102-S00)

Name Insured:         OKP(CNMI) Corporation

Vehicle No:   13     1997 Mitsubishi Dump Truck

Class: Under 25 Included  Insured Estimated Value:  $      0.00

Engine No:  8DC9513445
Vin No:     Chas# FV415JA42475

| COVERAGE | | LIMIT OF LIABILITY | PREMIUM |
|---|---|---|---|
| A. Bodily Injury | - Each Person/Each Accident | $1,000,000.00 / $2,000,000.00 | $520.00 |
| B. Property Damage | - Each Accident | | |
| C. Medical Payments | - Each Person | $3,000,000.00 | INCLUDED |
| D. Comprehensive | - Deductible | NOT COVERED | $0.00 |
| E. Collision | - Deductible | NOT COVERED | $0.00 |
| Optional Coverage | | NOT COVERED | $0.00 |
| Uninsured Motorist | - Each Person/Each Accident | NOT COVERED | $0.00 |
| Passenger Risk | - Each Person/Each Accident | NOT COVERED | $0.00 |
| Typhoon | - Deductible | NOT COVERED | $0.00 |
| Personal Accident | - Each Person/Each Vehicle | NOT COVERED | $0.00 |
| Loss of Use | | NOT COVERED | $0.00 |

Endorsement Form No   CSL ENDT.  Direct Action Endorsement-CNMI  Exclusion of Certified Acts of Terr

Discount Applied:

PREMIUM:         $520.00

Loss Payee:           None Stated

---

Vehicle No:   14     1997 Mitsubishi Dump Truck

Class: Under 25 Included  Insured Estimated Value:  $      0.00

Engine No:  8DC9437365
Vin No:     Chas# FV415JA41486

| COVERAGE | | LIMIT OF LIABILITY | PREMIUM |
|---|---|---|---|
| A. Bodily Injury | - Each Person/Each Accident | $1,000,000.00 / $2,000,000.00 | $520.00 |
| B. Property Damage | - Each Accident | | |
| C. Medical Payments | - Each Person | $3,000,000.00 | INCLUDED |
| D. Comprehensive | - Deductible | NOT COVERED | $0.00 |
| E. Collision | - Deductible | NOT COVERED | $0.00 |
| Optional Coverage | | NOT COVERED | $0.00 |
| Uninsured Motorist | - Each Person/Each Accident | NOT COVERED | $0.00 |
| Passenger Risk | - Each Person/Each Accident | NOT COVERED | $0.00 |
| Typhoon | - Deductible | NOT COVERED | $0.00 |
| Personal Accident | - Each Person/Each Vehicle | NOT COVERED | $0.00 |
| Loss of Use | | NOT COVERED | $0.00 |

Endorsement Form No   CSL ENDT.  Direct Action Endorsement-CNMI  Exclusion of Certified Acts of Terr

Discount Applied:

PREMIUM:         $520.00

Loss Payee:           None Stated

## SCHEDULE OF VEHICLES

Policy Number:      150230 - 150230 (KMA-09102-S00)

Name Insured:       OKP(CNMI) Corporation

Vehicle No:    15      1997 Mitsubishi Dump Truck

Class:  Under 25 Included  Insured Estimated Value:  $      0.00        Engine No:  8DC9437365

Vin No:    Chas# FV415JA41486

| COVERAGE | | LIMIT OF LIABILITY | PREMIUM |
|---|---|---|---|
| A. Bodily Injury | - Each Person/Each Accident | | |
| B. Property Damage | - Each Accident | $1,000,000.00 / $2,000,000.00 | $520.00 |
| C. Medical Payments | - Each Person | $3,000,000.00 | INCLUDED |
| D. Comprehensive | - Deductible | NOT COVERED | $0.00 |
| E. Collision | - Deductible | NOT COVERED | $0.00 |
| Optional Coverage | | NOT COVERED | $0.00 |
| Uninsured Motorist | - Each Person/Each Accident | NOT COVERED | $0.00 |
| Passenger Risk | - Each Person/Each Accident | NOT COVERED | $0.00 |
| Typhoon | - Deductible | NOT COVERED | $0.00 |
| Personal Accident | - Each Person/Each Vehicle | NOT COVERED | $0.00 |
| Loss of Use | | NOT COVERED | $0.00 |

Endorsement Form No   CSL ENDT.   Direct Action Endorsement-CNMI   **PREMIUM:**        $520.00

Discount Applied:                                                    Exclusion of Certified Acts of Terr

Loss Payee:         None Stated

---

Vehicle No:    16      1997 Mitsubishi Dump Truck

Class:  Under 25 Included  Insured Estimated Value:  $      0.00        Engine No:  8DC9437365

Vin No:    Chas# FV415JA41486

| COVERAGE | | LIMIT OF LIABILITY | PREMIUM |
|---|---|---|---|
| A. Bodily Injury | - Each Person/Each Accident | | |
| B. Property Damage | - Each Accident | $1,000,000.00 / $2,000,000.00 | $520.00 |
| C. Medical Payments | - Each Person | $3,000,000.00 | INCLUDED |
| D. Comprehensive | - Deductible | NOT COVERED | $0.00 |
| E. Collision | - Deductible | NOT COVERED | $0.00 |
| Optional Coverage | | NOT COVERED | $0.00 |
| Uninsured Motorist | - Each Person/Each Accident | NOT COVERED | $0.00 |
| Passenger Risk | - Each Person/Each Accident | NOT COVERED | $0.00 |
| Typhoon | - Deductible | NOT COVERED | $0.00 |
| Personal Accident | - Each Person/Each Vehicle | NOT COVERED | $0.00 |
| Loss of Use | | NOT COVERED | $0.00 |

Endorsement Form No   CSL ENDT.   Direct Action Endorsement-CNMI   **PREMIUM:**        $520.00

Discount Applied:                                                    Exclusion of Certified Acts of Terr

Loss Payee:         None Stated

000033

## SCHEDULE OF VEHICLES

Policy Number:   150230 - 150230 (KMA-09102-S00)

Name Insured:   OKP(CNMI) Corporation

Vehicle No:   17   1997 Mitsubishi Dump Truck

Class: Under 25 Included   Insured Estimated Value: $   0.00

Engine No:   8DC9517214
Vin No:   Chas# FV415JA43171

| COVERAGE | | LIMIT OF LIABILITY | PREMIUM |
|---|---|---|---|
| A. Bodily Injury | - Each Person/Each Accident | $1,000,000.00 / $2,000,000.00 | $520.00 |
| B. Property Damage | - Each Accident | | |
| C. Medical Payments | - Each Person | $3,000,000.00 | INCLUDED |
| D. Comprehensive | - Deductible | NOT COVERED | $0.00 |
| E. Collision | - Deductible | NOT COVERED | $0.00 |
| Optional Coverage | | NOT COVERED | $0.00 |
| Uninsured Motorist | - Each Person/Each Accident | NOT COVERED | |
| Passenger Risk | - Each Person/Each Accident | NOT COVERED | $0.00 |
| Typhoon | - Deductible | NOT COVERED | $0.00 |
| Personal Accident | - Each Person/Each Vehicle | NOT COVERED | $0.00 |
| Loss of Use | | NOT COVERED | $0.00 |
| | | | $0.00 |

Endorsement Form No   CSL ENDT.   Direct Action Endorsement-CNMI   Exclusion of Certified Acts of Terr

Discount Applied:

**PREMIUM:**   $520.00

Loss Payee:   None Stated

Vehicle No:   18   1997 Mitsubishi Dump Truck

Class: Under 25 Included   Insured Estimated Value: $   0.00

Engine No:   8DC9438006
Vin No:   Chas# FV415JA41807

| COVERAGE | | LIMIT OF LIABILITY | PREMIUM |
|---|---|---|---|
| A. Bodily Injury | - Each Person/Each Accident | $1,000,000.00 / $2,000,000.00 | $520.00 |
| B. Property Damage | - Each Accident | $3,000,000.00 | INCLUDED |
| C. Medical Payments | - Each Person | NOT COVERED | $0.00 |
| D. Comprehensive | - Deductible | NOT COVERED | $0.00 |
| E. Collision | - Deductible | NOT COVERED | $0.00 |
| Optional Coverage | | | |
| Uninsured Motorist | - Each Person/Each Accident | NOT COVERED | |
| Passenger Risk | - Each Person/Each Accident | NOT COVERED | $0.00 |
| Typhoon | - Deductible | NOT COVERED | $0.00 |
| Personal Accident | - Each Person/Each Vehicle | NOT COVERED | $0.00 |
| Loss of Use | | NOT COVERED | $0.00 |
| | | | $0.00 |

Endorsement Form No   CSL ENDT.   Direct Action Endorsement-CNMI   Exclusion of Certified Acts of Terr

Discount Applied:

**PREMIUM:**   $520.00

Loss Payee:   None Stated

000034

## SCHEDULE OF VEHICLES

Policy Number: **150230 - 150230 (KMA-09102-S00)**

Name Insured: **OKP(CNMI) Corporation**

Vehicle No: **19**   **1990 Mitsubishi Dump Truck**

Class: **Under 25 Included**  Insured Estimated Value: $ **0.00**

Engine No: **8DC8361337**
Vin No: **Chas# FV413JA20535**

| COVERAGE | | LIMIT OF LIABILITY | PREMIUM |
|---|---|---|---|
| A. Bodily Injury | - Each Person/Each Accident | $1,000,000.00 / $2,000,000.00 | $520.00 |
| B. Property Damage | - Each Accident | | |
| C. Medical Payments | - Each Person | **$3,000,000.00** | **INCLUDED** |
| D. Comprehensive | - Deductible | NOT COVERED | $0.00 |
| E. Collision | - Deductible | NOT COVERED | $0.00 |
| Optional Coverage | | NOT COVERED | $0.00 |
| Uninsured Motorist | - Each Person/Each Accident | NOT COVERED | |
| Passenger Risk | - Each Person/Each Accident | NOT COVERED | $0.00 |
| Typhoon | - Deductible | NOT COVERED | $0.00 |
| Personal Accident | - Each Person/Each Vehicle | NOT COVERED | $0.00 |
| Loss of Use | | NOT COVERED | $0.00 |
| | | | $0.00 |

Endorsement Form No   **CSL ENDT.   Direct Action Endorsement-CNMI   Exclusion of Certified Acts of Terr**

Discount Applied:

**PREMIUM:**   $520.00

Loss Payee: **None Stated**

Vehicle No: **20**   **1996 Mitsubishi Dump Truck**

Class: **Under 25 Included**  Insured Estimated Value: $ **0.00**

Engine No: **8DC9437462**
Vin No: **Chas# FV415JA41545**

| COVERAGE | | LIMIT OF LIABILITY | PREMIUM |
|---|---|---|---|
| A. Bodily Injury | - Each Person/Each Accident | $1,000,000.00 / $2,000,000.00 | $520.00 |
| B. Property Damage | - Each Accident | | |
| C. Medical Payments | - Each Person | **$3,000,000.00** | **INCLUDED** |
| D. Comprehensive | - Deductible | NOT COVERED | $0.00 |
| E. Collision | - Deductible | NOT COVERED | $0.00 |
| Optional Coverage | | NOT COVERED | $0.00 |
| Uninsured Motorist | - Each Person/Each Accident | NOT COVERED | |
| Passenger Risk | - Each Person/Each Accident | NOT COVERED | $0.00 |
| Typhoon | - Deductible | NOT COVERED | $0.00 |
| Personal Accident | - Each Person/Each Vehicle | NOT COVERED | $0.00 |
| Loss of Use | | NOT COVERED | $0.00 |
| | | | $0.00 |

Endorsement Form No   **CSL ENDT.   Direct Action Endorsement-CNMI   Exclusion of Certified Acts of Terr**

Discount Applied:

**PREMIUM:**   $520.00

Loss Payee: **None Stated**

000035

## SCHEDULE OF VEHICLES

**Policy Number:** 150230 - 150230 (KMA-09102-S00)

**Name Insured:** OKP(CNMI) Corporation

**Vehicle No:** 21    1996 Mitsubishi Dump Truck

**Class:** Under 25 Included  **Insured Estimated Value:** $    0.00

**Engine No:** 8DC9437513

**Vin No:** Chas# FV415JA41571

| COVERAGE | | LIMIT OF LIABILITY | PREMIUM |
|---|---|---|---|
| A. Bodily Injury | - Each Person/Each Accident | $1,000,000.00 / $2,000,000.00 | $520.00 |
| B. Property Damage | - Each Accident | **$3,000,000.00** | INCLUDED |
| C. Medical Payments | - Each Person | NOT COVERED | $0.00 |
| D. Comprehensive | - Deductible | NOT COVERED | $0.00 |
| E. Collision | - Deductible | NOT COVERED | $0.00 |
| Optional Coverage | | | |
| Uninsured Motorist | - Each Person/Each Accident | NOT COVERED | $0.00 |
| Passenger Risk | - Each Person/Each Accident | NOT COVERED | $0.00 |
| Typhoon | - Deductible | NOT COVERED | $0.00 |
| Personal Accident | - Each Person/Each Vehicle | NOT COVERED | $0.00 |
| Loss of Use | | NOT COVERED | $0.00 |

**Endorsement Form No** CSL ENDT.  Direct Action Endorsement-CNMI  Exclusion of Certified Acts of Terr

**Discount Applied:**

**PREMIUM:** $520.00

**Loss Payee:** None Stated

---

**Vehicle No:** 22    1996 Mitsubishi Dump Truck

**Class:** Under 25 Included  **Insured Estimated Value:** $    0.00

**Engine No:** 8DC9437568

**Vin No:** Chas# FV415J41592

| COVERAGE | | LIMIT OF LIABILITY | PREMIUM |
|---|---|---|---|
| A. Bodily Injury | - Each Person/Each Accident | $1,000,000.00 / $2,000,000.00 | $520.00 |
| B. Property Damage | - Each Accident | **$3,000,000.00** | INCLUDED |
| C. Medical Payments | - Each Person | NOT COVERED | $0.00 |
| D. Comprehensive | - Deductible | NOT COVERED | $0.00 |
| E. Collision | - Deductible | NOT COVERED | $0.00 |
| Optional Coverage | | | |
| Uninsured Motorist | - Each Person/Each Accident | NOT COVERED | $0.00 |
| Passenger Risk | - Each Person/Each Accident | NOT COVERED | $0.00 |
| Typhoon | - Deductible | NOT COVERED | $0.00 |
| Personal Accident | - Each Person/Each Vehicle | NOT COVERED | $0.00 |
| Loss of Use | | NOT COVERED | $0.00 |

**Endorsement Form No** CSL ENDT.  Direct Action Endorsement-CNMI  Exclusion of Certified Acts of Terr

**Discount Applied:**

**PREMIUM:** $520.00

**Loss Payee:** None Stated

## SCHEDULE OF VEHICLES

Policy Number: 150230 - 150230 (KMA-09102-S0O)

Name Insured: OKP(CNMI) Corporation

Vehicle No: 23    1988 Mitsubishi Dump Truck

Class: Under 25 Included  Insured Estimated Value: $    0.00

Engine No: 8M20-003116
Vin No: FV411J-541236

| COVERAGE | | LIMIT OF LIABILITY | PREMIUM |
|---|---|---|---|
| A. Bodily Injury | - Each Person/Each Accident | | |
| B. Property Damage | - Each Accident | $1,000,000.00 / $2,000,000.00 | $520.00 |
| C. Medical Payments | - Each Person | $3,000,000.00 | INCLUDED |
| D. Comprehensive | - Deductible | NOT COVERED | $0.00 |
| E. Collision | - Deductible | NOT COVERED | $0.00 |
| Optional Coverage | | NOT COVERED | $0.00 |
| Uninsured Motorist | - Each Person/Each Accident | NOT COVERED | |
| Passenger Risk | - Each Person/Each Accident | NOT COVERED | $0.00 |
| Typhoon | - Deductible | NOT COVERED | $0.00 |
| Personal Accident | - Each Person/Each Vehicle | NOT COVERED | $0.00 |
| Loss of Use | | NOT COVERED | $0.00 |
| | | | $0.00 |

Endorsement Form No   CSL ENDT.   Direct Action Endorsement-CNMI   Exclusion of Certified Acts of Terr

**PREMIUM:**   $520.00

Discount Applied:

Loss Payee:    None Stated

---

Vehicle No: 24    1988 Nissan Dump Truck

Class: Under 25 Included  Insured Estimated Value: $    0.00

Engine No: RE10-026525
Vin No: CW66HE-08284

| COVERAGE | | LIMIT OF LIABILITY | PREMIUM |
|---|---|---|---|
| A. Bodily Injury | - Each Person/Each Accident | | |
| B. Property Damage | - Each Accident | $1,000,000.00 / $2,000,000.00 | $520.00 |
| C. Medical Payments | - Each Person | $3,000,000.00 | INCLUDED |
| D. Comprehensive | - Deductible | NOT COVERED | $0.00 |
| E. Collision | - Deductible | NOT COVERED | $0.00 |
| Optional Coverage | | NOT COVERED | $0.00 |
| Uninsured Motorist | - Each Person/Each Accident | NOT COVERED | |
| Passenger Risk | - Each Person/Each Accident | NOT COVERED | $0.00 |
| Typhoon | - Deductible | NOT COVERED | $0.00 |
| Personal Accident | - Each Person/Each Vehicle | NOT COVERED | $0.00 |
| Loss of Use | | NOT COVERED | $0.00 |
| | | | $0.00 |

Endorsement Form No   CSL ENDT.   Direct Action Endorsement-CNMI   Exclusion of Certified Acts of Terr

**PREMIUM:**   $520.00

Discount Applied:

Loss Payee:    None Stated

000037

## SCHEDULE OF VEHICLES

Policy Number:    150230 - 150230 (KMA-09102-S00)

Name Insured:    OKP(CNMI) Corporation

Vehicle No:    25    1995 Bobcat Priime Mover Loader

Class:  Under 25 Included  Insured Estimated Value:  $    0.00

Engine No:  10DC11-431402

Vin No:  FV414JR-550874

| COVERAGE | | LIMIT OF LIABILITY | PREMIUM |
|---|---|---|---|
| A. Bodily Injury | - Each Person/Each Accident | $1,000,000.00 / $2,000,000.00 | $520.00 |
| B. Property Damage | - Each Accident | | |
| C. Medical Payments | - Each Person | $3,000,000.00 | INCLUDED |
| D. Comprehensive | - Deductible | NOT COVERED | $0.00 |
| E. Collision | - Deductible | NOT COVERED | $0.00 |
| Optional Coverage | | NOT COVERED | $0.00 |
| Uninsured Motorist | - Each Person/Each Accident | | |
| Passenger Risk | - Each Person/Each Accident | NOT COVERED | $0.00 |
| Typhoon | - Deductible | NOT COVERED | $0.00 |
| Personal Accident | - Each Person/Each Vehicle | NOT COVERED | $0.00 |
| Loss of Use | | NOT COVERED | $0.00 |
| | | NOT COVERED | $0.00 |

Endorsement Form No    CSL ENDT.   Direct Action Endorsement-CNMI

**PREMIUM:**    $520.00

Exclusion of Certified Acts of Terr

Discount Applied:

Loss Payee:    None Stated

---

Vehicle No:    26    1996 Low Boy LowBed Loader

Class:  Under 25 Included  Insured Estimated Value:  $    0.00

Engine No:  N/A

Vin No:  SWTPL/2760/LB/96

| COVERAGE | | LIMIT OF LIABILITY | PREMIUM |
|---|---|---|---|
| A. Bodily Injury | - Each Person/Each Accident | $1,000,000.00 / $2,000,000.00 | $520.00 |
| B. Property Damage | - Each Accident | | |
| C. Medical Payments | - Each Person | $3,000,000.00 | INCLUDED |
| D. Comprehensive | - Deductible | NOT COVERED | $0.00 |
| E. Collision | - Deductible | NOT COVERED | $0.00 |
| Optional Coverage | | NOT COVERED | $0.00 |
| Uninsured Motorist | - Each Person/Each Accident | | |
| Passenger Risk | - Each Person/Each Accident | NOT COVERED | $0.00 |
| Typhoon | - Deductible | NOT COVERED | $0.00 |
| Personal Accident | - Each Person/Each Vehicle | NOT COVERED | $0.00 |
| Loss of Use | | NOT COVERED | $0.00 |
| | | NOT COVERED | $0.00 |

Endorsement Form No    CSL ENDT.   Direct Action Endorsement-CNMI

**PREMIUM:**    $520.00

Exclusion of Certified Acts of Terr

Discount Applied:

Loss Payee:    None Stated

000038

## SCHEDULE OF VEHICLES

Policy Number:       150230 - 150230 (KMA-09102-S00)

Name Insured:        OKP(CNMI) Corporation

Vehicle No:    27     2002 Caterpillar 10T Compactor Roller          Engine No:  N/A
Class:  Under 25 Included   Insured Estimated Value:  $      0.00    Vin No:   2R200184

| COVERAGE | | LIMIT OF LIABILITY | PREMIUM |
|---|---|---|---|
| A. Bodily Injury | - Each Person/Each Accident | $1,000,000.00 / $2,000,000.00 | $520.00 |
| B. Property Damage | - Each Accident | | |
| C. Medical Payments | - Each Person | $3,000,000.00 | INCLUDED |
| D. Comprehensive | - Deductible | NOT COVERED | $0.00 |
| E. Collision | - Deductible | NOT COVERED | $0.00 |
| Optional Coverage | | NOT COVERED | $0.00 |
| Uninsured Motorist | - Each Person/Each Accident | NOT COVERED | |
| Passenger Risk | - Each Person/Each Accident | NOT COVERED | $0.00 |
| Typhoon | - Deductible | NOT COVERED | $0.00 |
| Personal Accident | - Each Person/Each Vehicle | NOT COVERED | $0.00 |
| Loss of Use | | NOT COVERED | $0.00 |
| | | | $0.00 |

Endorsement Form No   CSL ENDT.   Direct Action Endorsement-CNMI   **PREMIUM:**   $520.00
Discount Applied:                                        Exclusion of Certified Acts of Terr

Loss Payee:        None Stated

---

Vehicle No:    28     2002 Caterpilar 10T Compactor Roller          Engine No:  N/A
Class:  Under 25 Included   Insured Estimated Value:  $      0.00    Vin No:   2R200572

| COVERAGE | | LIMIT OF LIABILITY | PREMIUM |
|---|---|---|---|
| A. Bodily Injury | - Each Person/Each Accident | $1,000,000.00 / $2,000,000.00 | $520.00 |
| B. Property Damage | - Each Accident | | |
| C. Medical Payments | - Each Person | $3,000,000.00 | INCLUDED |
| D. Comprehensive | - Deductible | NOT COVERED | $0.00 |
| E. Collision | - Deductible | NOT COVERED | $0.00 |
| Optional Coverage | | NOT COVERED | $0.00 |
| Uninsured Motorist | - Each Person/Each Accident | NOT COVERED | |
| Passenger Risk | - Each Person/Each Accident | NOT COVERED | $0.00 |
| Typhoon | - Deductible | NOT COVERED | $0.00 |
| Personal Accident | - Each Person/Each Vehicle | NOT COVERED | $0.00 |
| Loss of Use | | NOT COVERED | $0.00 |
| | | | $0.00 |

Endorsement Form No   CSL ENDT.   Direct Action Endorsement-CNMI   **PREMIUM:**   $520.00
Discount Applied:                                        Exclusion of Certified Acts of Terr

Loss Payee:        None Stated

## SCHEDULE OF VEHICLES

Policy Number: 150230 - 150230 (KMA-09102-S00)

Name Insured: OKP(CNMI) Corporation

Vehicle No: 29    2003 Caterpilar 10T Ingersoll Compactor Roller    Engine No: 30653516

Class: Under 25 Included    Insured Estimated Value: $    0.00    Vin No:  51331

| COVERAGE | | LIMIT OF LIABILITY | PREMIUM |
|---|---|---|---|
| A. Bodily Injury | - Each Person/Each Accident | $1,000,000.00 / $2,000,000.00 | $520.00 |
| B. Property Damage | - Each Accident | | |
| C. Medical Payments | - Each Person | $3,000,000.00 | INCLUDED |
| D. Comprehensive | - Deductible | NOT COVERED | $0.00 |
| E. Collision | - Deductible | NOT COVERED | $0.00 |
| Optional Coverage | | NOT COVERED | $0.00 |
| Uninsured Motorist | - Each Person/Each Accident | NOT COVERED | |
| Passenger Risk | - Each Person/Each Accident | NOT COVERED | $0.00 |
| Typhoon | - Deductible | NOT COVERED | $0.00 |
| Personal Accident | - Each Person/Each Vehicle | NOT COVERED | $0.00 |
| Loss of Use | | NOT COVERED | $0.00 |
| | | | $0.00 |

Endorsement Form No    CSL ENDT.  Direct Action Endorsement-CNMI  Exclusion of Certified Acts of Terr    PREMIUM:    $520.00

Discount Applied:

Loss Payee:    None Stated

---

Vehicle No:    30    2000 Daihatsu 14-Feet Lorry Truck    Engine No: 1648376

Class:  Under 25 Included  Insured Estimated Value: $    0.00    Vin No:  JDA00V11600011827

| COVERAGE | | LIMIT OF LIABILITY | PREMIUM |
|---|---|---|---|
| A. Bodily Injury | - Each Person/Each Accident | $1,000,000.00 / $2,000,000.00 | $520.00 |
| B. Property Damage | - Each Accident | | |
| C. Medical Payments | - Each Person | $3,000,000.00 | INCLUDED |
| D. Comprehensive | - Deductible | NOT COVERED | $0.00 |
| E. Collision | - Deductible | NOT COVERED | $0.00 |
| Optional Coverage | | NOT COVERED | $0.00 |
| Uninsured Motorist | - Each Person/Each Accident | NOT COVERED | |
| Passenger Risk | - Each Person/Each Accident | NOT COVERED | $0.00 |
| Typhoon | - Deductible | NOT COVERED | $0.00 |
| Personal Accident | - Each Person/Each Vehicle | NOT COVERED | $0.00 |
| Loss of Use | | NOT COVERED | $0.00 |
| | | | $0.00 |

Endorsement Form No    CSL ENDT.  Direct Action Endorsement-CNMI  Exclusion of Certified Acts of Terr    PREMIUM:    $520.00

Discount Applied:

Loss Payee:    None Stated

000040