# Exhibit 1

# ANNUAL CORPORATION REPORT

Filing Fee  $50 / Make Check Payable to: CNMI TREASURER
File Original And One Copy

Filing: THE INITIAL REPORT MUST BE FILED WITHIN 60 DAYS OF INCORPORATION.
ANNUAL REPORT MUST BE FILED ON OR BEFORE MARCH 1ST OF EACH YEAR.

FILE WITH:   REGISTRAR OF CORPORATIONS
Office of the Attorney General
2nd Floor Administration Bldg. Capital Hill
Saipan, MP 96950

FILED at the OFFICE of the ATTORNEY GENERAL
DATE: 3/30/07
TIME: 4:00 PM
BY: [signature]
REGISTRAR OF CORPORATIONS
Commonwealth of the Northern Mariana Islands

17?/998

INITIAL REPORT _____  REPORT FOR THE YEAR 2006
CHECK ONE: ( ) Domestic Corporation   (X) Foreign Corporation

| | |
|---|---|
| **Name, Mailing address & Telephone No. of Corporation:** (Attach map showing location if address is only a P.O.Box) <br> DONGBU INSURANCE COMPANY, LIMITED <br> #891-10, Daechi-Dong, Kangnam-Gu, Seoul, Korea, 135-523 <br> 82-2-2262-3477 | |
| **Name, Mailing address & Telephone No. of Registered Agent:** (Attach map showing location if address is only a P.O.Box) <br> MOYLAN'S INSURANCE UNDERWRITERS (INT'L), INC. <br> C.P.O. BOX 658, SAIPAN, MP 96950 <br> (670) 234-6442/6129 | |
| **LIST OF DIRECTORS:** <br> PLEASE SEE THE ANNEX A. | |
| **LIST OF OFFICERS:** <br> PLEASE SEE THE ANNEX B. | |
| **DESCRIPTION OF BUSINESS ACTIVITIES** - List all lines of business: <br> ALL LINES OF INSURANCE EXCEPT LIFE & TITLE. | |

**STOCK ISSUED AND OUTSTANDING:**

| | Number of Shares | Class of Shares | Amount Paid for Shares |
|---|---|---|---|
| ISSUED | 70,800,000 | COMMON | US$ 38,499,184 |
| OUTSTANDING | 129,200,000 | | |

NAME OF SHAREHOLDERS   IMMIGRATION STATUS   NATIONALITY   NUMBER OF SHARES HELD
PLEASE SEE THE ANNEX C.

Date: 29th March, 2007

Signature: Cheon Sik Woo

Cheonsik Woo   (Senior Vice President)
PRINT NAME & TITLE OF PERSON SIGNING
(Must be Director or Officer of the Corporation)