# Exhibit 4

September 6, 2006

Cecilia A. Anas
Surety Division Manager
C.E. Coordinator – P&C
Moylan's Insurance Underwriters, Inc.
Julale Center, Suite 102
424 W. O'Brien Dr.
Hagatna, Guam 96910

**VIA FACSIMILE: (671) 477-1837**

**RE: Contractor's All Risk Policy No. KMCR0015-S00**

Dear Ms. Anas:

I am attaching for your reference two letters, dated September 4 and 5, 2006, respectively, from Ramon K. Quichocho to Brian Chen and Yee Chee Keong of OKP (CNMI) Corporation. These letters allege that OKP (CMI) Corp., has caused substantial damage to the Rota property of Dr. Larry B. Hocog in the course of excavating material for Airport Improvement Project No. 3-69-0003-19. We believe that this is a covered event under the policy.

Accordingly, this letter will serve as a notice of a potential claim with respect to the above referenced policy, or any other applicable coverage obtained through Moylan's Insurance Underwriters, Inc. We will keep you apprised of any further developments.

Also, I would like to follow up on my meeting with you with respect to *Atalig v. OKP (CNMI) Corp., et al, Civil ASction No. 06-0119(R)* which is currently pending against our company. We believe that this also is a covered event. As attorney's fees continue to accrue in defense of this litigation, it is essential that the insurer advise us of its position as soon as possible.

I look forward to hearing from you shortly.

Very truly yours,

Brian M. Chen


President
OKP (CNMI) Corp.