# Exhibit 5

**MAILMAN & KARA, LLC**
ATTORNEYS AT LAW
PMB 238 PPP, BOX 10000
SAIPAN, MARIANA ISLANDS 96950-8900

| | | |
|---|---|---|
| OFFICE | : 2nd Floor, Tan Marikita Bldg. Beach Road, Garapan, Saipan | E-MAIL: lexmarianas@pticom.com |
| TELEPHONE | : (670) 233-0081 | |
| FACSIMILE | : (670) 233-0090 | |

September 27, 2006

Cecilia A. Anas
Surety Division Manager
C.E. Coordinator – P&C
Moylan's Insurance Underwriters, Inc.
Julale Center, Suite 102
424 W. O'Brien Dr.
Hagatna, Guam 96910

**VIA FACSIMILE:** (671) 477-1837

**RE: Contractor's All Risk Policy No. KMCR0015-S00 and other policies affecting OKP (CNMI) Corporation.**

Dear Ms. Anas:

Please be informed that this firm and the firm of Sean E. Frink, LLC represent OKP (CNMI) Corporation ("OKP") in several claims arising out of or related to the "Rota Runway Project" (Project No. CPA-RA-001-03; AIP No. 3-69-0003-19).

Mr. Brian Chen wrote you a letter on September 6, 2006, informing you of claims against OKP by Dr. Larry Hocog, which we believe is a covered event under the policy. Please be advised that Dr. Hocog has since filed suit and that OKP was served on September 26, 2006. (I am sending you copies of the complaint and exhibits electronically, as they are quite voluminous.)

OKP has also received notice of claims by Richard and Zena Manglona and also by Glenn Manglona, along the same lines as the claims by Dr. Larry Hocog. We believe that these are also covered events under the policy. (I am enclosing copies of these documents with the mailed version of this letter.) I anticipate that these claimants will file lawsuits shortly.

It is very urgent that we receive a response from the insurer with respect to these claims. Please note that we are now concerned with two lawsuits (Atalig and Hocog), and two claims (Glenn Manglona and Richard and Zena Manglona). Although Brian Chen

initially informed you of the pending Atalig suit in late August, we still have not had any kind of response from you, your carrier, or your claims adjuster.

In addition, I continue to be unclear just what forms of coverage you extended to OKP in connection with the "Rota Runway Project." Please list all of the policies that OKP has with you in this regard, including policy numbers. Please also include any bonds (performance, payment etc.,) that you may have issued.

Thank you for your time and attention to this matter.

I look forward to hearing from you.

*Maya B. Kara*

Maya B. Kara

Encl.

CC: Client