# Exhibit 19A

Case 1:08-cv-00002   Document 22-27   Filed 05/22/2008   Page 1 of 3

**E-FILED**
**CNMI SUPERIOR COURT**
E-filed: Oct 26 2007 4:24PM
Clerk Review: Oct 30, 2007
Filing ID: 16823723
Case Number: 06-0119-CV
Rosie Ada

1  REXFORD C. KOSACK
   GLENN A. JEWELL
2  DOUGLAS DALEY
   LAW OFFICES OF REXFORD C. KOSACK
3  Bank of Hawaii Bldg., Third Floor
   P.O. Box 500410
4  Saipan, MP 96950
   Telephone: (670) 322-8800
5  Fax: (670) 322-7800

6  Attorneys for Defendant Brian M. Chen

7  BRUCE L. MAILMAN
   MAYA B. KARA
8  Mailman & Kara, LLC
   PMB 238 PPP, Box 10,000
9  Saipan, MP 96950
   Tel: (670) 233-0081
10 Fax: (670) 233-0090

11 CARLSMITH BALL, LLP
   SEAN E. FRINK
12 Carlsmith Building, Capitol Hill
   P.O. Box 5241
13 Saipan, MP 96950-5241
   Tel: (670) 322-3455
14
   Attorneys for Defendants:
15 OKP (CNMI) Corporation
   Prasada Reddy Goluguri
16 Pramuan Jaiphakdee
   Wilai Promchai
17

18            IN THE SUPERIOR COURT OF THE COMMONWEALTH
                   OF THE NORTHERN MARIANA ISLANDS
19

20 JOAQUIN Q. ATALIG,            )   Civil Action No. 06-0119(R)
                                 )
21         Plaintiff,            )
                                 )
22     vs.                       )
                                 )
23 OKP (CNMI) CORPORATION, BRIAN M. )  **NOTICE OF MOTION**
   CHEN, PRASADA REDDY GOLUGURI,  )
24 PRAMUAN JAIPHAKDEE, WILAI PROMCHAI, )
   and DOES 1-3,                 )
25                               )
           Defendants.           )
26 _____ )

27     TO: All Parties and their counsel.

28     PLEASE TAKE NOTICE that on December 10, 2007 at 10:00 a.m or as soon thereafter

   as the matter may be heard, in Courtroom 202A of the Guma Husticia in Susupe, Saipan,

defendants OKP (CNMI) Corporation, Brian M. Chen, Prasada Reddy Goluguri, Pramuan Jaiphakdee, and Wilai Promchai will move for summary judgment on the breach of contract claims in the Second Amended Complaint. A copy of the motion and the memorandum and exhibits in support are attached.

Date: October 26, 2007

                                Respectfully submitted,

                                /s/
                              Rexford C. Kosack, CNMI Bar No. F0140

                              /s/
                              Sean E. Frink, CNMI Bar No. F0212