# Exhibit 19B

**E-FILED**
**CNMI SUPERIOR COURT**
E-filed: Oct 26 2007 4:24PM
Clerk Review: Oct 30, 2007
Filing ID: 16823723
Case Number: 06-0119-CV
Rosie Ada

REXFORD C. KOSACK
GLENN A. JEWELL
DOUGLAS DALEY
LAW OFFICES OF REXFORD C. KOSACK
Bank of Hawaii Bldg., Third Floor
P.O. Box 500410
Saipan, MP 96950
Telephone: (670) 322-8800
Fax: (670) 322-7800

Attorneys for Defendant Brian M. Chen

BRUCE L. MAILMAN
MAYA B. KARA
Mailman & Kara, LLC
PMB 238 PPP, Box 10,000
Saipan, MP 96950
Tel: (670) 233-0081
Fax: (670) 233-0090

CARLSMITH BALL, LLP
SEAN E. FRINK
Carlsmith Building, Capitol Hill
P.O. Box 5241
Saipan, MP 96950-5241
Tel: (670) 322-3455

Attorneys for Defendants:
OKP (CNMI) Corporation
Prasada Reddy Goluguri
Pramuan Jaiphakdee
Wilai Promchai

IN THE SUPERIOR COURT OF THE COMMONWEALTH
OF THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| JOAQUIN Q. ATALIG, ) | Civil Action No. 06-0119(R) |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| OKP (CNMI) CORPORATION, BRIAN M. ) | **MOTION FOR SUMMARY** |
| CHEN, PRASADA REDDY GOLUGURI, ) | **JUDGMENT** |
| PRAMUAN JAIPHAKDEE, WILAI PROMCHAI, ) | |
| and DOES 1-3, ) | Presiding Judge Robert C. Naraja |
| ) | Date: December 10, 2007 |
| Defendants. ) | Time: 10:00 a.m. |

Pursuant to Com. R. Civ. P. 56, defendants defendants OKP (CNMI) Corporation, Brian M. Chen, Prasada Reddy Goluguri, Pramuan Jaiphakdee, and Wilai Promchai file this motion for summary judgment on the breach of contract claims in the Second Amended Complaint. This

1  motion should be granted for the reasons stated in the accompanying memorandum.

2  Date: October 26, 2007

3                                                Respectfully submitted,

                                              /s/
                                            Rexford C. Kosack, CNMI Bar No. F0140

                                              /s/
                                            Sean E. Frink, CNMI Bar No. F0212