# Exhibit 20A

E-FILED
CNMI SUPERIOR COURT
E-filed: Oct 26 2007  9:45PM
Clerk Review: Oct 30 2007  2:21PM
Filing ID: 16823755
Case Number: 06-0119-CV
Rosie Ada

1  CARLSMITH BALL LLP
   SEAN E. FRINK, F0212
2  Carlsmith Building, Capitol Hill
   P.O. Box 5241
3  Saipan, MP 96950-5241
   Tel No. 670.322.3455
4
5  BRUCE L. MAILMAN (CNMI Bar #F0153)
   MAYA B. KARA (CNMI Bar #F0169)
   Mailman & Kara, LLC
6  PMB 238 PPP, Box 10,000
   Saipan, MP 96950
7  Tel:(670)233-0081
   Fax: (670)233-0090
8
9  Attorneys for Defendants
   OKP CNMI Corporation, Prasada
   Reddy Goluguri, Pramuan Jaiphakdee, &
10 Wilai Promchai

11 REXFORD C. KOSACK
   GLENN A. JEWELL
12 DOUGLAS DALEY
   LAW OFFICES OF REXFORD C. KOSACK
13 Bank of Hawaii Bldg., Third Floor
   P.O. Box 410
14 Saipan, MP 96950
   Telephone: (670) 322-8800
15 Fax: (670) 322-7800

16 Attorneys for Defendant Brian M. Chen

17                    IN THE SUPERIOR COURT
                              OF THE
18          COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| JOAQUIN Q. ATALIG, | CIVIL ACTION NO. 06-0119 |
| Plaintiff, | **OKP (CNMI) CORPORATION AND BRIAN CHEN'S MOTION FOR PARTIAL SUMMARY JUDGMENT** |
| vs. | |
| OKP (CNMI) CORPORATION, *et al.,* | Presiding Judge Robert C. Naraja<br>Date:  December 10, 2007<br>Time:  10:00 a.m. |
| Defendants. | |

   Pursuant to Com. R. Civ. P. 56, Defendants OKP (CNMI) Corporation and Brian M.

Chen move for summary judgment as to the following causes of action:  third (conversion of

1  artifacts), fourth (conversion of soil), part of the second (waste due to fuel tank), seventh
2  (negligence), and ninth (indemnification).  Furthermore, Defendants move to strike the "John
3  Doe" allegations under the Court's inherent powers.  This motion is based upon the pleadings,
4  declarations, matters on file in this case, and exhibits attached hereto.
5  Date: October 26, 2007.

Respectfully submitted,

    /s/
SEAN E. FRINK, CNMI Bar No. F0212

    /s/
REXFORD C. KOSACK, CNMI Bar No. F0140

-2.-