# Exhibit 20B

**E-FILED**
**CNMI SUPERIOR COURT**
E-filed: Oct 26 2007  9:45PM
Clerk Review: Oct 30 2007  2:21PM
Filing ID: 16823755
Case Number: 06-0119-CV
Rosie Ada

CARLSMITH BALL LLP

SEAN E. FRINK, F0212
Carlsmith Building, Capitol Hill
P.O. Box 5241
Saipan, MP  96950-5241
Tel No. 670.322.3455

BRUCE L. MAILMAN (CNMI Bar #F0153)
MAYA B. KARA (CNMI Bar #F0169)
Mailman & Kara, LLC
PMB 238 PPP, Box 10,000
Saipan, MP 96950
Tel:(670)233-0081
Fax: (670)233-0090

Attorneys for Defendants
OKP CNMI Corporation, Prasada
Reddy Goluguri, Pramuan Jaiphakdee, &
Wilai Promchai

REXFORD C. KOSACK
GLENN A. JEWELL
DOUGLAS DALEY
LAW OFFICES OF REXFORD C. KOSACK
Bank of Hawaii Bldg., Third Floor
P.O. Box 410
Saipan, MP 96950
Telephone: (670) 322-8800
Fax: (670) 322-7800

Attorneys for Defendant Brian M. Chen

IN THE SUPERIOR COURT

OF THE

COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| JOAQUIN Q. ATALIG, | CIVIL ACTION NO. 06-0119 |
| Plaintiff, | |
| vs. | **NOTICE OF MOTION** |
| OKP (CNMI) CORPORATION, *et al.*, | |
| Defendants. | |

1 | TO:   All parties and their counsel.

2 |     PLEASE TAKE NOTICE that on December 10, 2007 at 9:00 a.m. or as soon thereafter as the matter may be heard, in Courtroom 202A of the Guma Husticia in Susupe, Saipan, defendants OKP (CNMI) Corporation and Brian M. Chen will move for summary judgment on plaintiff's Third and Fourth Causes of Action (Conversion – Artifacts and Soil), Seventh Cause of Action (Negligence), and Ninth Cause of Action (Indemnification), and part of the Second Cause of Action (Waste), and will move to strike all references to "Doe" defendants. A copy of the motion, the memorandum in support, and other supporting documents are filed concurrently.

Date: October 26, 2007.

Respectfully submitted,

/s/
SEAN E. FRINK            F0212

/s/
REXFORD C. KOSACK        F0140