# Exhibit 20F

E-FILED
CNMI SUPERIOR COURT
E-filed: Oct 26 2007 9:45PM
Clerk Review: Oct 30 2007 4:36PM
Filing ID: 16883585
Case Number: 06-0119-CV
Rosie Dadana



1  REXFORD C. KOSACK
   GLENN A. JEWELL
2  DOUGLAS DALEY
   LAW OFFICES OF REXFORD C. KOSACK
3  Bank of Hawaii Bldg., Third Floor
   P.O. Box 410
4  Saipan, MP 96950
   Telephone: (670) 322-8800
5  Fax: (670) 322-7800

6  Attorneys for Defendant Brian M. Chen

7  CARLSMITH BALL LLP

8  SEAN E. FRINK, F0212
   Carlsmith Building, Capitol Hill
9  P.O. Box 5241
   Saipan, MP 96950-5241
10 Tel No. 670.322.3455

11 BRUCE L. MAILMAN (CNMI Bar #F0153)
   MAYA B. KARA (CNMI Bar #F0169)
12 Mailman & Kara, LLC
   PMB 238 PPP, Box 10,000
13 Saipan, MP 96950
   Tel:(670)233-0081
14 Fax: (670)233-0090

15 Attorneys for Defendants
   OKP CNMI Corporation, Prasada
16 Reddy Goluguri, Pramuan Jaiphakdee, &
   Wilai Promchai

17

18              IN THE SUPERIOR COURT

19                     OF THE

20    COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS

21 JOAQUIN Q. ATALIG,              | CIVIL ACTION NO. 06-0434
22         Plaintiff,
23    vs.                          | **DECLARATION OF PRAMUAN**
24 OKP (CNMI) CORPORATION, et al., | **JAIPHAKDEE IN SUPPORT OF MOTION**
                                   | **FOR SUMMARY JUDGMENT**
25         Defendants.
26
27
28

I, Pramuan Jaiphakdee, hereby declare:

1. I was employed by OKP CNMI Corporation ("OKP") as a heavy equipment operator related to the Rota Runway Extension Project and am a defendant in the case for which I am submitting this Declaration. I have personal knowledge of the matters stated herein, and would be competent to testify to same if called upon to do so.

2. In late December, 2005, Reddy Goluguri told me to clear an area 100' x 150'. To show me exactly where to clear, Reddy measured out 100' one way on the property and 150' perpendicular to it with me. I then marked the width and the length by placing rocks and sticks at the starting and ending points.

3. Reddy instructed me to first clear a border around the perimeter of the 100' x 150' box for him to check. I scraped a 3' wide boundary line around the area to be cleared. Reddy inspected the boundary line and found it was in the right location and had the right dimensions. Reddy later communicated to me that Mr. Yee had approved the clearing. I then proceeded to perform the clearing.

4. At the time that I performed the clearing I knew I was to clear within the box. I was not told of the existence of any cultural or historical artifacts or any other items of value on the Atalig property. Additionally, I had no other knowledge of any cultural or historical artifacts or any other items of value existing on the property.

5. On the first day of clearing, I cleared three quarters of the area of the box, first using an excavator and then a bulldozer. I left piles of debris in the box. On the second day, I cleared the remainder of the box area and then made my own decision to push the debris outside of the box using the bulldozer.

6. There was a one-room tin shack located on the Atalig Property. The tin shack, which I understand Mr. Atalig refers to as a "dirty kitchen" or "laundry," was not located in or near the

area that I cleared and was not damaged by the clearing. Subsequent to my arrival on the property the tin shack was disassembled. I did not participate in the disassembly of the shack and did not authorize the disassembly of the shack.

7. There was also immediately adjacent to the tin shack an A-frame structure that was damaged before I arrived in Rota. The A-frame structure was not damaged by my clearing. I did not participate in damaging the A-frame and did not authorize any such acts.

8. There was also located on the Atalig Property a former bar building that OKP renovated and used as a kitchen. The kitchen was not damaged by my clearing.

9. I did not take any items from the A-frame, shack, or kitchen and did not authorize anyone else to do so.

I declare the foregoing to be true under penalty of perjury in  SINGAPORE , on October 15, 2007.

_____
Pramuan Jaiphakdee

-3.-

## CERTIFICATE OF TRANSLATION

My name is _GAN YONG HUA_ and I reside in Singapore. I have completed this form in my own handwriting. I am able to read, write, and speak the English language fluently. I am also able to speak and understand the Thai language fluently. I have read this declaration and understand it.

I met with Pramuan Jaiphakdee today and translated this declaration to him accurately in Thai. I asked him whether he understood the declaration and was willing to sign it. He indicated that he understood and was willing to sign. Pramuan Jaiphakdee signed this declaration before me, and indicated that he agreed with it.

_____

Date: October 15, 2007.