# Exhibit 20G

Case 1:08-cv-00002    Document 22-36    Filed 05/22/2008    Page 1 of 4

E-FILED
CNMI SUPERIOR COURT
E-filed: Oct 26 2007 9:45PM
Clerk Review: Oct 30 2007 4:36PM
Filing ID: 16883585
Case Number: 06-0119-CV
Rosie Dela Cruz



REXFORD C. KOSACK
GLENN A. JEWELL
DOUGLAS DALEY
LAW OFFICES OF REXFORD C. KOSACK
Bank of Hawaii Bldg., Third Floor
P.O. Box 410
Saipan, MP 96950
Telephone: (670) 322-8800
Fax: (670) 322-7800

Attorneys for Defendant Brian M. Chen

CARLSMITH BALL LLP

SEAN E. FRINK, F0212
Carlsmith Building, Capitol Hill
P.O. Box 5241
Saipan, MP 96950-5241
Tel No. 670.322.3455

BRUCE L. MAILMAN (CNMI Bar #F0153)
MAYA B. KARA (CNMI Bar #F0169)
Mailman & Kara, LLC
PMB 238 PPP, Box 10,000
Saipan, MP 96950
Tel:(670)233-0081
Fax: (670)233-0090

Attorneys for Defendants
OKP CNMI Corporation, Prasada
Reddy Goluguri, Pramuan Jaiphakdee, &
Wilai Promchai

IN THE SUPERIOR COURT

OF THE

COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| JOAQUIN Q. ATALIG,<br><br>Plaintiff,<br><br>vs.<br><br>OKP (CNMI) CORPORATION, *et al.*,<br><br>Defendants. | CIVIL ACTION NO. 06-0434<br><br>**DECLARATION OF WILAI PROMCHAI IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT** |

1  I, Wilai Promchai, hereby declare:

2  1. I was employed by OKP CNMI Corporation ("OKP") as a heavy equipment operator related to the Rota Runway Extension Project and am a defendant in the case for which I am submitting this Declaration. I have personal knowledge of the matters stated herein and would be competent to testify to same if called upon to do so.

2. There was a one-room tin shack located on the Atalig Property. The tin shack, which I understand Mr. Atalig refers to as a "dirty kitchen" or "laundry," was not located in or near the area that was cleared. Subsequent to my arrival on the property the tin shack was disassembled. I did not participate in the disassembly of the shack and did not authorize the disassembly of the shack.

3. There was also immediately adjacent to the tin shack an A-frame structure that was damaged before I arrived in Rota. I did not participate in damaging the A-frame and did not authorize any such acts.

4. I did not take any items from the A-frame, shack, or kitchen and did not authorize anyone else to do so.

I declare the foregoing to be true under penalty of perjury in Singapore, on October 15, 2007.

_____
Wilai Promchai

-2.-

## CERTIFICATE OF TRANSLATION

My name is GAN YONG HUA and I reside in Singapore. I have completed this form in my own handwriting. I am able to read, write, and speak the English language fluently. I am also able to speak and understand the Thai language fluently. I have read this declaration and understand it.

I met with Wilai Promchai today and translated this declaration to him accurately in Thai. I asked him whether he understood the declaration and was willing to sign it. He indicated that he understood it and was willing to sign. Wilai Promchai signed this declaration before me, and indicated that he agreed with it.

_[signature]_

Date: October 15, 2007.

-3.-