# Exhibit 20H

E-FILED
CNMI SUPERIOR COURT
E-filed: Oct 26 2007 9:45PM
Clerk Review: Oct 30 2007 5:19PM
Filing ID: 16823755
Case Number: 06-0119-CV
Rosie Ada

IN THE SUPERIOR COURT

OF THE

COMMONWEALTH OF THE NORTHERN MARIANA ISL.

JOAQUIN Q. ATALIG,           )
                             )
            Plaintiff,       )
                             )
        vs.                  ) CIVIL ACTION NO. 06-0119(R)
                             )
OKP (CNMI) CORPORATION, ET AL,)
                             )
            Defendants.      )
_____)


**CONFIDENTIAL**

DEPOSITION OF JOAQUIN Q. ATALIG

VOLUME I


Date:            FRIDAY, AUGUST 3, 2007

Location:        CARLSMITH BALL
                 CARLSMITH BUILDING, CAPITOL HILL
                 SAIPAN, MP

TRANSCRIBER:     BERNADETTE BALAJADIA, CSR No. 12841


TRANSCRIBED BY:
SHELLY A. SCOTT & ASSOCIATES
503 MARIGOLD AVENUE
CORONA DEL MAR, CA 92625
(949) 719-9898
SASDEPOS@AOL.COM

1                          APPEARANCES

2

3    FOR PLAINTIFF:       MR. RAY QUICHOCO, ESQ.

4    FOR PLAINTIFF:       MR. MICHAEL W. DOTTS, ESQ

5    FOR DEFENDANT:       SEAN FRINK, ESQ.

6    FOR DEFENDANT:       MAYA B. KARA, ESQ.

7    DEPONENT:            JOAQUIN Q. ATALIG

8    NOTARY PUBLIC:       MARYLYN CAMACHO

9    ALSO PRESENT:        TIMOTHY J. DELEON, VIDEOGRAPHER

10

11                           INDEX

12   Examination by:                              Page

13   By Mr. FRINK                                    7

14

15                       E X H I B I T S

16   Letter             Description          Page marked

17   A       Photograph                          184

18   B       Document of a drawing; layout of property   209

19

20

21

22   QUESTIONS INSTRUCTED NOT TO ANSWER:

23   (None)

24

25

1    outside the window there's some bougainvillea, and

2    that's what we're talking about; right?

3        A    Maybe.

4        Q    Okay.  So you would plant that about that

5    close to -- your father would plant up about that close

6    to the rock wall and the wash basin and the water tank?

7        A    Depend what you're gonna plant.  My father

8    will not plant if it's watermelon, if it's cantaloupe.

9        Q    Why is that?

10       A    Because you're going to crowd the way to the

11   water tank.

12       Q    Because they're creeping vines and they take

13   over?

14       A    Okay.

15       Q    Like bananas could be closer?

16       A    Or corn, you know.

17       Q    Okay.

18       A    Or bell pepper.

19       Q    Okay.  Do you remember, as a child, farming

20   the area close to these items?

21       A    I, uh --

22       Q    The water tank, the wash basin, the rock wall?

23       A    -- I always remember because we just have to

24   -- you cannot just always farm close to the wall, to the

25   latte.

Page 194

1       Q       Um-hum.

2       A       You cannot just farm close.  You can clear it,

3   clear it.

4       Q       Um-hum.

5       A       But you cannot just go and plant close.

6       Q       I'm going to ask you about the latte right

7   now.

8       A       I don't remember.

9       Q       Okay.

10      A       But it's there.

11      Q       I'm asking about it right now.  Are you ready?

12      A       Um-hum.

13      Q       Okay.

14              So am I correct that you're saying that

15   there's a latte stone cluster that OKP destroyed that is

16   close to the water tank?

17      A       Yes.

18      Q       Okay.  Can you describe that cluster to me?

19   How many rocks were there?

20      A       There is about -- because we fenced that in --

21   about two latte standing the way I saw it.

22      Q       Um-hum.

23      A       And the way I remember.  And that's how I

24   fence it.

25      Q       Um-hum.

1      A    And some complete, too, and some standing; and

2   most of it is down.

3      Q    Okay.  How many stones were there total, latte

4   stones?

5      A    Approximately six.

6      Q    Okay.

7      A    Supposed to be.  But the cap is not there.

8      Q    Okay.  So when we're talking -- when we're

9   talking latte stones -- I'm just trying to define the

10   term for you to use throughout this -- this deposition.

11   When I say "complete," I mean a base stone with a

12   capstone.

13      A    Um-hum.

14      Q    Okay.  So there's two stones, and obviously

15   the capstone goes on top; right?  And the base stone

16   holds up the cap; right?

17      A    Um-hum.

18      Q    You understand what I'm talking about?

19           So here you're saying that the cluster of

20   latte stones that were near the water tank that -- that

21   OKP supposedly destroyed, there were two that were a

22   complete set, and they were still standing, and there

23   were four that were not complete sets that were laying

24   down?

25      A    One -- I think one is with just the pillar.

Page 196

1    Q    Okay.

2    A    And the others are all laying down.

3    Q    So there's two --

4    A    And a mota (phonetic).

5    Q    What's a mota?

6    A    What is that?  The, uh --

7         FEMALE SPEAKER:  (Inaudible.)

8    BY MR. FRINK:

9    Q    Okay.  Can you mark on this picture where that

10   set of latte stones that we were just talking about

11   would be on this picture?  Can you see them?

12   A    Somewhere here.  Somewhere here, around here.

13   Q    Okay.  Could you make some Xs, please.

14   A    (Complying.)

15   Q    And could you write "latte," with an arrow

16   towards them.

17   A    (Complying.)

18        MALE SPEAKER:  And you said it right.

19        MR. FRINK:  Trying to.

20   BY MR. FRINK:

21   Q    Would you agree with me you can't see latte

22   stones in that picture at all?

23   A    You cannot see here.

24   Q    Okay.  How about the lusong?  Where was the

25   lusong?

1     A    Um-hum.

2     Q    Okay.  And were the latte covered at all by

3 the Korean net?

4     A    No.

5     Q    Okay.  Why do you call it a Korean net?

6     A    It is a Korean net.  In Rota they call that.

7     Q    Okay.  Meaning it's a fishing net?

8     A    It's a fishing net.

9     Q    Okay.

10    A    They dragged it on the ship, I think.

11    Q    Okay.  And how -- how long was this net?

12    A    Maybe -- maybe 15 feet.

13    Q    Okay.  How wide was it, then?

14    A    Maybe up to this high, covers the flower.

15    Q    Okay.  So this high would be -- how many feet

16 would that be, approximately?

17    A    Maybe five, six.

18    Q    Okay.  Okay.  And were there any trees inside

19 the fence?

20    A    Yes.

21    Q    Okay.  A flower hibiscus?  Was it a hibiscus

22 plant?

23    A    Maybe.

24    Q    Okay.  What kind of trees were inside the

25 fence?

1    A    Nut tree.

2    Q    What kind of nut tree?

3    A    The one that you get from -- it's like this.

4  It's like cacao.

5    Q    Okay.

6    A    And when it's ripe, it's like breadfruit nut.

7    Q    Um-hum.

8    A    And it opens, and the nuts come down.

9    Q    Okay.

10    A    And, uh, lemons.

11    Q    Okay.

12    A    As a matter of fact, one of the breadfruit is

13  still there.

14    Q    Okay.

15    A    Fortunately.

16    Q    Where is the breadfruit that's still there in

17  relation to where the fence was?

18    A    It's still here, I think.

19    Q    Will you put an "X"?

20        Is it inside or outside?

21    A    Inside.

22    Q    Okay.  Why don't you put an "X" and the arrow

23  to it saying "breadfruit," please.

24    A    (Complying.)

25    Q    Okay.  And what else was in there?  Any other

1      trees in the area?

2          A      Coconuts.

3          Q      Any of the coconuts still there?

4          A      One only.

5          Q      Okay.

6          A      I'm surprised.

7          Q      How many were there?  If there's only one now,

8      how many were there?

9          A      I had coconuts all the way here.

10         Q      So how many would that be?

11         A      I don't know.  Maybe more than three.

12         Q      Okay.

13         A      Big ones.

14         Q      Okay.  And what else?

15         A      I guess that's all I have there.

16         Q      Okay.  Where would the lusong be?  Inside the

17     fence, I take it?

18         A      Yeah, inside.  And, uh --

19         Q      Could you make that a circle, just so people

20     don't mix that up with the X's you've drawn for the

21     latte?

22         A      The what -- what --

23         Q      The lusong.

24         A      I'm not sure where here.

25         Q      One second.

Page 285

1   to the A-frame?

2       A     The A-frame is the laundry room for the

3   Sunrise.

4       Q     Okay.

5       A     Which I don't believe we used that and also

6   storage for like lawn mowers and other things that --

7       Q     Okay.

8       A     My employee must go over there to do

9   something, and I don't know.  Maybe they're looking for

10  (unintelligible) or -- but that's how they go --

11      Q     Okay.  I'm asking, is there -- is there -- is

12  there sort of a regular pathway that people would follow

13  from the hotel out to the A-frame?  Like a foot -- just

14  a foot path, just, you know.

15      A     I cleared this area.  It's all cleared.

16      Q     Okay.

17      A     So anywhere can be a path.

18      Q     Anywhere, okay.  So --

19      A     It's nice and manicured good.

20      Q     Okay.  So looking -- looking from -- let's say

21  you're standing at the corner of the hotel, you're

22  standing right there on the sidewalk, right there beside

23  it.  On the corner of the hotel that's nearest to Latte

24  Stone Set No. 1, right by Room 108, okay, and you're

25  looking toward the A-frame, okay, and you said you got

Page 286

1    the area cleared, would you be able to see Latte Stone

2    Set No. 6 near the taro patch?

3         A    You wouldn't be able to see the set, but you

4    will be able to see big rocks.

5         Q    Big rocks.

6         A    The grass.

7         Q    But you said it was cleared.

8         A    No, not -- that area where the taro and the

9    latte because even the big lawnmower would not go there,

10   the tractor, so I leave it like that.

11        Q    Okay.  Why would the big lawnmower, the

12   tractor, not be able to go there?

13        A    Because of the big boulders.

14        Q    Okay.

15        A    The latte.

16        Q    So that's my question.  You said -- that's why

17   I wanted to differentiate.  Is there -- when you say the

18   big boulders, you're referring to the latte?

19        A    Um-hum.

20        Q    Are there any other big boulders around the

21   latte or it's just all latte?

22        A    No, there's nothing.

23        Q    Okay.  So if you were to look from like I was

24   talking about, the corner of the hotel, in that

25   direction, and you saw -- you said you would be able to

Page 287

1    see a stone at least?  Is that what you said?

2        A    You'll see a boulder.

3        Q    Okay.

4        A    A rock, a big rock --

5        Q    Okay.

6        A    You see the latte --

7        Q    Okay.

8        A    -- covered by muksisi.

9        Q    Okay.  Would a person be able to recognize it

10   as being a latte?

11       A    Yes --

12       Q    Okay.

13       A    -- if you get closer.

14       Q    Covered by muksisi?  What's muksisi?

15       A    It's a (unintelligible) line.

16       Q    Okay.

17       A    Close to the taro.  Actually, it's just

18   together and --

19       Q    Okay.  And is that allowed to grow freely, the

20   muksisi?

21       A    It's not allowed where you can easily take

22   care of your lawn, but if it's like this where it's

23   inside the latte and you don't want the latte to be

24   disturbed, so you don't even want to encourage anybody

25   go in there.

1    Q    Okay.  So this -- this area, the taro patch

2    area and the latte and the muksisi, is that level

3    ground?  Is it raised ground?  What does it look like

4    before OKP --

5    A    The taro patch is raised.

6    Q    Okay.  How high?

7    A    Maybe -- maybe 3 feet off the level of the

8    ground --

9    Q    Okay.

10   A    -- or so, and --

11   Q    Is that because that's how taro grow better,

12   or it just was raised, and that's where you planted the

13   taro?

14   A    No.  It was the formation -- I think the

15   formation of the property there, and I have a cow.

16   Q    Okay.

17   A    And the cow do not feed on the taro.

18   Q    Okay.

19   A    And I use the taro for seedlings.

20   Q    For ceilings?

21   A    Seedlings.

22   Q    Seedlings.  Okay.  Is it Hawaiian taro?  What

23   kind of taro?

24   A    They call that (unintelligible) taro.

25   Q    Okay.

1      A    So if you got it there, the cow don't really

2   go there because of the latte is bothering them to go

3   around so.

4      Q    Okay.

5      A    That's what I think.

6      Q    Okay.

7      A    You see a taro patch.

8      Q    Okay.  So what -- were those taro fenced in at

9   all?

10     A    No.

11     Q    I mean, that's -- or how about the latte?

12     A    No.

13     Q    No, okay.  Any trees nearby?

14     A    Some marone baray which is used -- the leaf is

15   used for chicken soup.

16     Q    Okay.  Is that something that you planted?

17     A    Um-hum.

18     Q    Okay.  How about coconut?  Any coconut palms

19   near the Latte Stone Set No. 6 near the taro patch?

20     A    Used to be, but died.

21     Q    Okay.  Died before OKP was on the property

22   or --

23     A    Yes, sir.

24     Q    Okay.  So looking in that direction from the

25   corner of the hotel near Room 108, you'd see one stone?

Page 516

1    Q    Yeah, you can draw them as a set and then

2    we'll indicate sort of which ones were which.  Which

3    ones were standing, which ones weren't, that kind of

4    thing, if that's all right?

5    A    (Inaudible) You want me to make six long?

6    Q    If that's how many there were.  The problem

7    with round, of course, round seems to say to me cap

8    stone.  And what I heard you saying there's two cap

9    stones standing.  How many cap stones are there total?

10    A    Six.  I'm not sure the cap stone, they are

11    down in the ground.

12    Q    Okay.  So were there -- there is more than the

13    two cap stones that were on the complete -- the two

14    complete stones.  When I say complete stones, just like

15    before, means the base stone with the cap stone; right?

16    What's the Chamorro word for base stone and cap stone?

17    Is it haligi?  Is that a word that is the cap stone?

18    Does that sound right?  H-A-L-I-G-I?

19    A    You can use that.

20    Q    Okay.  Was that the word for cap stone?

21    A    No, the cap is -- haligi is the base.

22    Q    Okay.  So that is like what I have been

23    talking about is the base stone.

24    A    Yeah.

25    Q    Okay.  Do you remember what the name in

Page 517

1    Chamorro for cap stone is?

2        A    Call it -- I don't know.  I heard people call

3    it tasa, T-A-S-A, like a cup.

4        Q    Okay.  Is that Chamorro for cup as well, tasa?

5        A    Um-hum.

6        Q    I think you're right, I think I've heard that,

7    too.  Okay.

8             So, how are we going to differentiate between

9    -- first, why don't you draw the two that were standing,

10   because that's easy, and make those circles.

11       A    Make circle?

12       Q    Yeah, for the two that were standing.  Two

13   complete sets.  Two stones, the haligi and tasa

14   together, tasa on top.

15       A    This is the one that's not complete.

16       Q    Okay.  So where's the other complete one?

17       A    This is the one that is not complete.  The X.

18       Q    Okay.  The X's are not complete, the O's are

19   complete; meaning it's a base stone with a cap stone on

20   top; correct?

21       A    Um-hum.

22       Q    Okay.

23       A    I'm not sure about this.

24       Q    Okay.

25       A    I'm not sure about this one (inaudible) I

Page 521

1    A    Yes.

2    Q    Okay.  Why don't you call it -- make a circle

3 and draw an arrow and write the word "grapefruit."

4         MS. KARA:  Is the coconut trees (inaudible)?

5 BY MR. FRINK:

6    Q    Are the coconut trees still there that you've

7 just drawn in there?

8    A    I don't know if they're still there.  But I

9 know there is some is not there.

10    Q    Okay.

11    A    This one is still there.

12    Q    Grapefruit is still there.  Okay.

13         Let's talk about the latte again; okay?  So

14 you've got two circles in your group of latte; right?

15 And those indicate -- the circles indicate a complete

16 set; meaning cap stone on top of a pillar; right?  On

17 top of a base stone.  Then the others you've got one,

18 two, three, four, five, six, seven, eight, nine X's.

19    A    Nine or more, I don't know.

20    Q    Okay.  Those indicate parts of other lattes,

21 meaning either a base stone or a cap stone?

22    A    Um-hum.

23    Q    Okay.  So without differentiating between base

24 stones and cap stones if they are on the ground, if

25 they've fallen; right?  Okay.

Page 522

1              So do you know how many total stones there
2    were, other than the two complete sets you indicated
3    that you've indicated with circles, how many other total
4    stones were there on the ground?
5         A    I can make a guess.
6         Q    I'm asking do you know.
7         A    No.
8         Q    Okay.  Okay.  Do you have any records that
9    would indicate how many there were?
10        A    No.
11        Q    Okay.  Pictures?
12        A    Used to.
13        Q    Okay.  Any drawings?
14        A    No drawings.
15        Q    I take it when you say "used to" that means
16   you don't have them anymore?
17        A    Yes, after the Typhoon Pongsona.
18        Q    Okay.  How about -- where were they stored,
19   these pictures?
20        A    We stored them in the company storage.
21        Q    Where's that?
22        A    In the files.
23        Q    Okay.  Where, though?  What -- what building?
24        A    I think it's on the restaurant (inaudible).
25        Q    Okay.

Page 551

1       A    Yeah.

2       Q    -- talking about same thing as this, which is

3   end up with sort of a diagram of what the latte looked

4   like and which ones weren't standing, which weren't and

5   what their relationship (inaudible) --

6       A    Can I draw straight like this to the latte

7   because the coordination of the --

8       Q    Sure.  But why don't you use the blue pen to

9   be consistent between (inaudible)?

10      A    To A-frame --

11      Q    Sure.

12      A    Going to be over here.

13      Q    Let's just stick to the taro patch, that's

14  fine.  You have the A-frame you can make it in relation

15  to the A-frame, that's fine.

16      A    Hopefully.

17      Q    Hopefully.  I understand.  We're not doing it

18  to scale, I'm trying to get a feeling, like I said the

19  main thing I want is how the latte were in relation to

20  each other.

21      A    You want for me to show you that the set like

22  this, the one that is --

23      Q    Please.

24      A    I don't know this is coordinated, looks like

25  this -- (inaudible.)  Even this by Room 8, I'm not sure.

Page 552

1      Q    Okay.  So --

2      A    (Inaudible statement.)

3      Q    Okay.  So, to be clear, what you've got in the

4   bottom, in the middle you've written Room 8 and then

5   there is a circle, that is one of the latte that are

6   right by Room 108?

7      A    Right.

8      Q    Okay.  Okay.  Let's talk about the set near

9   the left, near the taro patch; okay?  There is one

10  complete set, meaning a cap stone on a base stone?

11     A    Um-hum.

12     Q    And there is no other complete sets?

13     A    I don't see any -- everything (inaudible).

14     Q    Were there any cap stones?

15     A    Cap stone?

16     Q    Um-hum.

17     A    Maybe.  On the ground?

18     Q    Yeah.

19     A    Yeah.

20     Q    Okay.  How many?

21     A    I don't know, just like this.

22     Q    Okay.  How many base stones?  How many base

23  stones.

24     A    We have to -- I don't see.  I don't -- I

25  cannot answer that.

Page 554

1        A      Because it breaks.

2        Q      Have you had a chance to figure out who

3    created Exhibit J?

4        A      J?  No.

5        Q      Okay.  So still do not know who created that?

6        A      Honestly I did not write this.

7        Q      I'm just asking, we talked about it yesterday.

8    That's why I was asking; okay?

9        A      Maybe.  Maybe -- I don't recall.

10       Q      Okay.  So let's move on.  We'll keep C out

11   since we seem to be using that so often.

12              Latte set number two; okay?  I'll ask you a

13   couple questions about that.

14              If you were -- if you were walking along what

15   we've called the railroad track, railroad track; right?

16   You were walking along the railroad track, you know, and

17   say the grass was as high as, you know, that picture

18   that we first used, Exhibit B, the grass was as high as

19   it is in Exhibit A; okay?  You're walking along that

20   road, anywhere along that road, I'm just saying that you

21   could pick any point you want, would you be able to see

22   latte stone set number two?

23       A      Maybe.

24       Q      Okay.  Why maybe?

25       A      Because this row planted with citrus, and you

Page 555

1    cannot see.

2         Q    Okay.  Were there trees between the latte and

3    the roadway?

4         A    Yes.

5         Q    What kind of trees?

6         A    They removed the trees by the fence, was a

7    Chamorro lemon, they call it lemoncina.  (inaudible)

8    lemon native on Rota and it's very good for (inaudible)

9    with soy sauce.

10        Q    If you were to go along what we call the

11   trail; right?  That ran alongside the -- the fence, the

12   barbed wire fence, you were to walk along that trail,

13   would you be able to see the latte?

14        A    Based on here?

15        Q    Yeah.

16        A    I think so.  But when I was managing this, you

17   know, this is all fruits like the nut tree, you cannot

18   see.

19        Q    Okay.  So how long ago were those -- were

20   those trees planted?

21        A    Maybe more than ten years.

22        Q    Okay.  And they were in existence when OKP

23   moved on the property?

24        A    They're there.

25        Q    Okay.  And about how many trees were there

Page 556

1    between the roadway -- let me be real clear on my

2    question to you; okay?

3        A    Um-hum.

4        Q    So, within the fence line --

5        A    Um-hum.

6        Q    -- within the red fence line you indicated on

7    Exhibit O; okay?  And I knew you drew the fence, you

8    said there was a fence that ran along the roadway that

9    you've indicated on Exhibit A; right?  That's the ifek

10   with three strand barbed wire except there was one

11   strand along where the hibiscus was --

12       A    Maybe one, maybe three.

13       Q    Maybe one, maybe three, along where the

14   hibiscus ran and you said there was a Korean net; right?

15       A    Yes.

16       Q    That Korean net is where the hibiscus was as

17   well?

18       A    As well.

19       Q    Okay.  In that area; okay?  To the north of

20   the water tank, north of the water tank within that

21   fence line, how many trees were there when OKP moved on

22   the property?

23       A    I'm not sure.

24       Q    More than 10?

25       A    Maybe (inaudible).

1    Q    Um-hum.

2    A    I have nut tree there, I have lemoncina there,

3  coconut there, betel nut there.  You know, it's crowded,

4  you have to crowd this area with that kind of plants,

5  it's not a great big plant (inaudible).

6    Q    Okay.

7    A    My flower.

8    Q    Okay.  You had the hibiscus, of course.  Any

9  other bushes?

10    A    I'm not sure.

11    Q    Okay.  So those trees would not have been

12  there in 1988 when the Exhibit A picture was taken;

13  right?

14    A    Maybe.

15    Q    Maybe would be?  Maybe wouldn't be?  Don't

16  know?

17    A    It was a pasture at the time.

18    Q    Okay.

19    A    Raising cow.

20    Q    Right.

21    A    So it's not all trees everywhere.

22    Q    Okay.

23    A    (Inaudible statement.)

24    Q    Okay.  So would it be fair to say that you put

25  the trees that we're talking and inside this fence line

Page 558

1    on Exhibit O near latte stone set number two, that you

2    planted those trees after you first created the hotel?

3          A    After?  No, I think before.  Because, you

4    know, you have to fence in so that the cow will not come

5    in.

6          Q    Okay.  So you fenced in these trees --

7          A    Together with the latte.

8          Q    -- together with the latte so the cows would

9    not come in.

10          What you said before when you were talking

11   about the fence, you said that there were openings in

12   the fence; right?

13          A    An entrance.

14          Q    There was an entrance.  Does that mean a gate?

15          A    It's very difficult for you maybe to realize a

16   gate.  But for me a gate is -- how can it go --

17          Q    I'll give you another sheet of paper; how's

18   that?  One second.  I'll make it P.  Okay.  P as in

19   Paul.  I don't know the military jargon, unfortunately.

20          (Exhibit P was marked.)

21          THE WITNESS:  Red pen?

22   BY MR. FRINK:

23          Q    Sure.

24          A    (inaudible) okay?

25          Q    Yep.  Barbed wire and you've got a hook that

Page 584

1       Q     In that lawsuit.  Okay.

2             So, going back to this soil and other minerals

3    claim we were talking about in the complaint, you said

4    rocks that were in the soil.  What else?  What else are

5    you claiming that we took?

6       A     And whatever that is there in the soil, latte

7    that they removed, whatever.

8       Q     So are you saying the latte and the lommok are

9    minerals?

10      A     Assuming.

11      Q     Okay.  What do you mean by assuming?

12      A     I don't even really know what is the minerals

13   there.

14      Q     Okay.  So you understand my client wants to

15   know what you're claiming that they've taken.  What

16   minerals have they taken?  That's what I'm asking you?

17   What soil and other minerals have they supposedly

18   converted?

19      A     Well, those are the things I'm saying.  Maybe

20   the rocks, the soil.  The other things in the soil.

21   Whatever there is.

22      Q     Okay.

23      A     That has been disturbed.

24      Q     Okay.  When was the last time you saw the

25   Japanese wash basin?  We called it a wash basin with

Page 662

1  with him?

2      A.   I think about a week after that.

3      Q.   So I'm going to call that the second meeting.

4      A.   Second meeting.

5      Q.   Okay.  About a week later.  Who was present at

6  that -- at that meeting?

7      A.   Jackie and myself and Brian.  I think we met

8  in the restaurant.  I'm not sure whether that time he

9  introduced me to his contractor.  What's his name?  He

10  brought a contractor, and they were surveying -- they

11  were to survey the place before we signed the lease,

12  just negotiating.

13      Q.   Okay.  So was this a surveyor or a contractor?

14      A.   I think they introduce me as a contractor.

15      Q.   Okay.

16      A.   I forgot his name.

17      Q.   Do you remember where he was from?

18      A.   Seems like he knows me, is a Filipino man, but

19  I couldn't place him in my --

20      Q.   Okay.  So Jackie was there, Brian was there,

21  you were there, and this contractor.

22      A.   Maybe.

23      Q.   You said maybe.  Before you --

24      A.   Before, before we had the meeting.

25      Q.   Okay.  Anyone else present at the meeting?

Page 663

1    A.    No.

2    Q.    Did Jackie take shorthand notes?

3    A.    All the time.

4    Q.    Do you know where those shorthand notes are?

5    A.    I told you I will look for that.

6    Q.    Okay.  So same as the first meeting notes?

7    A.    Yes, sir.

8    Q.    Okay.

9    A.    All transcribed, transcribed of second

10   meeting.

11   Q.    Okay.  What was discussed at that second

12   meeting?

13   A.    The site for the prefabricated building.  I

14   was suggesting to replace on the platform where you used

15   to have the barn outside toward the cliff area, facing

16   the cliff side, have a concrete slab there.  But I'm not

17   sure whether he agree or don't agree, because I think at

18   that time he was rushing the discussion, make everything

19   is okay, including the drinks, the [inaudible] of the

20   drinks, the utensils, it's all okay.  And he was rushing

21   the discussion so that he can take that contractor he

22   came to show the area.  It wasn't a long meeting.  And

23   it was scheduled to continue next time he comes.

24   Q.    How long would -- how long would you say the

25   meeting was?

Page 664

1     A.    Maybe ten, 15 minutes.  And that he will be

2   coming and everything is now, he'll secure the lease,

3   and he will give me advance, like six months' advance,

4   because he's looking at the time deadline for his start.

5     Q.    Okay.  Now, at the first meeting, had you

6   discussed price for the lease?

7     A.    I think it's right at that at $30 a day, the

8   room, per person, the normal rate.  And we compute that

9   for 30 days and we come up with an agreeable rate at

10  3,000 a month.

11    Q.    Which meeting was that?

12    A.    3,000 a month for the entire area.

13    Q.    What meeting was that discussed?

14    A.    The thing was proposed on the second meeting.

15    Q.    Who proposed that?

16    A.    Brian, when he feel like he's not going to be

17  paying me per month, some are per day, and I will change

18  the rate and to accommodate his lease --

19    Q.    Okay.

20    A.    -- for each room.

21    Q.    Do you recall anything else that was discussed

22  at the second meeting?

23    A.    No, sir.

24    Q.    You said the meeting took place in the

25  restaurant --

Page 669

1    and the booth, the A-frame booth that I use as private

2    dining.

3        Q.    I'm sorry, the what?

4        A.    A-frame booth.

5        Q.    A-frame booth?

6        A.    That I use for private dining.  I have maybe

7    three there between the old restaurant and the rooms

8    building.

9              Then we walk past the room and I show him the

10   latte and Room 8, and I show him -- pointed to him about

11   where the repair shop should be placed by the first gate

12   coming from the airport, first entrance, assigned with

13   the hotel building and approximately the same distance

14   from the Route 100, but not to be closer to 100 feet

15   from the latte, specifically mentioned.

16       Q.    And when you say "the latte," you're talking

17   about the ones you showed by Room 8?

18       A.    Yes, sir.  And I point also several areas.

19       Q.    What areas did you point?

20       A.    I point also that there a latte there in

21   that -- by the taro patch and also back there by the

22   water tank.

23       Q.    And when you pointed that out, who was present

24   besides Brian?

25       A.    I think Jack was present.

Page 670

1    Q.    Okay.  And you said you pointed to the taro

2    patch and what else?

3    A.    The water tank area.

4    Q.    Okay.  As best as you can recall, what were

5    the words that you used when you pointed this out?  What

6    did you say?

7    A.    You try to align with this hotel your shop,

8    coming from the airport on the first gate, may be same

9    distance to the road as the hotel, and also have the

10   latte there, back there, it's one time, and over there

11   at the taro is the specific words.  Oh, yes, I know.

12   Q.    Who said that?

13   A.    Brian.

14   Q.    Did he say how he knew?

15   A.    I didn't ask him how he know.

16   Q.    But did he say?

17   A.    He didn't say.  He's more interested to

18   continue, because he's going to renovate and his guys

19   are coming.

20   Q.    Did you say anything else about any latte

21   stones at that time, at that meeting?

22   A.    No, sir.

23   Q.    So about how long did that third meeting last?

24   A.    Maybe like 20 minutes.

25   Q.    And other than what you've told us, did you do

Page 814

1      Q.    Okay.  So to be clear, okay, you did tell

2    Edita to tell OKP to stay away from the area near the

3    water tank, the lattes and the -- the fence area near

4    the water tank.  You did tell her that?

5      A.    In this area.

6      Q.    Okay.  You did tell her that.  You did not

7    tell her to tell them to stay away from the taro patch

8    latte; correct?  I'll ask you the next question, you can

9    fill in the rest, I promise --

10     A.    All right.

11     Q.    -- okay.  So --

12     A.    No.

13     Q.    -- am I correct --

14     A.    No.

15     Q.    -- that you did not?

16     A.    No.

17     Q.    Okay.  But the reason did you not tell her

18   just tell them to stay away from the taro patch latte

19   was because she told that you they were clearing the

20   soccer field, and it was your understanding that the

21   soccer field area that they were intending to clear

22   would have been nowhere near the taro patch area so you

23   didn't even think that you needed --

24     A.    Yes --

25     Q.    -- to discuss that.

Page 815

1        A.    -- sir.

2        Q.    Meligno SablanOkay, okay.  So other than those

3    two times, okay, the time that you told Brian yourself

4    and the time that you told Edita to tell Reddy, okay, is

5    there any other time that you have communicated to OKP

6    or any of its representatives regarding these two sets

7    of lattes, the -- the latte set number 2 near the water

8    tank and the latte set number 6 near the taro patch?

9        A.    That's it.

10        Q.    Okay.  So let's talk about those two

11    incidents; okay?  Because I think it's important that

12    we -- that we understand each other, because in my mind,

13    those are pretty critical incidents in this case, okay?

14    So we've got the one with Edita, okay, where you told

15    her what to say, right, or told her what to tell them;

16    okay?  But you don't know exactly what she said because

17    you weren't there.

18        A.    I know exactly what she said.

19        Q.    Because she's told you now.  But you weren't

20    there; right?

21        A.    She told me on the phone.

22        Q.    Okay.  She told you on the phone at the time

23    that you told her to tell them that?  Or she told you

24    later?

25        A.    She told me on the phone and wait for my

1    wall and the water basin and the latte that were near

2    that water tank that I'm talking about now a little bit?

3         A.    Yes, sir.

4         Q.    Okay.  I believe -- let me find that just to

5    make sure we're talking the same thing to each other.

6    There it is.  Exhibit A, basically the items in

7    Exhibit A and the latte that were nearby and the lusong

8    that was nearby.

9         A.    Uh-huh.

10        Q.    We were talking about the approximate value of

11   the trees and shrubs that were within that fence line.

12        A.    Yes, sir.

13        Q.    Okay.  And we said -- I think we said -- you

14   said maybe around $10,000; is that correct?

15        A.    The trees?

16        Q.    Yeah, trees and shrubs.

17        A.    Yes, sir.

18        Q.    Okay.  So as I understand it, that's one of

19   the things you're suing OKP and the other defendants for

20   is the destruction of the trees and shrubs on your

21   property; right?

22        A.    Uh-huh.

23        Q.    So other than the trees and shrubs that were

24   inside the fence line of the area you can see in

25   Exhibit A, the fence line that immediately surrounds the

Page 983

1   rock wall and the water tank and the wash basin, were

2   there any other trees and shrubs that you're suing OKP

3   and the other defendants for?

4        A.   I'm not sure.

5        Q.   Okay.  How about the minerals?  We talked a

6   little bit about minerals.  And I don't know if you

7   know, but Mr. Quichocho and I have quite an argument in

8   this case about what the meaning of soil and other

9   minerals that is in -- in the Complaint.  Do you recall

10  that motion?

11       A.   Yes, sir.

12       Q.   Okay.  And I believe what the judge ruled in

13  that motion is basically that some minerals can be such

14  a part of the soil that even though there's government

15  withholding of your -- withholding of rights regarding

16  minerals that you, in fact, could own those minerals

17  too; is that correct?

18       A.   I'm not sure.

19       Q.   Okay.  Do you remember me asking you what

20  minerals you were suing for, and you said soil as

21  opposed to the rocks in the soil and the minerals in the

22  soil?

23       A.   I wasn't too sure, because I'm not sure of the

24  mineral.

25       Q.   Okay.  So why don't you tell me, do you know

Page 996

1      Q.   You're are aware of him causing any damage

2   to -- to the dirty kitchen, or the -- or the laundry

3   that we talked about?

4      A.   After I left the place, everything else, all

5   the damages is just irresponsible damage.

6      Q.   Okay.  So fair to say you don't know whether

7   or not he was involved with that damage?

8      A.   I'm not sure, sir.

9      Q.   Okay.  Has anybody told you that Reddy

10  Goluguri was involved with the damage to the laundry,

11  dirty kitchen, A-frame or taking the items from the --

12     A.   Other than what Mr. Brian Chen said, that he

13  is the one in charge, I never look into that any more

14  who was responsible.

15     Q.   Brian Chen said who was in charge?

16     A.   Reddy, the engineer, he's in charge of the

17  operation there.

18     Q.   All right.  How about Mr. Jaiphakdee?  I think

19  you told me earlier you think he's the one that operated

20  the heavy equipment that caused the damage to the yard;

21  is that correct?  Clearing the yard caused the damage to

22  the latte, and --

23     A.   Yes, sir.

24     Q.   Okay.  Are you aware of whether or not he was

25  involved in the -- in the claim that the A-frame and the

Page 1005

1      A.    Ginalangan property.

2      Q.    So they destroyed your entire property?

3      A.    The heavy equipment operators, the operator

4  equipment.

5      Q.    Uh-huh.

6      A.    If they're the ones, then they are the one.

7      Q.    So do you --

8      A.    I don't see them personally.

9      Q.    Okay.  If they are the one, then they did so

10  wilfully; is that what you're saying?

11      A.    More than wilfully, I think.

12      Q.    Okay.  So my question to you is:  What

13  knowledge do you have, for instance, that Mr. Promchai

14  Wilai or Mr. Premuan Jaiphakdee had any knowledge of the

15  existence of, for instance, the latte stones and the

16  lumok?

17      A.    I don't see them personally.

18      Q.    Okay.  But I mean do -- do you have any

19  knowledge to --

20      A.    No.

21      Q.    -- indicate that they knew about those things?

22      A.    No, I do not have knowledge that they knew.

23      Q.    Okay.  So it's possible that they didn't

24  intentionally damage these things.

25      A.    Possibly.

Page 1332

1                  CERTIFICATE TRANSCRIPTION

2

3

4                          I, SHELLY A. SCOTT, CSR License No.

5    12005, State of California, certify that the foregoing

6    deposition was transcribed by the use of computer-aided

7    transcription under my direction;

8            That the foregoing deposition is a true record

9    of the testimony of the witness and of all objections

10   made at the time of the examination as contained in the

11   audio files provided to me;

12           That I am not of counsel or attorney for any

13   of the parties in the above entitled matter, nor a

14   relative or employee of such attorney our counsel, nor

15   am I financially interested in the outcome of said

16   matter;

17           That the deponent will be notified to review

18   and sign the foregoing deposition by the attorneys for

19   the plaintiff.

20           Witness my hand this 17th day of September,

21   2007.

22

23               (Electronically transmitted - S.A.S.)___

24           SHELLY A. SCOTT, CSR License No. 12005

25

# MAILMAN & KARA, LLC
### ATTORNEYS AT LAW
PMB 238 PPP, BOX 10000
SAIPAN, MARIANA ISLANDS 96950-8900

OFFICE    :   2ⁿᵈ Floor, Tan Marikita Bldg.
       Beach Road, Garapan, Saipan
TELEPHONE   :   (670) 233-0081
FACSIMILE    :   (670) 233-0090

E-MAIL: lexmarianas@pticom.com

## ACKNOWLEDGMENT OF RECEIPT OF DOCUMENT(S)

TO:   JOAQUIN Q. ATALIG c/o Michael Dotts
    O'CONNOR BERMAN DOTTS & BANES
    2ᴺᴰ Floor, Marianas Business Plaza
    P.O. Box 501969
    Saipan, MP 96950-1969

RE:   Atalig v. OKP 06-0119
    Defendant Deposition Transcripts

Received from the Law Firm of Mailman & Kara, LLC the following document/s:

1. ONE (1) DVD containing .wav audio files of deposition proceedings for the following dates: 08/04/07, 08/06/07, 08/07/07, 08/08/07, 08/09/07, 08/10/07, 08/13/07, 08/30/07, and 08/31/07

2. ONE (1) CD containing nine (9) volumes of eTranscripts, electronic copies of Exhibits A-Z, AA-ZZ, and AAA-JJJ, and a viewer installation file --- double click on the envsetup.exe file and a program will install that will allow you to view your transcript(s)

3. ONE (1) HARD-PRINTED COPY, including Exhibits as noted at the beginning of each transcript, as follows:
   - **Volume 1 08/04/07**; note your comments as instructed on page 253
   - **Volume 2 08/06/07**; note your comments as instructed on page 505
   - **Volume 3 08/07/07**; note your comments as instructed on page 610
   - **Volume 4 08/08/07**; note your comments as instructed on page 708
   - **Volume 5 08/09/07**; note your comments as instructed on page 889
   - **Volume 6 08/10/07**; note your comments as instructed on page 950
   - **Volume 7 08/13/07**; note your comments as instructed on page 1045
   - **Volume 8 08/30/07**; note your comments as instructed on page 1171
   - **Volume 9 08/31/07**; note your comments as instructed on page 1330

You have thirty (30) days from the receipt date noted below to review these documents and notify the transcription service of any changes. You may do so directly or through the assistance of our office. If you would like assistance from our office, please contact Ms. Laurie Peterka at (670) 233-0084.

Dated: September __19__, 2007.

Place/Time: ___9/19/07  11:25 am___

___MIMI USMAN___ ___[signature]___
Print/Sign Name