# Exhibit 20I

E-FILED
CNMI SUPERIOR COURT
E-filed: Oct 26 2007 9:45PM
Clerk Review: Oct 30 2007 2:21PM
Filing ID: 16823755
Case Number: 06-0119-CV
Rosie Ada

Page 1

IN THE SUPERIOR COURT

OF THE

COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS

JOAQUIN Q. ATALIG,              )
                                )
        Plaintiff,              )
                                )
    vs.                         ) CIVIL ACTION NO. 06-0119(R)
                                )
OKP (CNMI) CORPORATION, ET AL,  )
                                )
        Defendants.             )
_____)

***CONFIDENTIAL***

DEPOSITION OF LUDIVINA P. CARILLO

VOLUME 1

Date:        WEDNESDAY, JUNE 27, 2007

Location:    LAW OFFICE OF STEPHEN J. NUTTING
             6th Floor Nauru Building
             Saipan, MP

TRANSCRIBER: SHELLY A. SCOTT, CSR No. 12005

TRANSCRIBED BY:
SHELLY A. SCOTT & ASSOCIATES
503 MARIGOLD AVENUE
CORONA DEL MAR, CA 92625
(949) 719-9898
SASDEPOS@AOL.COM

Page 2

```
 1                    APPEARANCES
 2
 3   FOR PLAINTIFF:     MR. RAMON QUICHOCO
 4   -AND              MR. MICHAEL DOTTS
 5   FOR DEFENDANT:    MR. STEPHEN NUTTING
 6   -AND              MS. MAYA KARA
 7   FOR DEFENDANT:    LILLIAN TENORIO
 8   DEPONENT:         LUDIVINA P. CARILLO
 9   NOTARY PUBLIC:    PAULINE BERGER
10   ALSO PRESENT:     DAN WESTPHAL, VIDEOGRAPHER
11
12                      INDEX
13   Examination by:                         Page
14   BY MR. NUTTING                             4
15   BY MS. TENORIO                           203
16
17                   E X H I B I T S
18   Letter         Description          Page marked
19   A         Hand drawn diagram              144
20   B         Drawing of latte stones         158
21   C         Drawing made during deposition  161
22   D    Document with notations made during deposition  162
23   E              Unknown                    197
24
25   INSTRUCTION NOT TO ANSWER:   (None)
```

Page 189

1  December?

2  A    I don't remember.

3  Q    Do you remember if it was before or after

4  Christmas?

5  A    I'm not sure.

6  Q    Okay.  Was the heavy equipment there already

7  when Reddy came to talk to you about that?

8  A    Yes.

9  Q    It was already there?

10  A    Yes.

11  Q    Okay.  And I think in your deposition you said

12  something about that came in about December 19, when

13  heavy equipment came; is that about right?  (Inaudible.)

14  A    That the OKP came in.  The two.

15  Q    Okay.  All right.  Okay.  So the heavy

16  equipment came and so Reddy came to talk to you about

17  clearing the property and wanted to know where the

18  boundaries were?

19  A    He just asked me.

20  Q    All right.  And why did Reddy come to you?  Do

21  you know why he came to ask you about it?

22  A    I don't know.

23  Q    Okay.  Did anyone else from OKP come and ask

24  you about where they could clear, where they couldn't

25  clear?

Case 1:08-cv-00002   Document 22-38   Filed 05/22/2008   Page 5 of 14

Page 190

1    A    Only Reddy.

2    Q    Only Reddy.  So you didn't talk to anybody
3  else about it?

4    A    No.

5    Q    How about Allen Yee, did you talk to him about
6  it?

7    A    No.

8    Q    Now, when Reddy came to ask you about where he
9  could clear, what happened after that?  Where you able
10 to tell him?

11   A    Excuse me, sir, what's your question?

12   Q    Okay.  You said Reddy came -- or Reedy or
13 Reddy?

14        UNIDENTIFIED SPEAKER:  Reddy.

15 BY MR. NUTTING:

16   Q    Is it Reddy?  Okay.  Reddy came to talk to you
17 about where he could clear.  And why did they want to
18 clear in the first place?

19   A    The area where they're going to put the
20 equipment.

21   Q    Okay.  So they needed to clear an area.  And
22 where was this area -- where did they want to -- what
23 area did OKP want to clear?

24   A    I don't know.

25   Q    You have no idea?

Case 1:08-cv-00002   Document 22-38   Filed 05/22/2008   Page 6 of 14

Page 191

1   A   I don't know.

2   Q   Okay. But they came to you, or Reddy came to
3   you and asked you, "Where can we clear?" Is that fair?
4   Is that about what happened?

5   A   No. He asked me where is the boundary --
6   boundary and which area that they can clear and which
7   area that they can not touch.

8   Q   Okay. So he wanted to know three things:
9   Where is the boundary, where can we clear and where am I
10  not supposed to clear.

11  A   Yes.

12  Q   Okay. And the only person you talked about
13  that was Reedy -- Reddy.

14  A   Yes.

15  Q   Okay. And did you know where the boundaries
16  of the property were?

17  A   Yes.

18  Q   And how did you know where the boundaries
19  were?

20  A   Mr. Atalig is telling me where is the place
21  that they don't have to touch.

22  Q   Okay.

23  A   And where is the place that they can clear.

24  Q   Okay. So when you say Mr. Atalig was telling
25  you about the places they could clear and where they

1  couldn't clear, you're talking about Jack Atalig?
2      A    Yes, Sir.
3      Q    Okay.  The plaintiff in this case, Joaquin?
4      A    Yes, Sir.
5      Q    All right.  So Joaquin has explained to you
6  about where they could clear and where they couldn't
7  clear?
8      A    He just tell me on that area, the pig house
9  that we are fencing, let them not to touch that area.
10     Q    Okay.
11     A    They can use all the property all the way to
12 the back up to the pandanus.
13     Q    Okay. Let's go back and look at Exhibit D
14 again.  And if you would, can you -- I know you went
15 through with it and I had some difficulty from your
16 deposition being able to tell exactly where you told
17 Reddy he could clear.  You said something about being
18 able to clear all the way from the first gate; is that
19 right?
20          You have said something on page 27, you could
21 clear all the way from the entrance gate all the way to
22 the cow station.  What the heck is that?
23     A    I don't know where is -- there's no mark here
24 on the --
25     Q    There's the hotel.

1    A    -- first entrance. The first entrance is not
2    here.
3    Q    Okay. This appears to be a small map in the
4    corner here. It shows all of the Atalig -- or all of
5    the Joaquin Atalig's property in the roadway, and this
6    is the area that they cleared. That's why the square is
7    here. As for the hotel, as I understand it, would be
8    running along the roadway right through there; right?
9    A    Yes.
10   Q    Okay. So on that, where would the entrance
11   be?
12        (Tape change.)
13        MR. NUTTING:    We are on Side B of Tape 3 in
14   the continuing deposition of Ludivina Carillo.
15   BY MR. NUTTING:
16   Q    So you said something about being able to go
17   from the entrance gate all the way to the cow station.
18   If this is where the hotel is on the property -- maybe
19   you can draw that in to show it's there.
20        If this is where the hotel is, where is the
21   entrance gate and the cow station that you're talking
22   about?
23        And you can probably do it on the zoom if you
24   want.
25   A    The first entrance, sir, is here.

1    Q    Where?

2    A    In this area.

3    Q    All right.  Right on the edge of
4  Mr. Atalig's -- Mr. Antonio Atalig's property; is that
5  correct?

6    A    This is the property of Atalig?

7    Q    That's Joaquin Atalig; this is Antonio Atalig
8  here, as I understand it.

9    A    So the first entrance is here.

10   Q    Okay.  I saw in your deposition, you talked
11 about all the way from Antonio Atalig's property until
12 the cow station.

13        Where is the cow station?

14   A    The cow station is back here.

15   Q    Okay.  It says on page 34 of your deposition,
16 I told him -- I'm showing from the cow station all the
17 way to the area, this is the boundary of Antonio Atalig
18 property.  So this is where you told him he could clear,
19 from the cow station all the way to Tony -- to Antonio
20 Atalig's property?

21   A    Yes.  Except the one I showed him not to --

22   Q    Except for that one.

23   A    -- not to touch.

24   Q    Right.  Okay.  And so why don't you just draw
25 that -- can you show me where the cow station is?

1  areas where the water tank and the latte stone is.  I
2  know that you on several, several, several times, you
3  mentioned that you did specifically warned him not to
4  clear where the other tanks were.  Not to touch.
5           Yes, not to touch.  Not to touch that area.
6           So that's the same area that you told him not
7  to touch, "A"; correct?
8      A    The "A," sir, yes.
9      Q    Back on page 32 Mr. Quichocho asked you, After
10 you told Reddy not to touch that area where you were
11 standing -- I guess, at the time -- you cannot touch
12 that area, and you said, Okay.
13          What?  Did you discuss anymore about that?
14          And you said, No.  I'm telling him that if
15 they're going to clear the place, they should aggregate
16 the soil or the grass and the rocks.  You can throw the
17 soil or the grass in the big pandanus tree that's
18 already dead.
19          Is that that pandanus that we have drawn
20 there?  Is that where you want him to throw the --
21     A    Yes.
22     Q    Okay.  But you made very clear to him that he
23 wasn't supposed to touch that A area?
24     A    Yes, sir.
25     Q    Did you ever tell Reddy that he should not to

1  touch the latte stones in that area, or did you just
2  tell him not to touch that area?
3       A    This is very important.
4       Q    Okay.  All right.  But did you take Reddy over
5  and show him the latte stones?
6       A    No.  I'm standing in the walkway going in.
7       Q    Okay.  The walkway of going into what?
8       A    To the water tank.
9       Q    All right.  And so you were standing in the
10 walkway going in and you had your arms spread?
11      A    This.
12      Q    Uh-huh.  And then you --
13      A    This is fence.
14      Q    Okay.  That was the net you were talking
15 about?
16      A    Yes.  This is fence.
17      Q    Uh-huh.  And you told him, Don't touch this
18 area?
19      A    Yes.
20      Q    Now, my question:  Did you take him in there
21 and show him that there are latte stones in there?
22      A    I did not show him, but, "Don't touch this,
23 this is very important.  This is fence off."
24      Q    All right.  In your -- when -- when did they
25 start clearing; do you remember?

1   sudden you remember in December having this discussion
2   with Jackie?  Are you just making this up as we go
3   along?
4              UNIDENTIFIED SPEAKER:  Objection.
5              THE WITNESS:  No.
6   BY MR. NUTTING:
7       Q   Okay.  All right.  In this map that we marked
8   Exhibit F, can you tell me where the taro patch is?
9       A   (Inaudible.)
10      Q   Okay.  In your deposition you don't say
11  anything about telling Reddy not to go into the taro
12  patch.
13             UNIDENTIFIED SPEAKER:  Didn't we go over this
14  yesterday thoroughly?
15             MR. NUTTING:  Not quite.
16             UNIDENTIFIED SPEAKER:  Not thoroughly?
17             MR. NUTTING:  No.
18             THE WITNESS:  Excuse me, sir, what's your
19  question?
20  BY MR. NUTTING:
21      Q   My question is, did you tell Reddy not to go
22  into the taro patch?
23      A   No.
24      Q   Okay.  Why not?  Did Jack just tell you, "Tell
25  them not to go into the water tank area"?  I guess my

```
 1              CERTIFICATE TRANSCRIPTION
 2
 3
 4        I, SHELLY A. SCOTT, CSR License No. 12005, State
 5   of California, certify that the foregoing deposition was
 6   transcribed by the use of computer-aided transcription
 7   under my direction;
 8        That the foregoing deposition is a true record
 9   of the testimony of the witness and of all objections
10   made at the time of the examination as contained in the
11   audio files provided to me;
12        That I am not of counsel or attorney for any
13   of the parties in the above entitled matter, nor a
14   relative or employee of such attorney our counsel, nor
15   am I fiancially interested in the outcome of said
16   matter;
17        That the deponent will be notified to review
18   and sign the foregoing deposition by the attorneys for
19   the plaintiff.
20        Witness my hand this 24th day of August, 2007.
21
22        ____(Electronically transmitted - S.A.S.)___
23           SHELLY A. SCOTT, CSR License No. 12005
24
25
```

## MAILMAN & KARA, LLC
### ATTORNEYS AT LAW
PMB 238 PPP, BOX 10000
SAIPAN, MARIANA ISLANDS 96950-8900

OFFICE : 2nd Floor, Tan Marikita Bldg. Beach Road, Garapan, Saipan
TELEPHONE : (670) 233-0081
FACSIMILE : (670) 233-0090

E-MAIL: lexmarianas@pticom.com

## ACKNOWLEDGMENT OF RECEIPT OF DOCUMENT(S)

TO:   Michael Dotts
      O'CONNOR BERMAN DOTTS & BANES
      2ND Floor, Marianas Business Plaza
      P.O. Box 501969
      Saipan, MP 96950-1969

RE:   Atalig v. OKP 06-0119
      Defendant Deposition Transcripts

Received from the Law Firm of Mailman & Kara, LLC the following document/s:

1. ATALIG, FELIPE Q. --- ONE (1) CD [audio files], hard copies of EXHIBITS A to G
2. ATALIG, WILLIAM T. --- ONE (1) DVD, [audio files], hard copies of EXHIBITS A to E
3. BUSSELL, JACQUELINE S., VOLS 1-3, --- ONE (1) DVD, [audio files], hard copies of EXHIBITS A to S
4. CARILLO, LUDIVINA "EDITA" P., VOLS 1-2 --- ONE (1) DVD, [audio files], hard copies of EXHIBITS A to P
5. HOCOG, PATERNO "LARRY" B. DR., VOLS 1-2 --- ONE (1) DVD, [audio files], hard copies of EXHIBITS A to G
6. ONE (1) CD [eTranscripts for all of the above]

Dated: August __29__, 2007.

Place/Time: __10:40 am__

MELISSA CAMACHO _/s/_
Print/Sign Name