# Exhibit 20K

E-FILED
CNMI SUPERIOR COURT
E-filed: Oct 26 2007 9:45PM
Clerk Review: Oct 30 2007 2:21PM
Filing ID: 16823755
Case Number: 06-0119-CV
Rosie Ada

REXFORD C. KOSACK
GLENN A. JEWELL
DOUGLAS DALEY
LAW OFFICES OF REXFORD C. KOSACK
Bank of Hawaii Bldg., Third Floor
P.O. Box 500410
Saipan, MP 96950
Telephone: (670) 322-8800
Fax: (670) 322-7800

Attorneys for Defendant Brian M. Chen

IN THE SUPERIOR COURT OF THE COMMONWEALTH
OF THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| JOAQUIN Q. ATALIG,<br><br>     Plaintiff,<br><br>vs.<br><br>OKP (CNMI) CORPORATION, BRIAN M. CHEN, PRASADA REDDY GOLUGURI, PRAMUAN JAIPHAKDEE, WILAI PROMCHAI, and DOES 1-3,<br><br>     Defendants. | Civil Action No. 06-0119(R)<br><br>**DECLARATION OF BRIAN M. CHEN IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT** |

I, Brian M. Chen, hereby declare:

1. I am over the age of 21 years.

2. I am a resident of Guam.

3. I am competent to testify to and have personal knowledge of the matters contained herein.

4. OKP (CNMI) Corporation built a platform, a berm, and an overhead cover for a fuel tank on Joaquin Atalig's property. It placed the steel fuel tank onto the platform.

5. OKP applied for a permit to use the fuel tank. The permit was never issued. Fuel was never placed into the fuel tank. The fuel tank was never used.

6. Prior to the end of the lease term, the fuel tank was removed. The overhead cover, berm, and platform were all removed. No trace remained of these items at the end of the lease term.

7. Ramon Quichocho prepared the final Lease Agreement between OKP and Joaquin

1  Atalig. Mr. Quichocho represented Mr. Atalig, not OKP.
2       I declare the foregoing to be true under penalty of perjury on the island of Saipan,
3  Commonwealth of the Northern Mariana Islands on October 26, 2007.

                                                         _____
                                                         Brian M. Chen