# Exhibit 1

# ANNUAL CORPORATION REPORT

Filing Fee  $50 / Make Check Payable to: CNMI TREASURER
File Original And One Copy

Filing:  THE INITIAL REPORT MUST BE FILED WITHIN 60 DAYS OF INCORPORATION.
ANNUAL REPORT MUST BE FILED ON OR BEFORE MARCH 1ST OF EACH YEAR.

FILE WITH:    REGISTRAR OF CORPORATIONS
Office of the Attorney General
2nd Floor Administration Bldg, Capital Hill
Saipan, MP 96950

```
FILED
at the
OFFICE of the ATTORNEY GENERAL
DATE: 3/30/07
TIME: 4:00 AM/PM
BY: Ramon
REGISTRAR OF CORPORATIONS
Commonwealth of the
Northern Mariana Islands

172/998
```

INITIAL REPORT _____   REPORT FOR THE YEAR 2006
CHECK ONE: ( ) Domestic Corporation   (X) Foreign Corporation

| Name, Mailing address & Telephone No. of Corporation: (Attach map showing location if address is only a P.O.Box) |
|---|
| DONGBU INSURANCE COMPANY, LIMITED<br>#891-10, Daechi-Dong, Kangnam-Gu, Seoul, Korea, 135-523<br>82-2-2262-3477 |

| Name, Mailing address & Telephone No. of Registered Agent: (Attach map showing location if address is only a P.O.Box) |
|---|
| MOYLAN'S INSURANCE UNDERWRITERS (INT'L), INC.<br>C.P.O. BOX 658, SAIPAN, MP 96950<br>(670) 234-6442/6129 |

| LIST OF DIRECTORS: |
|---|
| PLEASE SEE THE ANNEX A. |

| LIST OF OFFICERS: |
|---|
| PLEASE SEE THE ANNEX B. |

| DESCRIPTION OF BUSINESS ACTIVITIES - List all lines of business: |
|---|
| ALL LINES OF INSURANCE EXCEPT LIFE & TITLE. |

STOCK ISSUED AND OUTSTANDING:

|  | Number of Shares | Class of Shares | Amount Paid for Shares |
|---|---|---|---|
| ISSUED | 70,800,000 | COMMON | US$ 38,499,184 |
| OUTSTANDING | 129,200,000 | | |

| NAME OF SHAREHOLDERS   IMMIGRATION STATUS   NATIONALITY   NUMBER OF SHARES HELD |
|---|
| PLEASE SEE THE ANNEX C. |

Date:                                    Signature

                                         Cheon Sik Woo

29th March, 2007                         Cheonsik Woo   (Senior Vice President)
                                         PRINT NAME & TITLE OF PERSON SIGNING
                                         (Must be Director or Officer of the Corporation)