# Exhibit 3

Case 1:08-cv-00062 Document 23-2 Filed 06/11/2008 Page 2 of 2

# Construction firm sued for $20M over historical artifacts

**By Cherrie Anne E. Villahermosa**
*Variety News Staff*

A CONSTRUCTION firm was sued for $20 million for destroying, damaging and multiple impacts on a man's property in Rota.

Joaquin Q. Atalig, through his lawyer, Ramon K. Quichocho, filed the complaint in Superior Court against OKP CNMI Corp.

The complaint stated that the defendant's desecration of several priceless and original latte stones and other artifacts that were on plaintiff's land situated in Ginetangan, Rota when they used heavy equipment to clear the plaintiff's land of the artifacts without the required permits from the Historic Preservation Office; the Division of Environmental Quality or other regulatory agencies.

The late stones, the complaint added, represent Chamorro culture, tradition and beliefs.

As of Dec. 2005, the construction firm was violate any of the terms of the lease agreement with Atalig."

Torres said his client did not substantiated."

The complaint stated that the plaintiff leased his property to the defendant.

The defendant, according to the complaint, "wiped away a lot of the history, culture and economic advantage such as latte stones and clusters and Japanese structures and other artifacts that were on plaintiff's land.

"Unfortunately, some of the cultural and historical artifacts that once enjoyed the serenity of the plaintiff's land were unlawfully destroyed, damaged and mutilated by the defendant and are lost and gone forever", the complaint stated.

Atalig is seeking judgment against OKP CNMI Corp, general damages in an amount to be proven at trial "for the destruction and desecration and original

property of Atalig in Ginatangan, Rota "until the wiping away of the artifacts" in January.

According to the complaint, for many decades, "the latte stones and certain Japanese structures, including but not limited to a Japanese water tank, wash basins and frames sat serenely" on the plaintiff's land.

plaint stated, several latte stones and cultural artifacts and other things of value; punitive damages in an amount appropriate to punish defendants and set an example at trial because defendants knew or should have known that the priceless latte stones and other cultural and historical artifacts are forever lost once damaged or destroyed; yet defendants desecrated the artifacts on plaintiff's land despite being forewarned of the presence of artifacts before clearing the property.

Atalig is also asking the court for an award of restitution for the use of the latte stones and other valuable artifacts, materials, trees and soil and minerals, "which are forever lost or destroyed so that defendant will not be unjustly enriched at the expense of the plaintiff; prejudgment interest on amounts

latte stones and other historical reasonable, post-judgment interest, reasonable attorney fees and costs and for such further relief to which plaintiff is entitled under the law or equity and a demand for a jury trial."

Atalig filed 15 causes of actions — breach of contract, waste, conversion of historical and cultural artifacts, conversion of soil and other minerals, conversion of permanent trees, conversion of pre-existing buildings, improvements, negligence, negligent interference with prospective economic advantage, intentional and negligent infliction of emotional distress, unjust enrichment, nuisance, indemnification and attorney fees.



FOR SALE
Complimentary
Computerized Battery Test
New Batteries Starting Size 20
Up to top of the line
Win... 288-0400

$999 DOWN
onALL2005 Stock

---

## Avon...

Continued from page 6

Esperanza and were received by the shelter on March 8.

"It was the second time that Avon has sent donations to the shelter.