# Exhibit 19B

E-FILED
CNMI SUPERIOR COURT
E-filed: Oct 26 2007  4:24PM
Clerk Review: Oct 30, 2007
Filing ID: 16823723
Case Number: 06-0119-CV
Rosie Ada

1  REXFORD C. KOSACK
   GLENN A. JEWELL
2  DOUGLAS DALEY
   LAW OFFICES OF REXFORD C. KOSACK
3  Bank of Hawaii Bldg., Third Floor
   P.O. Box 500410
4  Saipan, MP 96950
   Telephone: (670) 322-8800
5  Fax: (670) 322-7800

6  Attorneys for Defendant Brian M. Chen

7  BRUCE L. MAILMAN
   MAYA B. KARA
8  Mailman & Kara, LLC
   PMB 238 PPP, Box 10,000
9  Saipan, MP 96950
   Tel: (670) 233-0081
10 Fax: (670) 233-0090

11 CARLSMITH BALL, LLP
   SEAN E. FRINK
12 Carlsmith Building, Capitol Hill
   P.O. Box 5241
13 Saipan, MP 96950-5241
   Tel: (670) 322-3455

14

15 Attorneys for Defendants:
   OKP (CNMI) Corporation
16 Prasada Reddy Goluguri
   Pramuan Jaiphakdee
17 Wilai Promchai

18         IN THE SUPERIOR COURT OF THE COMMONWEALTH
                OF THE NORTHERN MARIANA ISLANDS
19

20 JOAQUIN Q. ATALIG,                    )   Civil Action No. 06-0119(R)
                                         )
21           Plaintiff,                  )
                                         )
22      vs.                              )
                                         )
23 OKP (CNMI) CORPORATION, BRIAN M.      )   **MOTION FOR SUMMARY
   CHEN, PRASADA REDDY GOLUGURI,         )   JUDGMENT**
24 PRAMUAN JAIPHAKDEE, WILAI PROMCHAI,   )
   and DOES 1-3,                         )   Presiding Judge Robert C. Naraja
25                                       )   Date: December 10, 2007
             Defendants.                 )   Time: 10:00 a.m.
26 _____)

27      Pursuant to Com. R. Civ. P. 56, defendants defendants OKP (CNMI) Corporation, Brian

28 M. Chen, Prasada Reddy Goluguri, Pramuan Jaiphakdee, and Wilai Promchai file this motion for

   summary judgment on the breach of contract claims in the Second Amended Complaint.  This

1   motion should be granted for the reasons stated in the accompanying memorandum.

2   Date: October 26, 2007

3                                           Respectfully submitted,

4

5                                           _____/s/_____
6                                           Rexford C. Kosack, CNMI Bar No. F0140

7

8                                           _____/s/_____
                                            Sean E. Frink, CNMI Bar No. F0212
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28