# Exhibit 20A

E-FILED
CNMI SUPERIOR COURT
E-filed: Oct 26 2007  9:45PM
Clerk Review: Oct 30 2007  2:21PM
Filing ID: 16823755
Case Number: 06-0119-CV
Rosie Ada



1    CARLSMITH BALL LLP
     SEAN E. FRINK, F0212
2    Carlsmith Building, Capitol Hill
     P.O. Box 5241
3    Saipan, MP  96950-5241
     Tel No. 670.322.3455
4
     BRUCE L. MAILMAN (CNMI Bar #F0153)
5    MAYA B. KARA (CNMI Bar #F0169)
     Mailman & Kara, LLC
6    PMB 238 PPP, Box 10,000
     Saipan, MP 96950
7    Tel:(670)233-0081
     Fax: (670)233-0090
8
9    Attorneys for Defendants
     OKP CNMI Corporation, Prasada
10   Reddy Goluguri, Pramuan Jaiphakdee, &
     Wilai Promchai
11   REXFORD C. KOSACK
     GLENN A. JEWELL
12   DOUGLAS DALEY
     LAW OFFICES OF REXFORD C. KOSACK
13   Bank of Hawaii Bldg., Third Floor
     P.O. Box 410
14   Saipan, MP 96950
     Telephone: (670) 322-8800
15   Fax: (670) 322-7800
16   Attorneys for Defendant Brian M. Chen
17
                   IN THE SUPERIOR COURT
18                           OF THE
           COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS
19
     JOAQUIN Q. ATALIG,                    CIVIL ACTION NO. 06-0119
20
                  Plaintiff,
21                                         **OKP (CNMI) CORPORATION AND
        vs.                                BRIAN CHEN'S MOTION FOR PARTIAL
22                                         SUMMARY JUDGMENT**
23   OKP (CNMI) CORPORATION, *et al.,*
                                           Presiding Judge Robert C. Naraja
24                Defendants.              Date:  December 10, 2007
                                           Time:  10:00 a.m.
25
26
            Pursuant to Com. R. Civ. P. 56, Defendants OKP (CNMI) Corporation and Brian M.
27
     Chen move for summary judgment as to the following causes of action:  third (conversion of
28

1  artifacts), fourth (conversion of soil), part of the second (waste due to fuel tank), seventh

2  (negligence), and ninth (indemnification).  Furthermore, Defendants move to strike the "John

3  Doe" allegations under the Court's inherent powers.  This motion is based upon the pleadings,

4  declarations, matters on file in this case, and exhibits attached hereto.

5  Date: October 26, 2007.

6                                              Respectfully submitted,

7

8                                              _____/s/_____
                                               SEAN E. FRINK, CNMI Bar No. F0212

9

10                                             _____/s/_____
                                               REXFORD C. KOSACK, CNMI Bar No. F0140

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28