# Exhibit 20B

**E-FILED**
**CNMI SUPERIOR COURT**
E-filed: Oct 26 2007  9:45PM
Clerk Review: Oct 30 2007  2:21PM
Filing ID: 16823755
Case Number: 06-0119-CV
Rosie Ada

1  CARLSMITH BALL LLP

2  SEAN E. FRINK, F0212
Carlsmith Building, Capitol Hill
3  P.O. Box 5241
Saipan, MP  96950-5241
4  Tel No. 670.322.3455

5  BRUCE L. MAILMAN (CNMI Bar #F0153)
MAYA B. KARA (CNMI Bar #F0169)
6  Mailman & Kara, LLC
PMB 238 PPP, Box 10,000
7  Saipan, MP 96950
Tel:(670)233-0081
8  Fax: (670)233-0090

9  Attorneys for Defendants
OKP CNMI Corporation, Prasada
10 Reddy Goluguri, Pramuan Jaiphakdee, &
Wilai Promchai
11

12 REXFORD C. KOSACK
GLENN A. JEWELL
DOUGLAS DALEY
13 LAW OFFICES OF REXFORD C. KOSACK
Bank of Hawaii Bldg., Third Floor
14 P.O. Box 410
Saipan, MP 96950
15 Telephone: (670) 322-8800
Fax: (670) 322-7800
16
Attorneys for Defendant Brian M. Chen

IN THE SUPERIOR COURT

OF THE

COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| JOAQUIN Q. ATALIG, | CIVIL ACTION NO. 06-0119 |
| Plaintiff, | |
| vs. | **NOTICE OF MOTION** |
| OKP (CNMI) CORPORATION, *et al.,* | |
| Defendants. | |

1 | TO: All parties and their counsel.

2 | PLEASE TAKE NOTICE that on December 10, 2007 at 9:00 a.m. or as soon thereafter
3 | as the matter may be heard, in Courtroom 202A of the Guma Husticia in Susupe, Saipan,
4 | defendants OKP (CNMI) Corporation and Brian M. Chen will move for summary judgment on
5 | plaintiff's Third and Fourth Causes of Action (Conversion – Artifacts and Soil), Seventh Cause
6 | of Action (Negligence), and Ninth Cause of Action (Indemnification), and part of the Second
7 | Cause of Action (Waste), and will move to strike all references to "Doe" defendants. A copy of
8 | the motion, the memorandum in support, and other supporting documents are filed concurrently.

9 | Date: October 26, 2007.

Respectfully submitted,

\_\_\_\_\_/s/_____
SEAN E. FRINK          F0212

\_\_\_\_\_/s/_____
REXFORD C. KOSACK      F0140

-2.-