# Exhibit 20D

**E-FILED**
**CNMI SUPERIOR COURT**
E-filed: Oct 26 2007 9:45PM
Clerk Review: Oct 30 2007 2:21PM
Filing ID: 16823755
Case Number: 06-0119-CV
Rosie Ada



1

```
 1                   IN THE SUPERIOR COURT
                            OF THE
 2            COMMONWEALTH OF THE NORTHERN MARIANA ISLAND
 3
 4   JOAQUIN Q. ATALIG,              )
                                     )
 5              Plaintiff,           )
                                     )
 6        vs.                        ) Civil Case No. 06-0119(R)
                                     )
 7   OKP (CNMI) CORPORATION,         )
     BRIAN M. CHEN, PRASADA REDDY    )
 8   GOLUGURI, PRAMUAN               )
     JAIPHAKDEE, WILAI PROMCHAI,     )
 9   COMMONWEALTH PORTS              )
     AUTHORITY, and REGINO M. CELIS, )
10   in his capacity as Acting       )
     Executive Banes Director of the )
11   Commonwealth Ports Authority,   )
     and DOES 1-3,                   )
12                                   )
                Defendants.          )
13   _____)
14
15              DEPOSITION OF PRASADA REDDY GOLUGURI
                     Friday, August 31, 2007
16
17
18
19
20
21
22
23
     Western Deposition & Transcription, LLC
24   1400 16th Street, Suite 400
     Denver, CO  80202    USA
25   303.292.9400
```

44

1  that conversation with her?  What's the date?
2      A   It is on 22nd or 23rd of December.
3      Q   Did you have more than one conversation with her
4  about clearing the property?
5      A   No, I remember only one time conversation.
6      Q   Okay.  And that's the conversation that was on
7  the 22nd or 23rd of December; is that right?
8      A   Yes, sir.
9      Q   And that's before the property was cleared; is
10 that right?
11     A   Yes, sir.
12     Q   Okay.  Tell me about that conversation.  What
13 happened?
14     A   I told her that we are going to clear some of the
15 area for a recreation and a (indiscernible) parking
16 area.  So I ask her which area is permissible to clear
17 and what is the boundary where we can leave.
18     Q   All right.  And when you had had that
19 conversation with her, when you first started that
20 conversation, where were you at?
21     A   At the Sunrise Hotel.
22     Q   And then she was also in the Sunrise Hotel?
23     A   Yes, sir.
24     Q   Which room were the two of you in?
25     A   It's not a room, sir.  Just outside the

54

1   the area to clear would be?
2       A   Yeah.  Jaiphakdee is the one used the backhoe,
3   and he did mark out.
4       Q   The whole square?  He marked out the whole
5   square; is that correct?
6       A   Yes, sir.
7       Q   And when he marked out the whole square, describe
8   to me -- First of all, how did he do it?
9       A   Because before that Allen Yee already told me
10  that we are going to clear this area 150 by 100.  And
11  according to that, I just marked -- used a roller and
12  marked the (indiscernible).  After that, he took the
13  backhoe and started from here.  But I was not there.  I
14  left from (indiscernible).
15      Q   All right.  I'm going to get a marker.  I'll have
16  you draw on the exhibit.  Okay.  Giving the witness a
17  marker; and on Exhibit 8, can you mark where you used a
18  roller to mark out the area where to clear.
19      A   Yeah.  I just start from here, just all the way
20  until here, 150 feet.  I just take the roller to the
21  point.  Then he marked himself.  Just say okay.
22      Q   Okay.  So when you say you took the roller,
23  explain to me what is a roller.
24      A   It is a measuring roller that is a roller
25  (indiscernible) and that has one wheel and

1   (indiscernible).

2   Q   Okay.  Can you draw a line then, across Exhibit 8

3   with a green pen, of where you marked on the property

4   with the roller 150 feet.

5   A   I just measure in two directions only.

6   Q   Okay.

7   A   I just measured from here to here.  I told him

8   150 feet here.  And after that, I measure from here to

9   here.  I told him this is the area we want to clear.

10  Then he marked himself.

11  Q   Okay.  Let me borrow the exhibit back from you

12  real quick.  Okay.  I'm going to just label this so that

13  it'll be clear later, when we're looking at the exhibit.

14  I'm going to draw a little line.  I'll put a number 1.

15  And this line here that I've marked as number 1, is that

16  the measurement you made of the 150 feet?

17  A   Yes, sir.

18  Q   Okay.  I'm going to draw another little line.

19  Marked it with a number 2.  Is that -- And it's touching

20  this green line.  Is that the line that you marked out

21  100 feet?

22  A   Yes, sir.

23      MR. FRINK:  Object as vague.

24  Q   All right.  Now, after you did that, am I

25  correct, Mr. Jaiphakdee, did he then scrape the ground

1   and mark out the box of the area that would be cleared?

2   A   Yes, sir.

3   Q   Okay. Can you, with the green marker again, draw
4   what Mr. -- Well, actually, let me ask you this. The
5   dark line -- The dark box that's on Exhibit 8, would that
6   be the area that Mr. Jaiphakdee scraped out? Would he
7   have followed within that dark line?

8        MR. FRINK: Objection, calls for a conclusion
9   from an exhibit he hasn't identified.

10  A   I cannot remember exactly this (indiscernible),
11  sir.

12  Q   Okay.

13  A   I can remember only these two measurements I
14  made, and I told him them.

15  Q   All right. All right. Did you see the scraping
16  work that he did after it was completed?

17       MR. FRINK: Objection, vague.

18  A   After the scraping completed, everything I saw.

19  Q   Okay. If I write first Mr. Jaiphakdee scraped
20  out the boundary where the area to clear; is that
21  correct?

22  A   Yes, sir.

23  Q   And then, after that, the area was cleared; is
24  that correct?

25  A   Yes, sir.

```
 1    A    Allen Yee is the one give me the instruction to.
 2    Q    Allen Yee gave you the instruction to go ahead?
 3    A    To go ahead.
 4    Q    And then you told Jaiphakdee --
 5    A    Go ahead and clear, and that's it.
 6    Q    -- go ahead.  And then the property was cleared.
 7    A    Yes, sir.
 8    Q    So no further instructions were given.
 9    A    No.
10    Q    Okay.  All right.  Why don't we mark on that
11   map.  You can use the green pen again.  Where was it --
12   First off, mark where -- on the -- near the Sunrise
13   building, if this is correct, where you first met Adita
14   Carrillo.  Just put a dot.
15    A    You mean the first I had met her?
16    Q    When you went up to her and said whatever it was
17   that you said.
18    A    Somewhere here.
19    Q    I'm going to draw a little line and make a
20   number.  I've drawn a red line to the dot that you made,
21   labeled the dot.
22    A    I had met her -- I saw her there, and I --
23    Q    Okay.  I'm just making it clear for the record.
24   Number 3 is where you first met Adita Carrillo; is that
25   right?
```

67

1    They're easier to read.  Proposed seal tank, standby
2    generator and materials store.  And then there's a site
3    access to the left.
4        A    Yes, sir.
5        Q    Is this roughly how the area behind the Sunrise
6    Hotel was developed by OKP?
7        A    Yes, sir.
8        Q    I note on this that the measurements for the
9    depth, it says 150 feet.
10       A    Yes, sir.
11       Q    But for the length, it looks like it says 214
12   feet.
13       A    Yes, sir.
14       Q    Do you know how long the area that was actually
15   created was?
16            MR. FRINK:  Objection, vague.
17       A    Actually cleared was how long (indiscernible) of
18   that.
19       Q    Okay.  How long did you instruct that the area be
20   that was cleared?
21       A    I instructed the worker based on Allen Yee's
22   instructions to me.
23       Q    Yeah.  How many feet?
24       A    150 feet by 100 feet.
25       Q    And this Exhibit 25 shows 150 by 214; is that

1                    CERTIFICATE

2    I hereby certify that the foregoing is a true and correct

3    transcript from the record of proceedings in the

4    above-entitled matter.

5

6

7

8

9

10

11    _____    September 20, 2007

12    Judy M. Fugate

13    Western Deposition & Transcription, LLC

14    1400 16th Street, Suite 400

15    Denver, CO  80202    USA

16

17

18

19

20

21

22

23

24

25    ///

26    \\Server\documents\3300\3390-01-J.Q. Atalig\Transcripts\3390-01-070921-Goluguri Depo-Vol. I-070831.Rtf

REVISIONS TO DEPOSITION

NAME OF DEPONENT:	PRASADA REDDY GOLUGURI

CASE NO.:   CIVIL CASE NO. 06-0119(R)

DATE OF DEPOSITION:	AUGUST 31, 2007

| PAGE NO. / LINE NO. | READS | SHOULD READ | REASON THEREFORE |
|---|---|---|---|
| 41 / 17 | are priority. My role is (indiscernible). I just help | are priority. My role is until that. I just help | Inaccurate Transcription |
| 42 / 4 | which worker this work is to be (indiscernible). | which worker this work is to be entrusted. | Inaccurate Transcription |
| 44 / 15 | area for a recreation and a (indiscernible) parking | area for a recreation and a vehicle and equipment parking | Inaccurate Transcription |
| 46 / 5 | area and what is the boundary (indiscernible). | area and what is the boundary check with her and check with her. | Inaccurate Transcription |
| 46 / 13 | (indiscernible) since she was working at Sunrise. | still working with she was working at Sunrise. | Inaccurate Transcription |
| 46 / 16 | A (Indiscernible) told that -- (Indiscernible) told | A What he told that -- what he told | Inaccurate Transcription |
| 46 / 22 | the context (indiscernible). I do not know | the contract still not end or what. I do not know | Inaccurate Transcription |
| 46 / 23 | (indiscernible). | exactly. | Inaccurate Transcription |
| 47 / 9 | you so we are going to clear some of the area for making | you so we are going to clear some of the area for vehicle | Inaccurate Transcription |
| 47 / 13 | clearing. Showed me. | clearing. Shortly. | Inaccurate Transcription |
| 48 / 4 | (indiscernible), she showed me until the boundary this | finger out, she showed me until the boundary this | Inaccurate Transcription |
| 48 / 6 | the workshop shed where we (indiscernible), and again she | the workshop shed where we constructed, and again she | Inaccurate Transcription |
| 48 / 7 | (indiscernible) the finger to the boundary. So this is | show me the finger to the boundary. So this is | Inaccurate Transcription |
| 48 / 12 | need only -- (indiscernible) Allen Yee told me that we | need only -- according to Allen Yee told me that we | Inaccurate Transcription |

REVISIONS TO DEPOSITION

NAME OF DEPONENT:     PRASADA REDDY GOLUGURI

CASE NO.:   CIVIL CASE NO. 06-0119(R)

DATE OF DEPOSITION:   AUGUST 31, 2007

| PAGE NO. / LINE NO. | READS | SHOULD READ | REASON THEREFORE |
|---|---|---|---|
| 48 / 22 | be careful, there is a hole. (Indiscernible) fell into | be careful, there is a hole. There you may fell into | Inaccurate Transcription |
| 48 / 23 | that hole. (Indiscernible) I could see all the grass | that hole. But that place I could see all the grass | Inaccurate Transcription |
| 48 / 25 | (indiscernable). | Thats all. | Inaccurate Transcription |
| 49 / 12 | A  I walked the property with her. All of this | A  I walked the property with her. | Inaccurate Transcription |
| 49 / 13 | (indiscernible) one like this and there was one here. | Only this two spots one like this and there was on here. | Inaccurate Transcription |
| 50 / 15 | area (indiscernible) she said can be cleared. | area which you already ask for she said can be cleared. | Inaccurate Transcription |
| 50 / 24 | A  Sir? (Indiscernable). | A  Sir?  Sorry say again. | Inaccurate Transcription |
| 51 / 11 | A  Pramuan (indiscernible). It is 8, sir. | A  Pramuan Jaiphakdee. It is 8, sir. | Inaccurate Transcription |
| 52 / 1 | take the measuring roller. (Indiscernible). I just | take the measuring roller. As per the instructions given by Mr. Yee. I just | Inaccurate Transcription |
| 52 / 3 | both (indiscernible) the measurement I show him. Then he | both directions the measurement I show him. Then he | Inaccurate Transcription |
| 53 / 3 | A  Yes, sir. (Indiscernible). | A  Yes, sir. This place containers. | Inaccurate Transcription |
| 53 / 9 | and the dedication, the area where we cleared. | and the recreation, the area where we cleared. | Inaccurate Transcription |
| 54 / 12 | marked the (indiscernible). After that, he took the | marked this side and this side I show him. After that, he took the | Inaccurate Transcription |
| 54 / 14 | left from (indiscernible). | left from that place. | Inaccurate Transcription |

4825-1771-3154.1

REVISIONS TO DEPOSITION

NAME OF DEPONENT: PRASADA REDDY GOLUGURI

CASE NO. : CIVIL CASE NO. 06-0119(R)

DATE OF DEPOSITION: AUGUST 31, 2007

| PAGE NO. / LINE NO. | READS | SHOULD READ | REASON THEREFORE |
|---|---|---|---|
| 54 / 21 | point. Then he marked himself. Just say okay. | point. Then he marked himself. He say okay. | Inaccurate Transcription |
| 54 / 24 | A It is a measuring roller that is a roller | A It is a measuring ruler that is a ruler | Inaccurate Transcription |
| 54 / 25 | (indiscernible) and that has one wheel and | having we can extend that has one wheel and | Inaccurate Transcription |
| 55 / 1 | (indisernible). | the reading show the measurement. | Inaccurate Transcription |
| 56 / 10 | A I cannot remember exactly this (indiscernible), | A I cannot remember exactly this line or not sir, | Inaccurate Transcription |
| 57 / 12 | A The clearing just running in between, sir. | A Few inches only may be two inches. | Inaccurate Transcription |
| 57 / 17 | A No, sir. I'm not that (indiscernible). | A No, sir. I'm not having any authority to give | Inaccurate Transcription |
| 57 / 22 | A (Indiscernible) can -- | A Approval means the work can -- | Inaccurate Transcription |
| 59 / 21 | me the hand the boundaries (indiscernible). | me the hand the boundaries somewhere there. | Inaccurate Transcription |
| 59 / 24 | (indiscernible) the boundaries (indiscernible) | pointed out towards the boundaries outside that. | Inaccurate Transcription |
| 60 / 13 | A Somewhere here. I'm not exactly familiar. | A Somewhere here. I can not exactly somewhere here. | Inaccurate Transcription |
| 61 / 15 | A No, sir. I remember that, from there, I just | A No, sir. I remember that, from there, I just disperse I just | Inaccurate Transcription |
| 62 / 5 | A Do you know what (unintelligible)? | A Do you know what please pardon sir? | Inaccurate Transcription |
| 62 / 18 | A (Indiscernible). | A Behind the workshop. | Inaccurate Transcription |

REVISIONS TO DEPOSITION

NAME OF DEPONENT:   PRASADA REDDY GOLUGURI

CASE NO.:   CIVIL CASE NO. 06-0119(R)

DATE OF DEPOSITION:   AUGUST 31, 2007

| PAGE NO. / LINE NO. | READS | SHOULD READ | REASON THEREFORE |
|---|---|---|---|
| 63 / 12 | just put the (indiscernible) sheet, plastic sheet, after | just put the canvas sheet, plastic sheet, after | Inaccurate Transcription |
| 64 / 2 | A No, I (indiscernible). | A No, I am not the one. I do not know about this. | Inaccurate Transcription |
| 64 / 22 | A Sometimes (indiscernible) involved. Sometime | A Sometimes some people involved. Sometime | Inaccurate Transcription |
| 65 / 24 | A I saw the site plans on the extension. | A I saw the site plans of the runway extension work. | Inaccurate Transcription |
| 66 / 11 | OKP Corporation (indiscernible). | OKP Corporation here in CNMI. | Inaccurate Transcription |
| 67 / 17 | A Actually cleared was how long (indicernible) of | A Actually cleared was how long I did not measure | Inaccurate Transcription |
| 68 / 19 | remember exactly (indiscernible). | remember exactly the shape. | Inaccurate Transcription |
| 69 / 20 | shed, sir. | shape, sir. | Inaccurate Transcription |
| 69 / 23 | A That what we call the workshop. | A That what we call it as workshop. | Inaccurate Transcription |
| 70 / 8 | A I (indiscernible) see before, sir. | A I did not see before, sir. | Inaccurate Transcription |
| 70 / 21 | A (Indiscernible) permit (indisernible)? | A For any permit sir? | Inaccurate Transcription |
| 72 / 12 | A I haven't decided anything (indiscernible). | A I haven't decided anything until now. | Inaccurate Transcription |
| 72 / 18 | A I honestly haven't decide anything yet. | A I still haven't decide anything yet. | Inaccurate Transcription |
| 73 / 6 | (indiscernible). | can remember. | Inaccurate Transcription |

REVISIONS TO DEPOSITION

NAME OF DEPONENT: PRASADA REDDY GOLUGURI

CASE NO.: CIVIL CASE NO. 06-0119(R)

DATE OF DEPOSITION: AUGUST 31, 2007

| PAGE NO. / LINE NO. | READS | SHOULD READ | REASON THEREFORE |
|---|---|---|---|
| 92 / 16 | A I -- I don't know of any other thing. | A I -- I did not involve in any other thing. | Inaccurate Transcription |
| 92 / 25 | (indiscernible). I told them that they (indiscernible). | play. I saw them that they are playing Thailand Boll. | Inaccurate Transcription |
| 94 / 9 | A Well, by the time I came to Sunrise, I saw that | A No, by the time I came to Sunrise, I saw that | Inaccurate Transcription |
| 94 / 10 | the flooring is still (indiscernible), the concrete | the flooring is still under construction, the concrete | Inaccurate Transcription |
| 94 / 22 | A No, sir, (indiscernible). | A No, sir, I did not see anything. | Inaccurate Transcription |
| 94 / 25 | constructed. (Indiscernible) you bring here and install | constructed. That thing is bring here and install | Inaccurate Transcription |
| 95 / 12 | A That time I have a -- Even though the local | A That time I have a -- Even now also the local | Inaccurate Transcription |

## CERTIFICATE

I, Prasada Reddy Goluguri, the undersigned, declare that I have read the foregoing transcript of my deposition, and have made corrections, additions or deletions that I was desirous of making on the foregoing pages.

Executed this 25TH day of October, 2007.

_____
Prasada Reddy Goluguri

4825-1771-3154.1