# Exhibit 20J

E-FILED
CNMI SUPERIOR COURT
E-filed: Oct 26 2007 9:45PM
Clerk Review: Oct 30 2007 2:21PM
Filing ID: 16823755
Case Number: 06-0119-CV
Rosie Ada

1

IN THE SUPERIOR COURT

OF THE

COMMONWEALTH OF THE NORTHERN MARIANA ISLA[...]

JOAQUIN Q. ATALIG,                      )
                                        )
          Plaintiff,                    )
                                        )    Civil Case No.06-0119
     vs.                                )
                                        )
OKP (CNMI)CORPORATION,                  )
BRIAN M. CHEN, PRASADA REDDY            )
GOLUGURI, PRAMUAN JAIPHAKDEE,           )
WILAI PROMCHAI, COMMONWEALTH            )
PORTS AUTHORITY, and REGINO M.          )
CELLS, in his capacity as               )
Acting Executive Director               )
of the Commonwealth Ports               )
Authority, and DOES 1-3,                )
                                        )
          Defendants.                   )
_____)

DEPOSITION OF STEVEN J. NUTTING
Wednesday, August 22, 2007
Friday, August 24, 2007
Saturday, August 25, 2007

Western Deposition & Transcription, LLC
1400 16th Street, Suite 400
Denver, CO  80202   USA
303.292.9400

1              MR. NUTTING:  Good morning.

2              MR. DOTTS:  You understand you're still under

3    oath?

4              MR. NUTTING:  Okay.

5    BY MR. DOTTS:

6         Q    Yesterday, we were talking about the answers

7    to some of the affirmative defenses.

8              One thing that I was curious about is, we

9    talked a little bit about the -- the default and when

10   Jack became upset because he believed there had been

11   destruction of some artifacts on the property.

12             Do you recall discussing that?

13        A    Yeah.

14        Q    Roughly, can you put a time as to when that

15   default -- or that alleged destruction -- occurred?

16        A    The alleged destruction occurred?

17        Q    Yeah.  When the -- when the Latte Stones were

18   destroyed and when the water tank was damaged.

19             What was the date?

20        A    The alleged destruction.  I guess, to qualify,

21   we don't believe that any -- there was any Latte Stones

22   that were destroyed, but we, in terms of the clearing of

23   the property, we believe that occurred on approximately

24   the 23rd or 24th of December.

25        Q    All right.  December 2005?

1    stockpiled off into one corner outside of the clear

2    area -- the cleared area.  It was about eight foot high,

3    a 40 by 40 foot mound.  And there was an area where it

4    appeared that there wasn't any mud with vehicles getting

5    stuck or anything like that, but there was an area where

6    it appeared that it could create muddy runoff in the

7    future, and a load of coral or two was put in that area.

8        Q    Okay.  Do you know where the load of coral or

9    two came from?

10       A    I believe it came from the New Shintani

11   Corporation.

12       Q    New Shintani Corporation?

13       A    Yeah.

14       Q    How do you spell Shintani?

15       A    S-h-i-n-t-a-n-i.

16       Q    Is that a company on Rota?

17       A    Yes.

18       Q    Did any quarry -- or any coral come from

19   Mr. Atalig's property for this purpose?

20       A    I don't believe so.  No one told me that it

21   has.

22       Q    The -- the topsoil was stockpiled at the end

23   before OKP left, did they take the stockpile --

24   stockpiled topsoil and reapply it to the property?

25       A    They did, with additional topsoil.

1      Q     Okay.  How much additional topsoil did they --

2      A     Fifteen to twenty dump trucks full, which was

3  taken from the airport site with permission of CPA, as I

4  understand it -- high quality topsoil.  And when OKP

5  left the property, the depth of topsoil was even greater

6  than it was when they took possession.

7      Q     All right.  So 15 to 20 dump trucks of

8  topsoil, and all this topsoil was obtained at the

9  airport project site?

10      A     As I understand it.

11      Q     And was this topsoil that was -- I forget the

12  word you used -- also stockpiled when they were doing

13  the -- the airport project?

14      A     I don't know.  I don't know if that was

15  stockpiled topsoil or what, but I know that was taken

16  away from the project.

17      Q     All right.  And we do know -- we do know some

18  coral was laid down while OKP was on the premises.  Do

19  you remember how much coral?

20      A     I think there was two truckloads.

21      Q     Okay.  And do you know roughly the area where

22  the -- where the coral was put down?

23      A     I do not.

24      Q     And is it correct that the roller was used to

25  flatten out, maybe compact the -- the coral?

1
2                            CERTIFICATE
3
4
5      I hereby certify that the foregoing is a true and correct
6      transcript from the record of proceedings in the
7      above-entitled matter.
8
9
10
11
12
13      _____    September 13, 2007
14      Josie Carrillo
15      Western Deposition and Transcription, LLC
16      1400 16th Street, Suite 400
17      Denver, CO 80202
18      303.292.9400
19
20
21
22
23
24
25      \\Server\documents\3300\3390-01-J.Q. Atalig\Transcripts\3390-01-070919-SNutting-Vol. I.Rtf