# Exhibit 25

BRUCE L. MAILMAN (CNMI Bar #F0153)
MAYA B. KARA (CNMI Bar #F0169)
Mailman & Kara, LLC
PMB 238 PPP, Box 10,000
Saipan, MP 96950
Tel:(670)233-0081
Fax: (670)233-0090

CARLSMITH BALL LLP
SEAN E. FRINK, (CNMI Bar #F0212)
Carlsmith Building, Capitol Hill
P.O. Box 5241
Saipan, MP 96950-5241
Tel No. 670.322.3455

Attorneys for Defendant
OKP CNMI Corporation

E-FILED
CNMI SUPERIOR COURT
E-filed: Jan 24 2008 2:36PM
Clerk Review: N/A
Filing ID: 18240063
Case Number: 06-0119-CV
N/A

IN THE SUPERIOR COURT

OF THE

COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| Joaquin Q. Atalig,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>OKP (CNMI) Corporation, *et al.*,<br><br>　　　　Defendants. | CIVIL ACTION NO. 06-0119<br><br>STIPULATION TO AMEND THE NOVEMBER 14, 2007 DECLARATIONS OF JOAQUIN Q. ATALIG, LUDIVINA P. CARILLO, AND DAVID S. DEMAPAN IN COMPLIANCE WITH THE COURT'S DECEMBER 11, 2007 RULINGS AND THE AGREEMENTS OF THE PARTIES AND [PROPOSED] ORDER |

　　　　WHEREAS, on November 14, 2007, Plaintiff filed his "Counter-Statement of Disputed Facts in Support of Plaintiff's Oppositions to Defendants' Substantive Motions" ("Plaintiff's Counterstatement") and the Declarations of Joaquin Q. Atalig, Ludivina P. Carillo, and David S. Demapan (the "Three Declarations");

　　　　WHEREAS, on December 3, 2007, Defendants filed a Motion to Strike portions of Plaintiff's Counterstatement and the Three Declarations;

　　　　WHEREAS, on December 11, 2007, the Court heard argument and the stipulations of the

parties related to Defendants' Motion to Strike and ordered that portions of Plaintiff's Counterstatement were to be stricken and amended along with the related portions of the Three Declarations;

WHEREAS, at the December 3, 2007, hearing the Court requested that Defendants prepare an amended version of Plaintiff's Counterstatement and that plaintiff prepare amended versions of the Three Declarations;

WHEREAS, the parties have conferred and an amended version of Plaintiff's Counterstatement has been submitted to the Court on January 4, 2008 (the "Amended Plaintiff's Counterstatement") (along with a version with highlights the changes made);

WHEREAS, the parties have also conferred regarding the need to amend the Three Declarations and have determined that a stipulation and related order are a more economical and straightforward way to proceed;

THEREFORE, the parties agree and stipulate to the following:

1.   That all portions of the Three Declarations that are inconsistent with the Amended Plaintiff's Counterstatement, or factual assertions not also set forth in the Amended Plaintiff's Counterstatement, are stricken from the record for the limited purpose of consideration of the pending motions for summary judgment and/or to strike.  This ruling shall not affect the admissibility of evidence or testimony at trial; and

2.   The Court is requested to enter the attached Proposed Order which institutes the parties' stipulation.

| | |
|---|---|
| DATED:  January 24, 2008 | /s/<br>SEAN E. FRINK, CNMI BAR # F0212<br>CARLSMITH BALL, LLP<br><br>Attorneys for Defendant<br>OKP CNMI CORPORATION |
| DATED:  January 24, 2008 | /s/<br>REXFORD C. KOSACK<br>LAW OFFICES OF REXFORD C. KOSACK<br><br>Attorneys for Defendant<br>BRIAN CHEN |
| DATED:  January 24, 2008 | /s/<br>MICHAEL DOTTS<br>O'CONNOR BERMAN DOTTS & BANES<br><br>Attorneys for Plaintiff<br>JOAQUIN Q. ATALIG |
| DATED:  January 24, 2008 | /s/<br>RAMON K. QUICHOCHO<br>LAW OFFICES OF RAMON K. QUICHOCHO, LLC<br><br>Attorneys for Plaintiff<br>JOAQUIN Q. ATALIG |

**ORDER**

UPON the stipulation of the parties and good cause having been shown, IT IS ORDERED THAT all portions of the Declarations of Joaquin Q. Atalig, Ludivina P. Carillo, and David S. Demapan, filed November 14, 2007, that are inconsistent with the Amended Plaintiff's Counterstatement, filed January 4, 2008, or contain factual assertions not also set forth in the Amended Plaintiff's Counterstatement, are hereby stricken from the record for the limited purpose of consideration of the pending motions for summary judgment and/or to strike. This ruling shall not affect the admissibility of evidence or testimony at trial.

DATED: This ___ of January, 2008.

_____
HON. ROBERT C. NARAJA

This document constitutes a ruling of the court and should be treated as such.

**Current Date:** Jan 24, 2008

**/s/ Judge Robert C Naraja**