# Exhibit 27

# CARLSMITH BALL LLP

A LIMITED LIABILITY LAW PARTNERSHIP

CARLSMITH BUILDING, CAPITOL HILL
P.O. BOX 5241
SAIPAN, MP 96950-5241
TELEPHONE 670.322.3455   FAX 670.322.3368
WWW.CARLSMITH.COM

JOSBORN@CARLSMITH.COM
OUR REFERENCE NO.:
060927-00005

February 5, 2008

**VIA HAND DELIVERY**

Thomas E. Clifford
Law Office of Thomas E. Clifford
2nd Floor, Alexander Building
P.O. Box 506514
San Jose, Saipan, MP  96950

Re:   Atalig v. OKP (CNMI) Corporation
      Commonwealth Superior Court No. 06-0119(R)

Dear Mr. Clifford:

With reference to the above matter, in your capacity as counsel for Dongbu Insurance Co., Ltd., I am delivering to you a copy of a letter from Attorney Michael W. Dotts dated February 4, 2008 offering to settle the above lawsuit for $3,000,000.00.

OKP (CNMI) Corporation is an insured under the following policies of liability insurance issued by Dongbu Insurance Co., Ltd.

a)   Policy No. KMCR0015-500

b)   Policy No. 150230-150230 (KMA-09102-500)

As Dongbu is aware, claims have been asserted against OKP (CNMI) Corporation by Joaquin Q. Atalig arising out of certain acts alleged to have been committed by OKP (CNMI) Corporation as stated in the *Second Amended Complaint for Breach of Contract and Tort Claims and for Relief Under the Open Government Meetings and Records Act and Demand for Jury Trial* filed in the above referenced lawsuit. Dongbu Insurance Co., Ltd. has previously been provided a copy of such Second Amended Complaint which sets forth the claims being made. OKP (CNMI) Corporation has retained Carlsmith Ball LLP to represent it against the claims.

As you are further aware, Dongbu has denied coverage for the claims stated in the Second Amended Complaint, because it contends the claims fall outside the scope of the insuring agreement of the policies issued by Dongbu. Dongbu has refused to defend and indemnify OKP

HONOLULU   ·   KAPOLEI   ·   HILO   ·   KONA   ·   MAUI   ·   GUAM   ·   SAIPAN   ·   LOS ANGELES

Thomas E. Clifford
February 5, 2008
Page 2


(CNMI) Corporation in connection with those claims, and has thus breached its contractual obligations under the above-referenced policies of insurance.

Please be advised there is an opportunity to settle these claims for $3,000,000.00 as stated in the letter from Mr. Dotts, attorney for Plaintiff Atalig. We hereby request that Dongbu Insurance Co., Ltd. settle these claims for $3,000,000.00. In the event that Dongbu Insurance Co., Ltd. refuses to settle, OKP (CNMI) Corporation will seek to recover the full amount of any settlement made, or any verdict or award that may result from the failure of Dongbu Insurance Co., Ltd.'s failure to settle the claims.

Please be further advised that OKP (CNMI) Corporation will also seek to recover all defense costs, including attorneys fees incurred in the defense of the claims, as well as exemplary and punitive damages resulting from Dongbu Insurance Co., Ltd.'s refusal to defend and indemnify OKP (CNMI) Corporation in connection with the claims.

I have sent this letter to you as counsel for Dongbu Insurance Co., Ltd. rather than directly to Dongbu. If in your opinion this letter should be sent directly to Dongbu please so advise; I did not want to correspond directly with Dongbu because it is represented by counsel.

Sincerely,

John D. Osborn

JDO/7rot

cc:    Or Toh Wat
       Jenny Tsin

Enclosure

4844-9338-0866.1.060927-00005

02/04/2008 14:14 FAX                                                                                          ☑002

# O'CONNOR BERMAN DOTTS & BANES
## ATTORNEYS AT LAW

| | | |
|---|---|---|
| **GUAM OFFICE**<br>Suite 503, Bank of Guam Bldg.<br>111 Chalan Santo Papa<br>Hagåtña, Guam 96910<br>Telephone: (671) 477-2778<br>Fax: (671) 477-4366<br>E-mail: bermlaw@kuentos.guam.net | **SAIPAN OFFICE**<br>Second Floor, Nauru Building<br>P.O. Box 501969, Saipan, MP 96950-1969<br>Telephone: (670) 234-5684/5<br>Fax: (670) 234-5683<br>E-mail: attorneys@saipan.com<br>Website: www.pacific-lawyers.com | **POHNPEI OFFICE**<br>Ocean View Plaza – East Wing<br>P.O. Box 2069, Pohnpei,<br>Federated States of Micronesia, 96941<br>Telephone: (691) 320-6450<br>Fax: (691) 320-6451<br>E-mail: msipos@mail.fm |

February 4, 2008

**By Facsimile and U.S. Mail**

Sean E. Frink
Carlsmith Ball LLP
Carlsmith Building, Capitol Hill
P.O. Box 5241
Saipan, MP 96950
*Fax No. 322-3368*

> **Re:    *Atalig v. OKP (CNMI) Corporation*
> *Offer of Settlement***

Dear Sean:

Jack Atalig offers to settle all of his claims against your client, and against all related entities, employees, insurance companies, and agents, for the sum of Three Million dollars ($3, 000, 000.00).

This is an offer of settlement and so is not admissible as evidence. What has become clear in discovery is that OKP acted negligently. The damages well exceed the amount Jack offers to settle for here.

This offer will remain open until 4:00 p.m. on February 29, 2008, and must be accepted in writing. The actual payment terms are negotiable but the amount demanded is firm. If this offer is not accepted, Jack will proceed to trial on March 3, 2008.

If you have any questions do not hesitate to call.

Very truly yours,

Michael W. Dotts

cc:  Ray Quichocho
     Jack Atalig