CARLSMITH BALL LLP

JOHN D. OSBORN
SEAN E. FRINK
Carlsmith Building, Capitol Hill
P.O. Box 5241
Saipan, MP 96950-5241
Tel No. 670.322.3455
Fax No. 670. 322-3368

Attorneys for Defendant
OKP (CNMI) Corporation

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN MARIANA ISLANDS

| | |
|---|---|
| DONGBU INSURANCE COMPANY, LTD., <br><br> Plaintiff, <br><br> vs. <br><br> OKP (CNMI) CORPORATION, and JOAQUIN Q. ATALIG, <br><br> Defendants. | CIVIL ACTION NO. CV 08-0002 <br><br> ERRATA |

Attached is last page of the Table of Authorities which was inadvertently omitted when the Response of Defendant OKP (CNMI) Corporation to Plaintiff's Motion for Summary Judgment was filed.

CARLSMITH BALL LLP

DATED: Saipan, MP, June 12, 2008.

/s/ John D. Osborn
JOHN D. OSBORN
SEAN E. FRINK
Attorneys for Defendant
OKP (CNMI) Corporation

4816-2581-2226.1.060927-00005

# TABLE OF AUTHORITIES
(continued)

**Treatises**     **Page**

44A Am.Jur. 2d Insurance, §1553 ............................................................................................. 29

Couch on Insurance (3Ed.), §49:2 ............................................................................................ 29

Homes' Appelman on Insurance 2d., Vol, 22, §139.4(c) ......................................................... 31