Thomas E. Clifford
Attorney at Law
2nd Floor, Alexander Building, San Jose
P.O. Box 506514
Saipan, MP 96950
Tel. (670)235-8846
Fax (670)235-8848

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| DONGBU INSURANCE COMPANY, Ltd., <br><br> Plaintiff, <br><br> v. <br><br> OKP (CNMI) CORPORATION and JOAQUIN Q. ATALIG, <br><br> Defendants. | Civil Action No. 08-0002 <br><br> STIPULATION TO AMEND BRIEFING SCHEDULE |

Plaintiff Dongbu Insurance Company, Ltd. ("Dongbu") and Defendant OKP (CNMI) Corporation ("OKP") have each filed a motion for summary judgment. There is a substantial overlap of issues between the two parties' respective motions for summary judgment. Similarly, OKP's motion for summary judgment and its opposition to Dongbu's motion for summary judgment, including the respective accompanying statements of fact and exhibits, are substantially similar.

In the interest of simplifying the briefing process, instead of filing a separate response to OKP's motion for summary judgment and then a reply in support if its own motion for summary judgment (as was previously agreed and ordered by the Court),

Dongbu has proposed that it file a single consolidated brief, and OKP has agreed to this request.

Therefore, Dongbu and OKP stipulate as follows through their respective counsel of record, subject to the approval of the Court:

1. Dongbu shall have until Wednesday, June 25, 2008 to file its consolidated brief: a) opposition to OKP's motion for summary judgment; and b) reply in support of Dongbu's motion for summary judgment. Dongbu shall also have until Wednesday, June 25, 2008 to file its separate response, if any, to OKP's two supporting statement of fact submissions.

2. The consolidated brief shall not exceed fifty pages.

3. The briefing and hearing schedule shall otherwise remain unchanged.

SO STIPULATED:

/s/ _____     Date: June 18, 2008
Thomas E. Clifford
Counsel for Plaintiff Dongbu


/s/ _____     Date: June 18, 2008
John D. Osborn
Counsel for Defendant OKP