Thomas E. Clifford
Attorney at Law
2nd Floor, Alexander Building, San Jose
P.O. Box 506514
Saipan, MP 96950
Tel. (670)235-8846
Fax (670)235-8848

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| DONGBU INSURANCE COMPANY, Ltd.,<br><br>Plaintiff,<br><br>v.<br><br>OKP (CNMI) CORPORATION and JOAQUIN Q. ATALIG,<br><br>Defendants. | Civil Action No. 08-0002<br><br>[PROPOSED]<br>ORDER AMENDING<br>BRIEFING SCHEDULE |

The Court, based upon the stipulation of Plaintiff Dongbu Insurance Company, Ltd. ("Dongbu") and Defendant OKP (CNMI) Corporation ("OKP"), the pleadings and other papers on file in this matter and the applicable law, hereby ORDERS as follows:

1. Dongbu shall have until Wednesday, June 25, 2008 to file its consolidated brief: a) opposition to OKP's motion for summary judgment; and b) reply in support of Dongbu's motion for summary judgment. Dongbu shall also have until Wednesday, June 25, 2008 to file its separate response, if any, to OKP's two supporting statement of fact submissions.

2. The consolidated brief shall not exceed fifty pages.

3. The briefing and hearing schedule shall otherwise remain unchanged.

IT IS SO ORDERED.

      DATED this \_\_\_\_\_ day of June, 2008.


                          _____
                                 ALEX R. MUNSON
                                      Judge