F I L E D
Clerk
District Court

JUN 19 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

# THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| DONGBU INSURANCE COMPANY, Ltd., | Civil Action No. 08-0002 |
| Plaintiff, | |
| v. | **ORDER GRANTING STIPULATION TO AMEND BRIEFING SCHEDULE** |
| OKP (CNMI) COPORATION, *et al.*, | |
| Defendants. | |

Plaintiff Dongbu Insurance Company, Ltd. ("Dongbu") and Defendant OKP (CNMI) Corporation ("OKP") have each filed a motion for summary judgment. The parties have stipulated to amend the briefing schedule. As per their agreement, the Court hereby ORDERS the following:

1. Dongbu shall file a consolidated brief (including its opposition to the OKP motion for summary judgment and its reply in support of the Dongbu motion for summary judgment) by Wednesday June 25, 2008;

2. Dongbu shall file its separate response, if any, to OKP's two supporting statement of fact submissions by Wednesday, June 25, 2008;

3. The consolidated brief shall not exceed thirty-five pages;

4. The briefing and hearing schedule shall otherwise remain unchanged.

**IT IS SO ORDERED.**

Dated:    June 19, 2008

/s/ Alex R. Munson
ALEX R. MUNSON
UNITED STATES DISTRICT JUDGE