Thomas E. Clifford
Attorney at Law
2nd Floor, Alexander Building, San Jose
P.O. Box 506514
Saipan, MP  96950
Tel:  (670)235-8846
Fax: (670)235-8848

Attorney for Plainitff Dongbu Insurance Company, Ltd.

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| DONGBU INSURANCE COMPANY, LTD., | Civil Action No. 08-0002 |
| Plaintiff, | DECLARATION OF TAMARA L. HUNTER (June 25, 2008) |
| v. | |
| OKP (CNMI) CORPORATION and JOAQUIN Q. ATALIG, | Notice of Hearing: July 10, 2008 1:30 p.m. |
| Defendants. | |

I, TAMARA L. HUNTER, state as follows:

1. I am the branch manager of Moylan's Insurance Underwriters, Intl. Saipan office ("Moylan's") and I have held this position continuously since 1999.

2. I am over the age of eighteen years and competent to make this Declaration. I make the following statements based on personal knowledge unless specifically indicated otherwise below.

3. Moylan's is the authorized general agent for Dongbu Insurance Company, Ltd. ("Dongbu") and was throughout the years 2005 and 2006.

4. As the branch manager of Moylan's Saipan office, I am the custodian of records for Dongbu insurance policies issued through the Saipan office of Moylan's, or in other words, I am responsible to maintain Moylan's records of Dongbu insurance policies issued through the Saipan office of Moylan's.

5. As the general agent for Dongbu, it is the regular conducted business activity and regular practice of Moylan's to issue Dongbu's insurance policies to various insureds on Saipan, and then to maintain copies of those policies in our Saipan office.

6. Attached hereto as **Exhibit A** is a true and correct copy of Dongbu Contractors' All Risk Policy, KMCR0015-S00 (the "CAR policy"), which was issued on January 19, 2006 from Dongbu, through Moylan's, to the named insured OKP (CNMI) Corporation ("OKP"). The CAR policy consists of a total of twenty-four pages (bates numbers 000001-000024). The twenty-four pages include a cover page (000001), two pages of declarations (000002-000003), thirteen pages of endorsements (000004-000016), and then the eight page "Munich Re's CAR Policy Form" (000017-000024).

7. Attached hereto as **Exhibit B** is a true and correct copy of Dongbu Automobile Liability Policy, 150230-150230 (KMA-09102-S00) (the "Auto policy"), which was issued on December 27, 2005 from Dongbu, through Moylan's, to the named insured OKP. The Auto policy consists of a total of thirty-seven pages (bates numbers 000025-000061). The thirty-seven pages include one page of declarations (000025), a sixteen page schedule of vehicles (000026-000041), two pages setting

forth an additional endorsement and an additional exclusion (000042-000043), and an eighteen page Automobile policy form (000044-000061).

8. My signature appears where indicated for Moylan's as the general agent for Dongbu on the various declarations, endorsements and exclusions pages on the CAR policy and the Auto policy, and I hereby affirm that I signed where indicated, thereby issuing the policies as specified therein.

9. The CAR policy and the Auto policy were issued and maintained by Moylan's in the course of Moylan's regularly conducted business and regular practice.

I declare under penalty of perjury that the foregoing is true and correct. Signed this 25th day of June, 2008 on Saipan, Commonwealth of the Northern Mariana Islands.

_____
TAMARA L. HUNTER