# Exhibit B

**Automobile Policy Declarations**

issued by: Dongbu Insurance Company Ltd.

Policy Number : 150230 - 150230 (KMA-09102-S00)

1. Name Insured : OKP(CNMI) Corporation
   Address : P.O. Box 511593, Rota, MP 96951

2. Policy Period: From 12/15/2005 To 12/15/2006 at 12:01 A.M. Standard Time

3. Coverage

| | | Limit of Liability | Premium |
|---|---|---|---|
| A. Bodily Injury | - Each Person/Each Accident | Per Schedule | Per Schedule |
| B. Property Damage | - Each Accident | Per Schedule | Per Schedule |
| C. Medical Payments | - Each Person | Per Schedule | Per Schedule |
| D. Comprehensive | - Deductible | Per Schedule | Per Schedule |
| E. Collision | - Deductible | Per Schedule | Per Schedule |
| Optional Coverage | | | |
| Uninsured Motorist | - Each Person/Each Accident | Per Schedule | Per Schedule |
| Passenger Risk | - Each Person/Each Accident | Per Schedule | Per Schedule |
| Typhoon | - Deductible | Per Schedule | Per Schedule |
| Personal Accident | - Each Person/Each Vehicle | Per Schedule | Per Schedule |
| Loss of Use | | Per Schedule | Per Schedule |

Total Policy Premium: $16,120.00

"ACV" means Actual Cash Value
* Minimum. Earned Premium: Short Rate, but not less than $30.00.
Discounts Applied:

*** Per Schedule ***

Endorsements Applicable :

*** Per Schedule ***

4. Your Covered Vehicle(s)

| Year Trade Name | Model | Body Type | Engine Vin # | Insured's Estimate of Value including Accesories thereon |
|---|---|---|---|---|

*** Per Schedule ***

5. Loss Payee: *** Per Schedule ***

6. Purpose of Use: Business

7. Geographical Area: This Policy Covers the Commonwealth of the Northern Mariana Islands

8. Notice of Accident or Loss - In the event of accident or loss covered hereunder, immediate notice is to be given to Equitable Adjusting & Service Company at (670)234-6442/6129

Date Issued: 12/27/2005

FILE

By: _[signature]_
Moylan's Insurance Und., [Int'l] Inc.
General Agent

000025

## SCHEDULE OF VEHICLES

Policy Number: 150230 - 150230 (KMA-09102-S00)
Name Insured: OKP(CNMI) Corporation

Vehicle No: 1   2003 Kobelco Used 330 Excavator
Class: Under 25 Included   Insured Estimated Value: $ 0.00
Engine No: 6D16-955601
Vin No: S/N: LC06-05774

| COVERAGE | | LIMIT OF LIABILITY | PREMIUM |
|---|---|---|---|
| A. Bodily Injury | - Each Person/Each Accident | $1,000,000.00 / $2,000,000.00 | $520.00 |
| B. Property Damage | - Each Accident | $3,000,000.00 | INCLUDED |
| C. Medical Payments | - Each Person | NOT COVERED | $0.00 |
| D. Comprehensive | - Deductible | NOT COVERED | $0.00 |
| E. Collision | - Deductible | NOT COVERED | $0.00 |
| Optional Coverage | | | |
| Uninsured Motorist | - Each Person/Each Accident | NOT COVERED | $0.00 |
| Passenger Risk | - Each Person/Each Accident | NOT COVERED | $0.00 |
| Typhoon | - Deductible | NOT COVERED | $0.00 |
| Personal Accident | - Each Person/Each Vehicle | NOT COVERED | $0.00 |
| Loss of Use | | NOT COVERED | $0.00 |

Endorsement Form No   CSL ENDT.   Direct Action Endorsement-CNMI   Exclusion of Certified Acts of Terr
Discount Applied:
PREMIUM: $520.00
Loss Payee: None Stated

Vehicle No: 2   2003 Kobelco Used 330 Excavator
Class: Under 25 Included   Insured Estimated Value: $ 0.00
Engine No: 6D16-958082
Vin No: S/N: LC06-060225

| COVERAGE | | LIMIT OF LIABILITY | PREMIUM |
|---|---|---|---|
| A. Bodily Injury | - Each Person/Each Accident | $1,000,000.00 / $2,000,000.00 | $520.00 |
| B. Property Damage | - Each Accident | $3,000,000.00 | INCLUDED |
| C. Medical Payments | - Each Person | NOT COVERED | $0.00 |
| D. Comprehensive | - Deductible | NOT COVERED | $0.00 |
| E. Collision | - Deductible | NOT COVERED | $0.00 |
| Optional Coverage | | | |
| Uninsured Motorist | - Each Person/Each Accident | NOT COVERED | $0.00 |
| Passenger Risk | - Each Person/Each Accident | NOT COVERED | $0.00 |
| Typhoon | - Deductible | NOT COVERED | $0.00 |
| Personal Accident | - Each Person/Each Vehicle | NOT COVERED | $0.00 |
| Loss of Use | | NOT COVERED | $0.00 |

Endorsement Form No   CSL ENDT.   Direct Action Endorsement-CNMI   Exclusion of Certified Acts of Terr
Discount Applied:
PREMIUM: $520.00
Loss Payee: None Stated

000026

## SCHEDULE OF VEHICLES

Policy Number: 150230 - 150230 (KMA-09102-S00)
Name Insured: OKP(CNMI) Corporation

Vehicle No: 3   2004 Kobelco Used SK200 Excavator
Class: Under 25 Included   Insured Estimated Value: $ 0.00
Engine No: 6D34-098762
Vin No: S/N: YN09-36227

| COVERAGE | | LIMIT OF LIABILITY | PREMIUM |
|---|---|---|---|
| A. Bodily Injury | - Each Person/Each Accident | $1,000,000.00 / $2,000,000.00 | $520.00 |
| B. Property Damage | - Each Accident | $3,000,000.00 | INCLUDED |
| C. Medical Payments | - Each Person | NOT COVERED | $0.00 |
| D. Comprehensive | - Deductible | NOT COVERED | $0.00 |
| E. Collision | - Deductible | NOT COVERED | $0.00 |
| Optional Coverage | | | $0.00 |
| Uninsured Motorist | - Each Person/Each Accident | NOT COVERED | $0.00 |
| Passenger Risk | - Each Person/Each Accident | NOT COVERED | $0.00 |
| Typhoon | - Deductible | NOT COVERED | $0.00 |
| Personal Accident | - Each Person/Each Vehicle | NOT COVERED | $0.00 |
| Loss of Use | | NOT COVERED | $0.00 |

Endorsement Form No   CSL ENDT.   Direct Action Endorsement-CNMI   Exclusion of Certified Acts of Terr
Discount Applied:
PREMIUM: $520.00
Loss Payee: None Stated

---

Vehicle No: 4   2004 Kobelco Used SK200 Excavator
Class: Under 25 Included   Insured Estimated Value: $ 0.00
Engine No: 6D34-100133
Vin No: S/N: YN09-36581

| COVERAGE | | LIMIT OF LIABILITY | PREMIUM |
|---|---|---|---|
| A. Bodily Injury | - Each Person/Each Accident | $1,000,000.00 / $2,000,000.00 | $520.00 |
| B. Property Damage | - Each Accident | $3,000,000.00 | INCLUDED |
| C. Medical Payments | - Each Person | NOT COVERED | $0.00 |
| D. Comprehensive | - Deductible | NOT COVERED | $0.00 |
| E. Collision | - Deductible | NOT COVERED | $0.00 |
| Optional Coverage | | | $0.00 |
| Uninsured Motorist | - Each Person/Each Accident | NOT COVERED | $0.00 |
| Passenger Risk | - Each Person/Each Accident | NOT COVERED | $0.00 |
| Typhoon | - Deductible | NOT COVERED | $0.00 |
| Personal Accident | - Each Person/Each Vehicle | NOT COVERED | $0.00 |
| Loss of Use | | NOT COVERED | $0.00 |

Endorsement Form No   CSL ENDT.   Direct Action Endorsement-CNMI   Exclusion of Certified Acts of Terr
Discount Applied:
PREMIUM: $520.00
Loss Payee: None Stated

## SCHEDULE OF VEHICLES

Policy Number:   150230 - 150230 (KMA-09102-S00)
Name Insured:    OKP(CNMI) Corporation

Vehicle No:   5    1998 Caterpilar Used Caterpillar Motor Grader 12G I   Engine No: N/A
Class: Under 25 Included   Insured Estimated Value: $ 0.00     Vin No:   S/N: 61M-12904

| COVERAGE | | LIMIT OF LIABILITY | PREMIUM |
|---|---|---|---|
| A. Bodily Injury | - Each Person/Each Accident | $1,000,000.00 / $2,000,000.00 | $520.00 |
| B. Property Damage | - Each Accident | $3,000,000.00 | INCLUDED |
| C. Medical Payments | - Each Person | NOT COVERED | $0.00 |
| D. Comprehensive | - Deductible | NOT COVERED | $0.00 |
| E. Collision | - Deductible | NOT COVERED | $0.00 |
| Optional Coverage | | | |
| Uninsured Motorist | - Each Person/Each Accident | NOT COVERED | $0.00 |
| Passenger Risk | - Each Person/Each Accident | NOT COVERED | $0.00 |
| Typhoon | - Deductible | NOT COVERED | $0.00 |
| Personal Accident | - Each Person/Each Vehicle | NOT COVERED | $0.00 |
| Loss of Use | | NOT COVERED | $0.00 |

Endorsement Form No   CSL ENDT.   Direct Action Endorsement-CNMI   Exclusion of Certified Acts of Terr
Discount Applied:                                                                PREMIUM:   $520.00
Loss Payee:   None Stated

---

Vehicle No:   6    1990 Caterpilar Used D6H Bulldozer     Engine No: N/A
Class: Under 25 Included   Insured Estimated Value: $ 0.00     Vin No:   S/N: 1KD-04075

| COVERAGE | | LIMIT OF LIABILITY | PREMIUM |
|---|---|---|---|
| A. Bodily Injury | - Each Person/Each Accident | $1,000,000.00 / $2,000,000.00 | $520.00 |
| B. Property Damage | - Each Accident | $3,000,000.00 | INCLUDED |
| C. Medical Payments | - Each Person | NOT COVERED | $0.00 |
| D. Comprehensive | - Deductible | NOT COVERED | $0.00 |
| E. Collision | - Deductible | NOT COVERED | $0.00 |
| Optional Coverage | | | |
| Uninsured Motorist | - Each Person/Each Accident | NOT COVERED | $0.00 |
| Passenger Risk | - Each Person/Each Accident | NOT COVERED | $0.00 |
| Typhoon | - Deductible | NOT COVERED | $0.00 |
| Personal Accident | - Each Person/Each Vehicle | NOT COVERED | $0.00 |
| Loss of Use | | NOT COVERED | $0.00 |

Endorsement Form No   CSL ENDT.   Direct Action Endorsement-CNMI   Exclusion of Certified Acts of Terr
Discount Applied:                                                                PREMIUM:   $520.00
Loss Payee:   None Stated

000028

## SCHEDULE OF VEHICLES

Policy Number: 150230 - 150230 (KMA-09102-S00)
Name Insured: OKP(CNMI) Corporation

Vehicle No: 7   1991 Caterpilar Used D6H-II Bulldozer
Class: Under 25 Included   Insured Estimated Value: $ 0.00
Engine No: N/A
Vin No: S/N: 4GG-04190

| COVERAGE | | LIMIT OF LIABILITY | PREMIUM |
|---|---|---|---|
| A. Bodily Injury | - Each Person/Each Accident | $1,000,000.00 / $2,000,000.00 | $520.00 |
| B. Property Damage | - Each Accident | $3,000,000.00 | INCLUDED |
| C. Medical Payments | - Each Person | NOT COVERED | $0.00 |
| D. Comprehensive | - Deductible | NOT COVERED | $0.00 |
| E. Collision | - Deductible | NOT COVERED | $0.00 |
| Optional Coverage | | | $0.00 |
| Uninsured Motorist | - Each Person/Each Accident | NOT COVERED | $0.00 |
| Passenger Risk | - Each Person/Each Accident | NOT COVERED | $0.00 |
| Typhoon | - Deductible | NOT COVERED | $0.00 |
| Personal Accident | - Each Person/Each Vehicle | NOT COVERED | $0.00 |
| Loss of Use | | NOT COVERED | $0.00 |

Endorsement Form No   CSL ENDT.   Direct Action Endorsement-CNMI   Exclusion of Certified Acts of Terr
Discount Applied:
PREMIUM: $520.00
Loss Payee: None Stated

---

Vehicle No: 8   1997 Mitsubishi Dump Truck
Class: Under 25 Included   Insured Estimated Value: $ 0.00
Engine No: 8DC9517222
Vin No: Chas# FV415JA43172

| COVERAGE | | LIMIT OF LIABILITY | PREMIUM |
|---|---|---|---|
| A. Bodily Injury | - Each Person/Each Accident | $1,000,000.00 / $2,000,000.00 | $520.00 |
| B. Property Damage | - Each Accident | $3,000,000.00 | INCLUDED |
| C. Medical Payments | - Each Person | NOT COVERED | $0.00 |
| D. Comprehensive | - Deductible | NOT COVERED | $0.00 |
| E. Collision | - Deductible | NOT COVERED | $0.00 |
| Optional Coverage | | | $0.00 |
| Uninsured Motorist | - Each Person/Each Accident | NOT COVERED | $0.00 |
| Passenger Risk | - Each Person/Each Accident | NOT COVERED | $0.00 |
| Typhoon | - Deductible | NOT COVERED | $0.00 |
| Personal Accident | - Each Person/Each Vehicle | NOT COVERED | $0.00 |
| Loss of Use | | NOT COVERED | $0.00 |

Endorsement Form No   CSL ENDT.   Direct Action Endorsement-CNMI   Exclusion of Certified Acts of Terr
Discount Applied:
PREMIUM: $520.00
Loss Payee: None Stated

## SCHEDULE OF VEHICLES

**Policy Number:** 150230 - 150230 (KMA-09102-S0O)
**Name Insured:** OKP(CNMI) Corporation

**Vehicle No:** 9  1997 Mitsubishi Dump Truck
**Class:** Under 25 Included  **Insured Estimated Value:** $ 0.00
**Engine No:** 8DC9516795
**Vin No:** Chas# FV415JA43097

| COVERAGE | | LIMIT OF LIABILITY | PREMIUM |
|---|---|---|---|
| A. Bodily Injury | - Each Person/Each Accident | $1,000,000.00 / $2,000,000.00 | $520.00 |
| B. Property Damage | - Each Accident | $3,000,000.00 | INCLUDED |
| C. Medical Payments | - Each Person | NOT COVERED | $0.00 |
| D. Comprehensive | - Deductible | NOT COVERED | $0.00 |
| E. Collision | - Deductible | NOT COVERED | $0.00 |
| Optional Coverage | | NOT COVERED | $0.00 |
| Uninsured Motorist | - Each Person/Each Accident | NOT COVERED | $0.00 |
| Passenger Risk | - Each Person/Each Accident | NOT COVERED | $0.00 |
| Typhoon | - Deductible | NOT COVERED | $0.00 |
| Personal Accident | - Each Person/Each Vehicle | NOT COVERED | $0.00 |
| Loss of Use | | NOT COVERED | $0.00 |

**Endorsement Form No** CSL ENDT.  Direct Action Endorsement-CNMI  Exclusion of Certified Acts of Terr
**Discount Applied:**
**PREMIUM:** $520.00
**Loss Payee:** None Stated

---

**Vehicle No:** 10  1997 Mitsubishi Dump Truck
**Class:** Under 25 Included  **Insured Estimated Value:** $ 0.00
**Engine No:** 8DC9517205
**Vin No:** Chas# FV415JV43168

| COVERAGE | | LIMIT OF LIABILITY | PREMIUM |
|---|---|---|---|
| A. Bodily Injury | - Each Person/Each Accident | $1,000,000.00 / $2,000,000.00 | $520.00 |
| B. Property Damage | - Each Accident | $3,000,000.00 | INCLUDED |
| C. Medical Payments | - Each Person | NOT COVERED | $0.00 |
| D. Comprehensive | - Deductible | NOT COVERED | $0.00 |
| E. Collision | - Deductible | NOT COVERED | $0.00 |
| Optional Coverage | | NOT COVERED | $0.00 |
| Uninsured Motorist | - Each Person/Each Accident | NOT COVERED | $0.00 |
| Passenger Risk | - Each Person/Each Accident | NOT COVERED | $0.00 |
| Typhoon | - Deductible | NOT COVERED | $0.00 |
| Personal Accident | - Each Person/Each Vehicle | NOT COVERED | $0.00 |
| Loss of Use | | NOT COVERED | $0.00 |

**Endorsement Form No** CSL ENDT.  Direct Action Endorsement-CNMI  Exclusion of Certified Acts of Terr
**Discount Applied:**
**PREMIUM:** $520.00
**Loss Payee:** None Stated

## SCHEDULE OF VEHICLES

Policy Number: 150230 - 150230 (KMA-09102-S00)
Name Insured: OKP(CNMI) Corporation

Vehicle No: 11   1998 Isuzu Dump Truck
Class: Under 25 Included   Insured Estimated Value: $ 0.00
Engine No: 10PE1177826
Vin No: CXZ81K23003592

| COVERAGE | | LIMIT OF LIABILITY | PREMIUM |
|---|---|---|---|
| A. Bodily Injury | - Each Person/Each Accident | $1,000,000.00 / $2,000,000.00 | $520.00 |
| B. Property Damage | - Each Accident | $3,000,000.00 | INCLUDED |
| C. Medical Payments | - Each Person | NOT COVERED | $0.00 |
| D. Comprehensive | - Deductible | NOT COVERED | $0.00 |
| E. Collision | - Deductible | NOT COVERED | $0.00 |
| Optional Coverage | | | |
| Uninsured Motorist | - Each Person/Each Accident | NOT COVERED | $0.00 |
| Passenger Risk | - Each Person/Each Accident | NOT COVERED | $0.00 |
| Typhoon | - Deductible | NOT COVERED | $0.00 |
| Personal Accident | - Each Person/Each Vehicle | NOT COVERED | $0.00 |
| Loss of Use | | NOT COVERED | $0.00 |

Endorsement Form No   CSL ENDT.   Direct Action Endorsement-CNMI   Exclusion of Certified Acts of Terr
Discount Applied:
PREMIUM: $520.00
Loss Payee: None Stated

---

Vehicle No: 12   1997 Mitsubishi Dump Truck
Class: Under 25 Included   Insured Estimated Value: $ 0.00
Engine No: 8DC9516820
Vin No: Chas# FV415JA43102

| COVERAGE | | LIMIT OF LIABILITY | PREMIUM |
|---|---|---|---|
| A. Bodily Injury | - Each Person/Each Accident | $1,000,000.00 / $2,000,000.00 | $520.00 |
| B. Property Damage | - Each Accident | $3,000,000.00 | INCLUDED |
| C. Medical Payments | - Each Person | NOT COVERED | $0.00 |
| D. Comprehensive | - Deductible | NOT COVERED | $0.00 |
| E. Collision | - Deductible | NOT COVERED | $0.00 |
| Optional Coverage | | | |
| Uninsured Motorist | - Each Person/Each Accident | NOT COVERED | $0.00 |
| Passenger Risk | - Each Person/Each Accident | NOT COVERED | $0.00 |
| Typhoon | - Deductible | NOT COVERED | $0.00 |
| Personal Accident | - Each Person/Each Vehicle | NOT COVERED | $0.00 |
| Loss of Use | | NOT COVERED | $0.00 |

Endorsement Form No   CSL ENDT.   Direct Action Endorsement-CNMI   Exclusion of Certified Acts of Terr
Discount Applied:
PREMIUM: $520.00
Loss Payee: None Stated

## SCHEDULE OF VEHICLES

Policy Number: 150230 - 150230 (KMA-09102-S00)
Name Insured: OKP(CNMI) Corporation

Vehicle No: 13   1997 Mitsubishi Dump Truck
Class: Under 25 Included   Insured Estimated Value: $ 0.00
Engine No: 8DC9513445
Vin No: Chas# FV415JA42475

| COVERAGE | | LIMIT OF LIABILITY | PREMIUM |
|---|---|---|---|
| A. Bodily Injury | - Each Person/Each Accident | $1,000,000.00 / $2,000,000.00 | $520.00 |
| B. Property Damage | - Each Accident | $3,000,000.00 | INCLUDED |
| C. Medical Payments | - Each Person | NOT COVERED | $0.00 |
| D. Comprehensive | - Deductible | NOT COVERED | $0.00 |
| E. Collision | - Deductible | NOT COVERED | $0.00 |
| Optional Coverage | | | |
| Uninsured Motorist | - Each Person/Each Accident | NOT COVERED | $0.00 |
| Passenger Risk | - Each Person/Each Accident | NOT COVERED | $0.00 |
| Typhoon | - Deductible | NOT COVERED | $0.00 |
| Personal Accident | - Each Person/Each Vehicle | NOT COVERED | $0.00 |
| Loss of Use | | NOT COVERED | $0.00 |

Endorsement Form No   CSL ENDT.   Direct Action Endorsement-CNMI   Exclusion of Certified Acts of Terr
Discount Applied:
PREMIUM: $520.00
Loss Payee: None Stated

---

Vehicle No: 14   1997 Mitsubishi Dump Truck
Class: Under 25 Included   Insured Estimated Value: $ 0.00
Engine No: 8DC9437365
Vin No: Chas# FV415JA41486

| COVERAGE | | LIMIT OF LIABILITY | PREMIUM |
|---|---|---|---|
| A. Bodily Injury | - Each Person/Each Accident | $1,000,000.00 / $2,000,000.00 | $520.00 |
| B. Property Damage | - Each Accident | $3,000,000.00 | INCLUDED |
| C. Medical Payments | - Each Person | NOT COVERED | $0.00 |
| D. Comprehensive | - Deductible | NOT COVERED | $0.00 |
| E. Collision | - Deductible | NOT COVERED | $0.00 |
| Optional Coverage | | | |
| Uninsured Motorist | - Each Person/Each Accident | NOT COVERED | $0.00 |
| Passenger Risk | - Each Person/Each Accident | NOT COVERED | $0.00 |
| Typhoon | - Deductible | NOT COVERED | $0.00 |
| Personal Accident | - Each Person/Each Vehicle | NOT COVERED | $0.00 |
| Loss of Use | | NOT COVERED | $0.00 |

Endorsement Form No   CSL ENDT.   Direct Action Endorsement-CNMI   Exclusion of Certified Acts of Terr
Discount Applied:
PREMIUM: $520.00
Loss Payee: None Stated

000032

## SCHEDULE OF VEHICLES

Policy Number: 150230 - 150230 (KMA-09102-S00)
Name Insured: OKP(CNMI) Corporation

Vehicle No: 15   1997 Mitsubishi Dump Truck
Class: Under 25 Included   Insured Estimated Value: $ 0.00
Engine No: 8DC9437365
Vin No: Chas# FV415JA41486

| COVERAGE | | LIMIT OF LIABILITY | PREMIUM |
|---|---|---|---|
| A. Bodily Injury | - Each Person/Each Accident | $1,000,000.00 / $2,000,000.00 | $520.00 |
| B. Property Damage | - Each Accident | $3,000,000.00 | INCLUDED |
| C. Medical Payments | - Each Person | NOT COVERED | $0.00 |
| D. Comprehensive | - Deductible | NOT COVERED | $0.00 |
| E. Collision | - Deductible | NOT COVERED | $0.00 |
| Optional Coverage | | | |
| Uninsured Motorist | - Each Person/Each Accident | NOT COVERED | $0.00 |
| Passenger Risk | - Each Person/Each Accident | NOT COVERED | $0.00 |
| Typhoon | - Deductible | NOT COVERED | $0.00 |
| Personal Accident | - Each Person/Each Vehicle | NOT COVERED | $0.00 |
| Loss of Use | | NOT COVERED | $0.00 |

Endorsement Form No: CSL ENDT. Direct Action Endorsement-CNMI Exclusion of Certified Acts of Terr
Discount Applied:
Loss Payee: None Stated
PREMIUM: $520.00

Vehicle No: 16   1997 Mitsubishi Dump Truck
Class: Under 25 Included   Insured Estimated Value: $ 0.00
Engine No: 8DC9437365
Vin No: Chas# FV415JA41486

| COVERAGE | | LIMIT OF LIABILITY | PREMIUM |
|---|---|---|---|
| A. Bodily Injury | - Each Person/Each Accident | $1,000,000.00 / $2,000,000.00 | $520.00 |
| B. Property Damage | - Each Accident | $3,000,000.00 | INCLUDED |
| C. Medical Payments | - Each Person | NOT COVERED | $0.00 |
| D. Comprehensive | - Deductible | NOT COVERED | $0.00 |
| E. Collision | - Deductible | NOT COVERED | $0.00 |
| Optional Coverage | | | |
| Uninsured Motorist | - Each Person/Each Accident | NOT COVERED | $0.00 |
| Passenger Risk | - Each Person/Each Accident | NOT COVERED | $0.00 |
| Typhoon | - Deductible | NOT COVERED | $0.00 |
| Personal Accident | - Each Person/Each Vehicle | NOT COVERED | $0.00 |
| Loss of Use | | NOT COVERED | $0.00 |

Endorsement Form No: CSL ENDT. Direct Action Endorsement-CNMI Exclusion of Certified Acts of Terr
Discount Applied:
Loss Payee: None Stated
PREMIUM: $520.00

000033

## SCHEDULE OF VEHICLES

Policy Number: 150230 - 150230 (KMA-09102-S00)
Name Insured: OKP(CNMI) Corporation

Vehicle No: 17   1997 Mitsubishi Dump Truck
Class: Under 25 Included   Insured Estimated Value: $ 0.00
Engine No: 8DC9517214
Vin No: Chas# FV415JA43171

| COVERAGE | | LIMIT OF LIABILITY | PREMIUM |
|---|---|---|---|
| A. Bodily Injury | - Each Person/Each Accident | $1,000,000.00 / $2,000,000.00 | $520.00 |
| B. Property Damage | - Each Accident | $3,000,000.00 | INCLUDED |
| C. Medical Payments | - Each Person | NOT COVERED | $0.00 |
| D. Comprehensive | - Deductible | NOT COVERED | $0.00 |
| E. Collision | - Deductible | NOT COVERED | $0.00 |
| Optional Coverage | | | |
| Uninsured Motorist | - Each Person/Each Accident | NOT COVERED | $0.00 |
| Passenger Risk | - Each Person/Each Accident | NOT COVERED | $0.00 |
| Typhoon | - Deductible | NOT COVERED | $0.00 |
| Personal Accident | - Each Person/Each Vehicle | NOT COVERED | $0.00 |
| Loss of Use | | NOT COVERED | $0.00 |

Endorsement Form No   CSL ENDT.  Direct Action Endorsement-CNMI  Exclusion of Certified Acts of Terr
Discount Applied:
PREMIUM: $520.00
Loss Payee: None Stated

---

Vehicle No: 18   1997 Mitsubishi Dump Truck
Class: Under 25 Included   Insured Estimated Value: $ 0.00
Engine No: 8DC9438006
Vin No: Chas# FV415JA41807

| COVERAGE | | LIMIT OF LIABILITY | PREMIUM |
|---|---|---|---|
| A. Bodily Injury | - Each Person/Each Accident | $1,000,000.00 / $2,000,000.00 | $520.00 |
| B. Property Damage | - Each Accident | $3,000,000.00 | INCLUDED |
| C. Medical Payments | - Each Person | NOT COVERED | $0.00 |
| D. Comprehensive | - Deductible | NOT COVERED | $0.00 |
| E. Collision | - Deductible | NOT COVERED | $0.00 |
| Optional Coverage | | | |
| Uninsured Motorist | - Each Person/Each Accident | NOT COVERED | $0.00 |
| Passenger Risk | - Each Person/Each Accident | NOT COVERED | $0.00 |
| Typhoon | - Deductible | NOT COVERED | $0.00 |
| Personal Accident | - Each Person/Each Vehicle | NOT COVERED | $0.00 |
| Loss of Use | | NOT COVERED | $0.00 |

Endorsement Form No   CSL ENDT.  Direct Action Endorsement-CNMI  Exclusion of Certified Acts of Terr
Discount Applied:
PREMIUM: $520.00
Loss Payee: None Stated

000034

## SCHEDULE OF VEHICLES

Policy Number: 150230 - 150230 (KMA-09102-S00)
Name Insured: OKP(CNMI) Corporation

Vehicle No: 19   1990 Mitsubishi Dump Truck
Class: Under 25 Included   Insured Estimated Value: $ 0.00
Engine No: 8DC8361337
Vin No: Chas# FV413JA20535

| COVERAGE | | LIMIT OF LIABILITY | PREMIUM |
|---|---|---|---|
| A. Bodily Injury | - Each Person/Each Accident | $1,000,000.00 / $2,000,000.00 | $520.00 |
| B. Property Damage | - Each Accident | $3,000,000.00 | INCLUDED |
| C. Medical Payments | - Each Person | NOT COVERED | $0.00 |
| D. Comprehensive | - Deductible | NOT COVERED | $0.00 |
| E. Collision | - Deductible | NOT COVERED | $0.00 |
| Optional Coverage | | | |
| Uninsured Motorist | - Each Person/Each Accident | NOT COVERED | $0.00 |
| Passenger Risk | - Each Person/Each Accident | NOT COVERED | $0.00 |
| Typhoon | - Deductible | NOT COVERED | $0.00 |
| Personal Accident | - Each Person/Each Vehicle | NOT COVERED | $0.00 |
| Loss of Use | | NOT COVERED | $0.00 |

Endorsement Form No   CSL ENDT.   Direct Action Endorsement-CNMI   Exclusion of Certified Acts of Terr
Discount Applied:
PREMIUM: $520.00
Loss Payee: None Stated

Vehicle No: 20   1996 Mitsubishi Dump Truck
Class: Under 25 Included   Insured Estimated Value: $ 0.00
Engine No: 8DC9437462
Vin No: Chas# FV415JA41545

| COVERAGE | | LIMIT OF LIABILITY | PREMIUM |
|---|---|---|---|
| A. Bodily Injury | - Each Person/Each Accident | $1,000,000.00 / $2,000,000.00 | $520.00 |
| B. Property Damage | - Each Accident | $3,000,000.00 | INCLUDED |
| C. Medical Payments | - Each Person | NOT COVERED | $0.00 |
| D. Comprehensive | - Deductible | NOT COVERED | $0.00 |
| E. Collision | - Deductible | NOT COVERED | $0.00 |
| Optional Coverage | | | |
| Uninsured Motorist | - Each Person/Each Accident | NOT COVERED | $0.00 |
| Passenger Risk | - Each Person/Each Accident | NOT COVERED | $0.00 |
| Typhoon | - Deductible | NOT COVERED | $0.00 |
| Personal Accident | - Each Person/Each Vehicle | NOT COVERED | $0.00 |
| Loss of Use | | NOT COVERED | $0.00 |

Endorsement Form No   CSL ENDT.   Direct Action Endorsement-CNMI   Exclusion of Certified Acts of Terr
Discount Applied:
PREMIUM: $520.00
Loss Payee: None Stated

000035