CARLSMITH BALL LLP

JOHN D. OSBORN
SEAN E. FRINK
Carlsmith Building, Capitol Hill
P.O. Box 5241
Saipan, MP 96950-5241
Tel No. 670.322.3455
Fax No. 670. 322-3368

Attorneys for Defendant
OKP (CNMI) Corporation

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN MARIANA ISLANDS

| | |
|---|---|
| DONGBU INSURANCE COMPANY, LTD.,<br><br>    Plaintiff,<br><br>vs.<br><br>OKP (CNMI) CORPORATION, and JOAQUIN Q. ATALIG,<br><br>    Defendants. | CIVIL ACTION NO. CV 08-0002<br><br>STIPULATION TO EXTEND DATE TO FILE REPLY BRIEF<br><br>Hearing Date:  July 10, 2008<br>Time:          1:30 p.m.<br>Judge:         Hon. Alex. R. Munson |

    Come now counsel for Dongbu Insurance Co., Ltd. and OKP (CNMI) Corporation and subject to the Court's approval stipulate and agree that OKP may have until July 3, 2008 to file its Reply to Dongbu's Consolidated Reply In Support Of Its Motion For Summary Judgment And Opposition To OKP's Motion For Partial Summary Judgment. ("Dongbu's Reply")

    In support of the Stipulation, counsel advise the Court:

1.    That originally Dongbu was to file its Opposition to OKP's Motion for Partial Summary Judgment on June 18, 2008 and OKP was to file its Reply on July 2, 2008, and Dongbu was to file its Reply to OKP's Response to Dongbu's Motion For Summary Judgment on June 25, 2008.

4842-2995-4050.1.060927-00005

1    2.    By stipulation of counsel it was agreed that Dongbu, instead of filing a separate
2  Opposition on June 18, 2008 and a Reply on June 25, 2008, would instead file a Consolidated
3  Reply and Opposition on June 25, 2008.

4    3.    The consequence of filing the consolidated pleading is that the time for OKP to Reply to
5  Dongbu's Opposition as contained in the consolidated pleading was reduced by one week.

6    4.    Counsel for OKP has been working diligently to complete OKP's Reply to Dongbu's
7  consolidated pleading but it appears it cannot be completed by the original filing date of July 2,
8  2008.

9    5.    The respective Motions For Summary Judgment are scheduled to be heard on July 10,
10 2008.  Counsel are not requesting the hearing date be changed nor do counsel believe the
11 requested one day extension will effect the hearing date.

12       Based on the foregoing, counsel stipulate, subject to the Court's approval, that OKP shall
13 have until July 3, 2008 to file its Reply to Dongbu's Consolidated Reply and Opposition.

14       IT IS SO STIPULATED.

                                                LAW OFFICE OF THOMAS E. CLIFFORD

DATED: Saipan, MP, July 1, 2008.                */s/ Thomas E. Clifford*
                                                THOMAS E. CLIFFORD
                                                Attorneys for Plaintiff
                                                Dongbu Insurance Company, Ltd.


                                                CARLSMITH BALL LLP


DATED: Saipan, MP, July 1, 2008.                */s/ John D. Osborn*
                                                JOHN D. OSBORN
                                                SEAN E. FRINK
                                                Attorneys for Defendant
                                                OKP (CNMI) Corporation

4842-2995-4050.1.060927-00005                    -2.-