FILED
Clerk
District Court

JUL -1 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

DONGBU INSURANCE COMPANY, Ltd.,

Plaintiff,

vs.

OKP (CNMI) CORPORATION,

Defendant.

Civil Action No. 08-0002

Order Rescheduling Motion for Summary Judgment

| Thomas E. Clifford | Michael W. Dotts | John D. Osborn | Ramon Quichocho |
|---|---|---|---|
| Attorney at Law | Attorney at Law | Attorney at Law | Attorney at Law |
| P.O. Box 506514 | P.O. Box 501969 | P.O. Box 5241 | P.O. Box 505621 |
| Saipan, MP 96950 | Saipan, MP 96950 | Saipan, MP 96950 | Saipan, MP 96950 |

The Motion for Summary Judgment in this case scheduled for Thursday, July 10, 2008, at 1:30 p.m., is rescheduled to 8:00 a.m., on the same date.

IT IS SO ORDERED.

DATED THIS 1st day of July, 2008.

*/s/ Alex R. Munson*

Judge Alex R. Munson

AO 72
(Rev. 08/82)