FILED
Clerk
District Court

JUL - 1 2008

THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS

For The Northern Mariana Islands
By_____
(Deputy Clerk)

| | |
|---|---|
| DONGBU INSURANCE COMPANY, Ltd., | Civil Action No. 08-0002 |
| Plaintiff, | |
| v. | ORDER GRANTING STIPULATION TO EXTEND DATE TO FILE REPLY BRIEF |
| OKP (CNMI) COPORATION, *et al.*, | |
| Defendants. | |

Now before the Court is the parties' stipulation to extend the time for Defendant OKP (CNMI) Corporation's ("OKP") Reply to Plaintiff's Consolidated Reply and Opposition. The Court hereby approves the stipulation and OKP shall have until July 3, 2008 to file its Reply. All other scheduled dates remain unchanged.

**IT IS SO ORDERED.**

Dated:    July 1, 2008

ALEX R. MUNSON
UNITED STATES DISTRICT JUDGE

AO 72
(Rev. 08/82)