CARLSMITH BALL LLP

JOHN D. OSBORN
Carlsmith Building, Capitol Hill
P.O. Box 5241
Saipan, MP   96950-5241
Tel. No. (670) 322-3455

Counsel for Defendant
OKP (CNMI) Corporation

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN MARIANA ISLANDS

| | |
|---|---|
| DONGBU INSURANCE COMPANY, LTD., ) | Civil Action No.: 08-0002 |
| ) | |
| Plaintiff, ) | |
| ) | DECLARATION OF SEAN E. FRINK IN |
| vs. ) | SUPPORT OF DEFENDANT OKP (CNMI) |
| ) | CORPORATION'S REPLY |
| OKP (CNMI) CORPORATION, and ) | MEMORANDUM IN SUPPORT OF |
| ) | SUMMARY JUDGMENT |
| JOAQUIN Q. ATALIG ) | |
| ) | |
| Defendants. | |

I, Sean E. Frink, being of sound mind, state the following upon personal knowledge:

1.      Attached hereto as Exhibit "A1" is a true and correct copy of OKP CNMI Corporation's November 26, 2007 Opposition to Mr. Atalig's Motion for Partial Summary Judgment.

2.      Attached hereto as Exhibit "A2" is a true and correct copy of OKP CNMI Corporation's November 26, 2007 Statement of Disputed Facts in Support of its Opposition to Mr. Atalig's Motion for Partial Summary Judgment (excluding exhibits).

3.     Attached hereto as Exhibit "B" is a true and correct copy of OKP CNMI Corporation's May 16, 2006 Opposition to Mr. Atalig's earlier Motion for Summary Judgment and the supporting Declarations of Brian M. Chen, Prasada Reddy Goluguri, Pramuan Jaiphakdee, Antonio K. Mesgnon, and Yee, Chee Keong.

4.     Attached hereto as Exhibit "C" is a true and correct copy of email correspondence between myself, Mr. Clifford, and my co-counsel in the Atalig matter., Ms. Maya Kara.

5.     Attached hereto as Exhibit "D" is a true and correct copy of five pages from the Legal and Technical Provisions Technical Specifications, related to the insurance requirements for OKP's contract with the Commonwealth Ports Authority fore the construction of the Rota Runway extension.  Pages GP-70 5 of 12 and 6 of 12 are the pages that were given to Dongbu's agent, Moylan's Insurance, by Mr. Brian Chen, as referred to in paragraph 2 of his May 22, 2008 Declaration filed in this case.

6.     Attached hereto as Exhibit "E" is a true and correct copy of correspondence received from Mr. Atalig's attorney Ramon K. Quichocho on or about August 1, 2006, related to his contention that OKP did not possess or control the Atalig property at the time, among other subject matter.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on July 3, 2008 at Saipan, Commonwealth of the Northern Mariana Islands.

/s/
SEAN E. FRINK, (CNMI Bar #F0212