# Exhibit "C"

**From:** Tom Clifford [tomclifford@pticom.com]
**Sent:** Wednesday, October 25, 2006 3:35 PM
**To:** lexmarianas@saipan.com
**Cc:** 'Sean E. Frink'; bmailman@pticom.com; lasantos@pticom.com
**Subject:** RE: Response to Tom Clifford re OKP

Thanks.

Thomas E. Clifford
Attorney at Law
2nd Floor, Alexander Building, San Jose
P.O. Box 506514
Saipan, MP 96950
Tel. (670)235-8846
Fax (670)235-8848
TomClifford@pticom.com

NOTICE: This transmission and any attachments may contain privileged and confidential information. If you are not the intended recipient, you are hereby notified that any review, disclosure, distribution, duplication or other use of the contents is strictly prohibited. If you are not the intended recipient, please contact us immediately at TomClifford@pticom.com or (670)235-8846, delete the transmission and destroy any copies. Thank you.

-----Original Message-----
**From:** Joana SV Crisostomo [mailto:lexmarianas@saipan.com] **On Behalf Of** ronin@pticom.com
**Sent:** Wednesday, October 25, 2006 2:44 PM
**To:** 'Tom Clifford'
**Cc:** ronin@pticom.com; 'Sean E. Frink'; bmailman@pticom.com; lasantos@pticom.com
**Subject:** RE: Response to Tom Clifford re OKP

Hi Tom:

Per your request, please see comments below:

1. I have a copy of the First Amended Atalig Complaint, but not the exhibits. Please provide copies of those.
    The exhibits to the first amended complaint, including the notice of erratum to Exhibit H, are attached.

2. When was the original Atalig complaint filed?
    March 23, 2006

3. A copy of any pleadings index in Atalig so I can request copies of the filings.
    A copy of the case docket for the Atalig case as of September 28, 2006 is attached. I also attach the case history search from LexisNexis File-and-Serve of all pleadings filed to date.

4. What is the basic status in Atalig—a motion to dismiss is pending?
    For CNMI defendants, Motions to Dismiss are pending. For Singapore defendants, Motion to Dismiss is pending.

5. A copy of any pleadings index in Hocog so I can request copies of the filings.

A copy of the case history search for all the pleadings filed to date in Hocog from Lexis Nexis is attached.

6. What is the basic status in Hocog—a motion to dismiss is pending?
   Motion to Dismiss will be filed by October 30.

Thanks,

Maya

**SENT BY:**
Joana SV Crisostomo for
Bruce L. Mailman
Mailman & Kara, LLC
PMB 238, Box 10,000
Saipan, MP 96950
Tel: 670-233-0081/82
Fax: 670-233-0090
e-mail: lexmarianas@saipan.com or lexmarianas@pticom.com
web: www.lexmarianas.com
THE INFORMATION CONTAINED IN THIS E-MAIL MESSAGE IS INTENDED ONLY FOR THE PERSONAL AND CONFIDENTIAL USE OF THE DESIGNATED RECIPIENT(S) NAMED ABOVE. THIS MESSAGE MAY BE AN ATTORNEY-CLIENT COMMUNICATION AND, AS SUCH, IS PRIVILEGED AND CONFIDENTIAL. IF YOU ARE NOT AN INTENDED RECIPIENT OR AN AGENT RESPONSIBLE FOR DELIVERING IT TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT YOU HAVE RECEIVED THIS DOCUMENT IN ERROR, AND THAT ANY REVIEW, DISSEMINATION, DISTRIBUTION OR COPYING OF THIS MESSAGE IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS INFORMATION IN ERROR, PLEASE ADVISE THE SENDER BY REPLY E-MAIL TO lexmarianas@saipan.com, AND DELETE THE MESSAGE. THANK YOU VERY MUCH.

---

**From:** Tom Clifford [mailto:tomclifford@pticom.com]
**Sent:** Tuesday, October 24, 2006 2:54 PM
**To:** Sean E. Frink
**Subject:** OKP

Sean-

Thanks to you all for meeting with me yesterday. It was a helpful move forward. Please provide me Maya's email address so I can communicate directly with her since she's going to be OKP's point-attorney on coverage. However, here's what I need please:

1. I have a copy of the First Amended Atalig Complaint, but not the exhibits. Please provide copies of those.

2. When was the original Atalig complaint filed?

3. A copy of any pleadings index in Atalig so I can request copies of the filings.

4. What is the basic status in Atalig—a motion to dismiss is pending?

5. A copy of any pleadings index in Hocog so I can request copies of the filings.

6. What is the basic status in Hocog—a motion to dismiss is pending?

I will of course pay for the copies if you wish and can have them picked up when they're ready. Thanks.

Kind regards, Tom

Thomas E. Clifford
Attorney at Law
2nd Floor, Alexander Building, San Jose
P.O. Box 506514
Saipan, MP 96950
Tel. (670)235-8846
Fax (670)235-8848
TomClifford@pticom.com

NOTICE: This transmission and any attachments may contain privileged and confidential information. If you are not the intended recipient, you are hereby notified that any review, disclosure, distribution, duplication or other use of the contents is strictly prohibited. If you are not the intended recipient, please contact us immediately at TomClifford@pticom.com or (670)235-8846, delete the transmission and destroy any copies. Thank you.