# MINUTES OF THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN MARIANA ISLANDS

CV-08-0002                                        July 10, 2008
                                                  8:10 a.m.

DONG BU INSURANCE, LTD. -v- OKP (CNMI) CORPORATION, et al

PRESENT:    Hon. Alex R. Munson, Chief Judge
            Abigail Robinson. Law Clerk
            Sanae Shmull, Court Reporter
            K. Lynn Lemieux, Courtroom Deputy
            Thomas Clifford, Attorney for Plaintiff
            Wes Bogdan, Attorney for Plaintiff
            John Osborn, Attorney for Defendant
            Sean Frink, Attorney for Defendant

PROCEEDINGS:   PLTF. DONG BU'S MOTION FOR SUMMARY JUDGMENT
    and OKP's PARTIAL SUMMARY JUDGMENT

Attorneys Thomas Clifford and Wes Bogdan were present on behalf of Plaintiffs. Defendants were represented by Attorneys John Osborn and Sean Frink.

Attorney Clifford argued on behalf of the Plaintiffs. At 8:45 a.m. Attorney Osborn began his argument on behalf of OKP Corporation and concluded at 8:55 a.m. Attorney Clifford argued.

Court, after hearing all argument, took the matter under advisement and stated that a written decision would be forthcoming.

                                        Adjourned 9:00 a.m.


                                        /s/K. Lynn Lemieux, Courtroom Deputy