FILED
Clerk
District Court

SEP - 3 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

SEAN E. FRINK (CNMI Bar #F0212)
CARLSMITH BALL LLP
Carlsmith Building, Capitol Hill
P.O. Box 5241
Saipan, MP 96950-5241
Tel. No. (670) 322-3455

Counsel for Defendant OKP (CNMI) Corporation

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| DONGBU INSURANCE COMPANY, LTD., <br><br> Plaintiff, <br><br> vs. <br><br> OKP (CNMI) CORPORATION, and JOAQUIN Q. ATALIG, <br><br> Defendants. | CIVIL ACTION NO. 08-0002 <br><br> STIPULATION FOR DISMISSAL WITH PREJUDICE |

Plaintiff Dongbu Insurance Company, Ltd. and Defendants OKP (CNMI) Corporation and Joaquin Q. Atalig hereby stipulate and agree as follows:

1. The parties have reached a settlement as reflected in a confidential written settlement agreement.

2. The above-entitled action shall be dismissed with prejudice and the court shall retain jurisdiction to enforce the terms of the confidential written settlement agreement.

3. Plaintiff and Defendants shall each bear their own costs and attorneys' fees,

including without limitation Defendant OKP CNMI Corporation shall bear its own attorneys' fees and costs in the underlying lawsuit made the basis of this lawsuit.

Dated this 2nd day of September, 2008.

                          Respectfully submitted,

                          /s/   /s/
                          MICHAEL DOTTS
                          RAMON QUICHOCHO
                          Attorneys for Joaquin Q. Atalig

                          /s/
                          SEAN E. FRINK
                          Attorney for OKP (CNMI) Corporation

                          /s/
                          THOMAS E. CLIFFORD
                          Attorney for Dongbu Insurance Company, Ltd.

## ORDER

Good cause having been shown, it is hereby ORDERED that this action is dismissed in its entirety, with prejudice, with Defendants and Plaintiff to each bear their own costs and attorneys' fees. The Court shall retain jurisdiction to enforce the terms of the written confidential settlement agreement.

Date: __9-3-08__

                                                  ALEX R. MUNSON
                                                  UNITED STATES DISTRICT JUDGE