```
                                                    FILED
                                                     Clerk
                                                 District Court

                                                  SEP -3 2008

                                            For The Northern Mariana Islands
                                            By_____
                                                        (Deputy Clerk)
```

THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| DONGBU INSURANCE COMPANY, LTD., <br><br> Plaintiff, <br><br> v. <br><br> OKP (CNMI) CORPORATION, and JOAQUIN Q. ATALIG, <br><br> Defendants. | Civil Action No. 08-0002 <br><br> **ORDER CLOSING FILE** |

THIS MATTER was dismissed with prejudice on September 3, 2008. Accordingly, all matters pending in this case have been resolved and the case is hereby ordered CLOSED.

**IT IS SO ORDERED.**

Dated:     September 3, 2008

_____
ALEX R. MUNSON
UNITED STATES DISTRICT JUDGE

AO 72
(Rev. 08/82)